**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor 1 | **Bruce E. Bozzi, Sr.** |
| | First Name / Middle Name / Last Name |
| Debtor 2 (Spouse, if filing) | |
| | First Name / Middle Name / Last Name |
| United States Bankruptcy Court for the: | MIDDLE DISTRICT OF FLORIDA |
| Case number (if known) | Chapter **7** |

## Official Form 119

## Bankruptcy Petition Preparer's Notice, Declaration, and Signature

12/15

Bankruptcy petition preparers as defined in 11 U.S.C. § 110 must fill out this form every time they help prepare documents that are filed in the case. If more than one bankruptcy petition preparer helps with the documents, each must sign in Part 3. A bankruptcy petition preparer who does not comply with the provisions of title 11 of the United States Code and the Federal Rules of Bankruptcy Procedure may be fined, imprisoned, or both 11 U.S.C. § 110; 18 U.S.C. § 156.

| Part 1: | Notice to Debtor |
|---|---|

Bankruptcy petition preparers must give the debtor a copy of this form and have the debtor sign it before they prepare any documents for filing or accept any compensation. A signed copy of this form must be filed with any document prepared.

Bankruptcy petition preparers are not attorneys and may not practice law or give you legal advice, including the following:

- whether to file a petition under the Bankruptcy Code (11 U.S.C. § 101 et seq.);
- whether filing a case under chapter 7, 11, 12, or 13 is appropriate;
- whether your debts will be eliminated or discharged in a case under the Bankruptcy Code;
- whether you will be able to retain your home, car, or other property after commencing a case under the Bankruptcy Code;
- what tax consequences may arise because a case is filed under the Bankruptcy Code;
- whether any tax claims may be discharged;
- whether you may or should promise to repay debts to a creditor or enter into a reaffirmation agreement;
- how to characterize the nature of your interests in property or your debts; or
- what procedures and rights apply in a bankruptcy case.

The bankruptcy petition preparer _____ has notified me of any maximum allowable fee before preparing any document for filing or accepting any fee.

Signature of Debtor 1 acknowledging receipt of this notice

Date  11/08/2019
MM/DD /YYYY

Debtor 1   **Bruce E. Bozzi, Sr.**                                        Case number *(if known)*

| Part 2: | Declaration and Signature of the Bankruptcy Petition Preparer |

**Under penalty of perjury, I declare that:**

- I am a bankruptcy petition preparer or the officer, principal, responsible person, or partner of a bankruptcy petition preparer;
- I or my firm prepared the documents listed below and gave the debtor a copy of them and the *Notice to Debtor by Bankruptcy Petition Preparer* as required by 11 U.S.C. §§ 110(b), 110(h), and 342(b); and
- if rules or guidelines are established according to 11 U.S.C. § 110(h) setting a maximum fee for services that bankruptcy petition preparers may charge, I or my firm notified the debtor of the maximum amount before preparing any document for filing or before accepting any fee from the debtor.

Charles Berk, CPA                        Managing Director            CBIZ Accounting, Tax & Advisory of New York, LLC
Printed name                             Title, if any                Firm name, if it applies

5 Bryant Park, New York, NY 10018                    (212) 790-5700
Number, Street, City, State & ZIP Code               Contact phone

**I or my firm prepared the documents checked below and the completed declaration is made a part of each document that I check:**
*(Check all that apply.)*

- ☑ Voluntary Petition (Form 101)
- ☑ Statement About Your Social Security Numbers (Form 121)
- ☑ Your Assets and Liabilities and Certain Statistical Information (Form 106Sum)
- ☑ Schedule A/B (Form 106A/B)
- ☑ Schedule C (Form 106C)
- ☑ Schedule D (Form 106D)
- ☑ Schedule E/F (Form 106E/F)
- ☑ Schedule G (Form 106G)
- ☐ Schedule H (Form 106H)

- ☑ Schedule I (Form 106I)
- ☑ Schedule J (Form 106J)
- ☑ Declaration About an Individual Debtor's Schedules (Form 106Dec)
- ☑ Statement of Financial Affairs (Form 107)
- ☑ Statement of Intention for Individuals Filing Under Chapter 7 (Form 108)
- ☑ Chapter 7 Statement of Your Current Monthly Income (Form 122A-1)
- ☑ Statement of Exemption from Presumption of Abuse under § 707(b)(2) (Form 122A-1Supp)
- ☐ Chapter 7 Means Test Calculation (Form 122A-2)

- ☐ Chapter 11 Statement of Your Current Monthly Income (Form 122B)
- ☐ Chapter 13 Statement of Your Current Monthly Income and Calculation of Commitment Period (Form 122C-1)
- ☐ Chapter 13 Calculation of Your Disposable Income (Form 122C-2)
- ☐ Application to Pay Filing Fee in Installments (Form 103A)
- ☐ Application to Have Chapter 7 Filing Fee Waived (Form 103B)
- ☑ A list of names and addresses of all creditors *(creditor or mailing matrix)*
- ☐ Other

Bankruptcy petition preparers must sign and give their Social Security numbers. If more than one bankruptcy petition preparer prepared the documents to which this declaration applies, the signature and Social Security number of each preparer must be provided. 11 U.S.C. § 110.

                                                                                    Date  11/06/2019
Signature of bankruptcy petition preparer or officer, principal,     Social Security number of person who signed      MM/DD/YYYY
responsible person, or partner

Printed name

                                                                                    Date
Signature of bankruptcy petition preparer or officer, principal,     Social Security number of person who signed      MM/DD/YYYY
responsible person, or partner

Printed name

**Fill in this information to identify your case:**

| Debtor 1 | **Bruce E. Bozzi, Sr.** | | |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | MIDDLE DISTRICT OF FLORIDA | | |
| Case number | | | |
| (if known) | | | |

☐ Check if this is an amended filing

## Official Form 106Sum
## Summary of Your Assets and Liabilities and Certain Statistical Information     12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new *Summary* and check the box at the top of this page.

### Part 1:    Summarize Your Assets

|  |  | Your assets Value of what you own |
|---|---|---|
| 1. | **Schedule A/B: Property** (Official Form 106A/B) | |
| | 1a. Copy line 55, Total real estate, from Schedule A/B............................................ | $ **13,005,000.00** |
| | 1b. Copy line 62, Total personal property, from Schedule A/B.................................... | $ **10,348,298.00** |
| | 1c. Copy line 63, Total of all property on Schedule A/B............................................. | $ **23,353,298.00** |

### Part 2:    Summarize Your Liabilities

|  |  | Your liabilities Amount you owe |
|---|---|---|
| 2. | *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D) | |
| | 2a. Copy the total you listed in Column A, *Amount of claim,* at the bottom of the last page of Part 1 of *Schedule D...* | $ **15,979,402.00** |
| 3. | *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F) | |
| | 3a. Copy the total claims from Part 1 (priority unsecured claims) from line 6e of *Schedule E/F*.................. | $ **0.00** |
| | 3b. Copy the total claims from Part 2 (nonpriority unsecured claims) from line 6j of *Schedule E/F*............... | $ **127,629,908.66** |
| | **Your total liabilities** | $ **143,609,310.66** |

### Part 3:    Summarize Your Income and Expenses

| 4. | *Schedule I: Your Income* (Official Form 106I) Copy your combined monthly income from line 12 of *Schedule I*............................................ | $ **63,291.57** |
|---|---|---|
| 5. | *Schedule J: Your Expenses* (Official Form 106J) Copy your monthly expenses from line 22c of *Schedule J*.......................................... | $ **30,119.28** |

### Part 4:    Answer These Questions for Administrative and Statistical Records

6. **Are you filing for bankruptcy under Chapters 7, 11, or 13?**

   ☐ No. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

   ☑ Yes

7. **What kind of debt do you have?**

   ☐ **Your debts are primarily consumer debts.** *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose." 11 U.S.C. § 101(8). Fill out lines 8-9g for statistical purposes. 28 U.S.C. § 159.

   ☑ **Your debts are not primarily consumer debts.** You have nothing to report on this part of the form. *Check this box* and submit this form to the court with your other schedules.

Official Form 106Sum          Summary of Your Assets and Liabilities and Certain Statistical Information                    page 1 of 2

Debtor 1    **Bruce E. Bozzi, Sr.**                                                    Case number *(if known)*

8.  **From the *Statement of Your Current Monthly Income*:** Copy your total current monthly income from Official Form
    122A-1 Line 11; **OR**, Form 122B Line 11; **OR**, Form 122C-1 Line 14.                                    $ _____

9.  **Copy the following special categories of claims from Part 4, line 6 of *Schedule E/F*:**

| From Part 4 on *Schedule E/F*, copy the following: | | Total claim |
|---|---|---|
| 9a. Domestic support obligations (Copy line 6a.) | $ | 0.00 |
| 9b. Taxes and certain other debts you owe the government. (Copy line 6b.) | $ | 0.00 |
| 9c. Claims for death or personal injury while you were intoxicated. (Copy line 6c.) | $ | 0.00 |
| 9d. Student loans. (Copy line 6f.) | $ | 0.00 |
| 9e. Obligations arising out of a separation agreement or divorce that you did not report as priority claims. (Copy line 6g.) | $ | 0.00 |
| 9f. Debts to pension or profit-sharing plans, and other similar debts. (Copy line 6h.) | +$ | 0.00 |
| | | |
| 9g. **Total.** Add lines 9a through 9f. | $ | 0.00 |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

**Fill in this information to identify your case and this filing:**

| | |
|---|---|
| Debtor 1 | **Bruce E. Bozzi, Sr.** |
| | First Name            Middle Name            Last Name |
| Debtor 2 | |
| (Spouse, if filing) | First Name            Middle Name            Last Name |
| United States Bankruptcy Court for the: | MIDDLE DISTRICT OF FLORIDA |
| Case number | _____ |

☐ Check if this is an
amended filing

## Official Form 106A/B
# Schedule A/B: Property                                    12/15

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**Part 1:**  Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In

1. **Do you own or have any legal or equitable interest in any residence, building, land, or similar property?**

☐ No. Go to Part 2.

■ Yes.  Where is the property?

---

1.1

**2161 Gulf of Mexico Drive**
Street address, if available, or other description

**Longboat Key**    **FL**    **34228-0000**
City                 State     ZIP Code

**Sarasota**
County

**What is the property?** Check all that apply

☐ Single-family home

☐ Duplex or multi-unit building

■ Condominium or cooperative

☐ Manufactured or mobile home

☐ Land

☐ Investment property

☐ Timeshare

☐ Other

**Who has an interest in the property?** Check one

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

Other information you wish to add about this item, such as local
property identification number:

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $3,900,000.00 | $3,900,000.00 |

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

**Joint with Spouse Mary Ann Bozzi as Tenants by the Entireties**

☐ Check if this is community property
(see instructions)

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor 1    **Bruce E. Bozzi, Sr.**                                        Case number *(if known)*

**If you own or have more than one, list here:**

1.2

**1511 Gulf of Mexico Drive**

Street address, if available, or other description

**What is the property?** Check all that apply

☐ Single-family home
☐ Duplex or multi-unit building
■ Condominium or cooperative

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Longboat Key    FL    34228-0000**

City              State    ZIP Code

☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other _____

Current value of the entire property?
**$1,800,000.00**

Current value of the portion you own?
**$1,800,000.00**

**Who has an interest in the property?** Check one

■ Debtor 1 only

**Sarasota**

County

☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.
**Fee simple**

☐ Check if this is community property
(see instructions)

Other information you wish to add about this item, such as local property identification number:

---

**If you own or have more than one, list here:**

1.3

**2 Lots- Palm Coast**

Street address, if available, or other description

**What is the property?** Check all that apply

☐ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Palm Coast    FL**

City              State    ZIP Code

■ Manufactured or mobile home
■ Land
☐ Investment property
☐ Timeshare
☐ Other _____

Current value of the entire property?
**$25,000.00**

Current value of the portion you own?
**$25,000.00**

**Who has an interest in the property?** Check one

■ Debtor 1 only

**Flagler**

County

☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.
**Fee simple**

☐ Check if this is community property
(see instructions)

Other information you wish to add about this item, such as local property identification number:

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor 1    **Bruce E. Bozzi, Sr.**                                      Case number *(if known)* _____

1.4    **If you own or have more than one, list here:**

**37 Cottage Avenue**

Street address, if available, or other description

**What is the property?** Check all that apply

■ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**East Hampton    NY    11937-0000**

City    State    ZIP Code

☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?** Check one

| Current value of the entire property? | Current value of the portion you own? |
| --- | --- |
| $5,500,000.00 | $5,500,000.00 |

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

**Suffolk**

County

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another

**Joint with Spouse Mary Ann Bozzi as Tenants by the Entireties**

☐ Check if this is community property (see instructions)

Other information you wish to add about this item, such as local property identification number:

---

1.5    **If you own or have more than one, list here:**

**5 Surf Drive**

Street address, if available, or other description

**What is the property?** Check all that apply

■ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Amagansett    NY    11930-0000**

City    State    ZIP Code

☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?** Check one

| Current value of the entire property? | Current value of the portion you own? |
| --- | --- |
| $1,750,000.00 | $1,750,000.00 |

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

**Suffolk**

County

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

**Fee simple**

☐ Check if this is community property (see instructions)

Other information you wish to add about this item, such as local property identification number:

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

Debtor 1  **Bruce E. Bozzi, Sr.**                                    Case number *(if known)* _____

1.6  **If you own or have more than one, list here:**

**R112 Golf & Spa Timeshare**

Street address, if available, or other description

**What is the property?** Check all that apply

☐ Single-family home

☐ Duplex or multi-unit building

☐ Condominium or cooperative

☐ Manufactured or mobile home

**Jupiter                FL**

City              State    ZIP Code

☐ Land

☐ Investment property

■ Timeshare

☐ Other _____

**Who has an interest in the property?** Check one

**Palm Beach**

County

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property?      Current value of the portion you own?

**$30,000.00**                **$30,000.00**

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

**Joint with Spouse Mary Ann Bozzi as Tenants by the Entireties**

☐ Check if this is community property (see instructions)

Other information you wish to add about this item, such as local property identification number:

2.  **Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here.........................................................=>**

**$13,005,000.00**

**Part 2:   Describe Your Vehicles**

**Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not?** Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

3.  **Cars, vans, trucks, tractors, sport utility vehicles, motorcycles**

☐ No

■ Yes

3.1  Make:      **Audi**

Model:     **Q5**

Year:      **2011**

Approximate mileage:      **100000**

Other information:

**Who has an interest in the property?** Check one

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ Check if this is community property (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property?      Current value of the portion you own?

**$6,500.00**                **$6,500.00**

3.2  Make:      **Mercedes**

Model:     **450 SL**

Year:      **2019**

Approximate mileage:      **Unknown**

Other information:

**LEASED VEHICLE**

**Who has an interest in the property?** Check one

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ Check if this is community property (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property?      Current value of the portion you own?

**$0.00**                **$0.00**

Debtor 1    **Bruce E. Bozzi, Sr.**                                                                Case number *(if known)*

| | | |
|---|---|---|
| 3.3 | Make: | **Mercedes** |
| | Model: | **550SL** |
| | Year: | **2018** |
| | Approximate mileage: | **Unknown** |
| | Other information: | |
| | **LEASED VEHICLE - BUSINESS VEHICLE** | |

Who has an interest in the property? Check one

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this is community property
(see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property? | Current value of the portion you own?

**Unknown** | **Unknown**

---

4. **Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**
   *Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

☑ No
☐ Yes

---

5  Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here..........................................................=> | **$6,500.00**

---

**Part 3:**  Describe Your Personal and Household Items

Do you own or have any legal or equitable interest in any of the following items?

Current value of the portion you own?
Do not deduct secured claims or exemptions.

6. **Household goods and furnishings**
   *Examples:* Major appliances, furniture, linens, china, kitchenware
   ☐ No
   ☑ Yes. Describe.....

| | |
|---|---|
| Miscellaneous Household Goods and Furnishings including Electronics located at 2161 Gulf of Mexico property- Joint with Spouse Mary Ann Bozzi as Tenants by the Entireties | $30,000.00 |
| Miscellaneous Household Goods and Furnishings including Electronics located at 1511 Gulf of Mexico Drive property- Joint with Spouse Mary Ann Bozzi as Tenants by the Entireties | $6,000.00 |
| Miscellaneous Household Goods and Furnishings including Electronics located at 5 Surf Drive property- Joint with Spouse Mary Ann Bozzi as Tenants by the Entireties | $7,500.00 |
| Miscellaneous Household Goods and Furnishings including Electronics located at 37 Cottage Avenue property- Joint with Spouse Mary Ann Bozzi as Tenants by the Entireties | $17,500.00 |

7. **Electronics**
   *Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games
   ☐ No
   ☑ Yes. Describe.....

| | |
|---|---|
| Included in Household goods and furnishings above (see #6) | $0.00 |

8. **Collectibles of value**
   *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles
   ☐ No

Debtor 1    **Bruce E. Bozzi, Sr.**                                          Case number *(if known)*

■ Yes.  Describe.....

| | |
|---|---|
| Artwork: Miscellaneous Lithograph Posters- Joint with Spouse Mary Ann Bozzi as Tenants by the Entireties | $2,000.00 |

9. **Equipment for sports and hobbies**
   *Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments
   ☐ No
   ■ Yes.  Describe.....

| | |
|---|---|
| 2 sets of golf clubs | $500.00 |

10. **Firearms**
    *Examples:* Pistols, rifles, shotguns, ammunition, and related equipment
    ■ No
    ☐ Yes.  Describe.....

11. **Clothes**
    *Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories
    ☐ No
    ■ Yes.  Describe.....

| | |
|---|---|
| Men's Wardrobe - Included in Household goods and furnishings above (see #6) | $0.00 |

12. **Jewelry**
    *Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver
    ☐ No
    ■ Yes.  Describe.....

| | |
|---|---|
| Wedding Band and Watches | $2,000.00 |

13. **Non-farm animals**
    *Examples:* Dogs, cats, birds, horses
    ■ No
    ☐ Yes.  Describe.....

14. **Any other personal and household items you did not already list, including any health aids you did not list**
    ■ No
    ☐ Yes.  Give specific information.....

15. **Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write that number here** ............................................................... | $65,500.00 |

**Part 4:**  Describe Your Financial Assets

Do you own or have any legal or equitable interest in any of the following?     Current value of the portion you own? Do not deduct secured claims or exemptions.

16. **Cash**
    *Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition
    ☐ No
    ■ Yes..................................................................................................

| | |
|---|---|
| **Cash** | $400.00 |

Debtor 1    **Bruce E. Bozzi, Sr.**                                                     Case number *(if known)*

**17. Deposits of money**

*Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions. If you have multiple accounts with the same institution, list each.

☐ No

■ Yes.....................    Institution name:

| | | | |
|---|---|---|---|
| 17.1. | Money Market | Northern Trust Bank of Florida- 986- Joint with Spouse Mary Ann Bozzi as Tenants by the Entireties | $578,898.00 |
| 17.2. | Checking | Northern Trust Bank of Florida- 705- Joint with Spouse Mary Ann Bozzi as Tenants by the Entireties | $337,520.00 |
| 17.3. | Savings | FVC Bank- 4530 | $0.00 |
| 17.4. | Brokerage | Bank of America- 9229 | $2,428.00 |
| 17.5. | Money Market | Bank of America - 9660 | $0.00 |
| 17.6. | Other financial account | Long Boat Key Country Club Membership Bond | Unknown |

**18. Bonds, mutual funds, or publicly traded stocks**

*Examples:* Bond funds, investment accounts with brokerage firms, money market accounts

■ No

☐ Yes.................    Institution or issuer name:

**19. Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**

☐ No

■ Yes.  Give specific information about them...................

| Name of entity: | % of ownership: | | |
|---|---|---|---|
| Atlanta Palm Food Corporation- Tax ID: 52-1904721 | 50 | % | Unknown |
| Atlantic City Palm, LLC- Tax ID: 81-0584713 | 50 | % | Unknown |
| Boston Palm Corporation- Tax ID: 93-1198032 | 50 | % | Unknown |
| Charlotte Palm Corporation- Tax ID: 52-2022935 | 50 | % | Unknown |
| Chicago Palm, Inc.- Tax ID: 36-3069495 | 40.81 | % | Unknown |
| Denver Palm Corporation- Tax ID: 84-1333686 | 50 | % | Unknown |
| Just One More Restaurant Corporation- Tax ID: 13-0895070 | 40 | % | Unknown |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

Debtor 1    **Bruce E. Bozzi, Sr.**                                          Case number *(if known)*

| | | |
|---|---|---|
| **Just One More Holding Corp.- Tax ID: 13-2516081** | 33.3 % | Unknown |
| **LA Downtown Palm, LLC- Tax ID: 52-2343936** | 50 % | Unknown |
| **Miami Palm Restaurant, Inc.- Tax ID: 59-2142382** | 50 % | Unknown |
| **Nashville Palm Restaurant, LLC- Tax ID: 52-2264407** | 50 % | Unknown |
| **Palm Airport, LLC- Tax ID: 01-0913174** | 50 % | Unknown |
| **Palm Beverly Hills Restaurant Manager, LLC- Tax ID: 47-1478042** | 50 % | Unknown |
| **Palm Management Corporation- Tax ID: 13-2819847** | 50 % | Unknown |
| **Palm New York Downtown, LLC- Tax ID: 41-2273205** | 50 % | Unknown |
| **Palm Orlando Corporation- Tax ID: 52-2271877** | 50 % | Unknown |
| **Palm Philadelphia Manager LLC- 81-3592977** | 50 % | Unknown |
| **Palm Restaurant, Inc.- Tax ID: 13-2785949** | 50 % | Unknown |
| **Palm Restaurant of Las Vegas, Inc.- Tax ID: 52-1787475** | 50 % | Unknown |
| **Palm Restaurant of Houston, Inc.- Tax ID: 74-1981492** | 50 % | Unknown |
| **Palm Tysons Too, Inc.- Tax ID: 52-2147517** | 50 % | Unknown |
| **Palm West Corporation- Tax ID: 22-3633863** | 50 % | Unknown |
| **San Antonio Palm Restaurant, Inc.- Tax ID: 52-2158851** | 50 % | Unknown |
| **Washington Palm, Inc.- Tax ID: 52-0960414** | 50 % | Unknown |
| **Palm Philadelphia Investor, LLC- Tax ID: 81-3603777** | 50 % | Unknown |

Debtor 1   **Bruce E. Bozzi, Sr.**                                              Case number *(if known)*

| | | | |
|---|---|---|---|
| **Red Eye/Brooklyn Associates, L.P. - Tax ID: 13-3799293** | 0.3 | % | **Unknown** |

20. **Government and corporate bonds and other negotiable and non-negotiable instruments**
    *Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
    *Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.
    ■ No
    ☐ Yes. Give specific information about them
               Issuer name:

21. **Retirement or pension accounts**
    *Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans
    ☐ No
    ■ Yes. List each account separately.

    | Type of account: | Institution name: | |
    |---|---|---|
    | **401(k)** | **VALIC** | **$210,053.00** |
    | **IRA** | **JP Morgan** | **$157,619.00** |

22. **Security deposits and prepayments**
    Your share of all unused deposits you have made so that you may continue service or use from a company
    *Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others
    ■ No
    ☐ Yes. ....................                     Institution name or individual:

23. **Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)
    ■ No
    ☐ Yes............       Issuer name and description.

24. **Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
    26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).
    ■ No
    ☐ Yes............       Institution name and description. Separately file the records of any interests.11 U.S.C. § 521(c):

25. **Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**
    ☐ Yes.  Give specific information about them...

26. **Patents, copyrights, trademarks, trade secrets, and other intellectual property**
    *Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements
    ■ No
    ☐ Yes.  Give specific information about them...

27. **Licenses, franchises, and other general intangibles**
    *Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses
    ■ No
    ☐ Yes.  Give specific information about them...

**Money or property owed to you?**

                                                                    **Current value of the
                                                                    portion you own?**
                                                                    Do not deduct secured
                                                                    claims or exemptions.

Debtor 1   **Bruce E. Bozzi, Sr.** _____   Case number *(if known)* _____

**28. Tax refunds owed to you**
☐ No
☑ Yes. Give specific information about them, including whether you already filed the returns and the tax years.......

| Refund due for overpayment to NJ and VA | State | $24,941.00 |

**29. Family support**
   *Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement
☑ No
☐ Yes. Give specific information......

**30. Other amounts someone owes you**
   *Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay, workers' compensation, Social Security benefits; unpaid loans you made to someone else
☐ No
☑ Yes. Give specific information..

| Monthly Social Security Benefits | $2,600.00 |
| Note Receivable- Palm Restaurant, Inc.- 9.0% | $91,000.00 |
| Note Receivable- Chicago Palm, Inc.- 9.0% | $5,000.00 |
| Note Receivable- Palm Restaurant of Las Vegas, Inc. - 9.0% | $10,000.00 |
| Note Receivable- Atlanta Palm Food Corp.- 9.0% | $60,000.00 |
| Note Receivable- The Washington Palm, Inc. - 9.0% | $30,000.00 |
| Note Receivable- The Washington Palm, Inc. - 9.0% | $50,000.00 |
| Note Receivable- Palm Management Corp- LIBOR + 2% | $4,528,481.00 |
| Note Receivable- The Washington Palm, Inc. - 9.0% | $16,901.00 |
| Note Receivable- Miami Palm Restaurant, Inc. - 9.0% | $133,091.00 |
| Note Receivable- Palm Management Corp- May 2007- 7.50% | $1,000,000.00 |
| Note Receivable- Palm Management Corp- August 2013- 9.0% | $250,000.00 |
| Note Receivable- Palm Management Corp- Dec 2015- 0.0% | $250,000.00 |
| Note Receivable- Palm Management Corp- June 2016 - 9.50% | $1,000,000.00 |

Debtor 1  **Bruce E. Bozzi, Sr.**                                           Case number *(if known)*

| | |
|---|---|
| **Note Receivable- Palm Management Corp- August 2016-9.50%** | **$250,000.00** |

| | |
|---|---|
| **Note Receivable- Palm Management Corp- August 2017-9.50%** | **$1,000,000.00** |

31. **Interests in insurance policies**
    *Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance
    ☐ No
    ■ Yes. Name the insurance company of each policy and list its value.

| Company name: | Beneficiary: | Surrender or refund value: |
|---|---|---|
| **Equitable Life- $100,00 Face Value** | **Mary Ann Bozzi** | **$124,604.00** |
| **Lincoln Financial Group- $50,000 Face Value. No Cash Value** | **Mary Ann Bozzi** | **$0.00** |
| **National Life Group- $250,000 Face Value** | **Mary Ann Bozzi** | **$60,762.00** |
| **VOYA- $500,000 Face Value** | **Mary Ann Bozzi** | **$102,000.00** |

32. **Any interest in property that is due you from someone who has died**
    If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because someone has died.
    ■ No
    ☐ Yes.  Give specific information..

33. **Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**
    *Examples:* Accidents, employment disputes, insurance claims, or rights to sue
    ■ No
    ☐ Yes.  Describe each claim.........

34. **Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**
    ■ No
    ☐ Yes.  Describe each claim.........

35. **Any financial assets you did not already list**
    ■ No
    ☐ Yes.  Give specific information..

36. **Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here**.................................................................................................................

| |
|---|
| **$10,276,298.00** |

**Part 5:**  Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1.

37. **Do you own or have any legal or equitable interest in any business-related property?**
    ■ No. Go to Part 6.
    ☐ Yes.  Go to line 38.

Debtor 1    **Bruce E. Bozzi, Sr.**                                                    Case number *(if known)*

| Part 6: | Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In. |
|---|---|
| | If you own or have an interest in farmland, list it in Part 1. |

46. **Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**

■ No. Go to Part 7.

☐ Yes. Go to line 47.

| Part 7: | Describe All Property You Own or Have an Interest in That You Did Not List Above |
|---|---|

53. **Do you have other property of any kind you did not already list?**
    *Examples:* Season tickets, country club membership

■ No

☐ Yes. Give specific information.........

54. **Add the dollar value of all of your entries from Part 7. Write that number here** .................................. | **$0.00** |

| Part 8: | List the Totals of Each Part of this Form |
|---|---|

| 55. | **Part 1: Total real estate, line 2** ......................................................................................... | | **$13,005,000.00** |
|---|---|---|---|
| 56. | **Part 2: Total vehicles, line 5** | **$6,500.00** | |
| 57. | **Part 3: Total personal and household items, line 15** | **$65,500.00** | |
| 58. | **Part 4: Total financial assets, line 36** | **$10,276,298.00** | |
| 59. | **Part 5: Total business-related property, line 45** | **$0.00** | |
| 60. | **Part 6: Total farm- and fishing-related property, line 52** | **$0.00** | |
| 61. | **Part 7: Total other property not listed, line 54** | + **$0.00** | |
| 62. | **Total personal property. Add lines 56 through 61...** | **$10,348,298.00** | Copy personal property total | **$10,348,298.00** |
| 63. | **Total of all property on Schedule A/B. Add line 55 + line 62** | | **$23,353,298.00** |

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Bruce E. Bozzi, Sr.** | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | MIDDLE DISTRICT OF FLORIDA | | |
| Case number | | | |
| (if known) | | | |

☐ Check if this is an amended filing

## Official Form 106C
# Schedule C: The Property You Claim as Exempt

4/16

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.

**Part 1:    Identify the Property You Claim as Exempt**

1. **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*

   ■ You are claiming state and federal nonbankruptcy exemptions.   11 U.S.C. § 522(b)(3)

   ☐ You are claiming federal exemptions.   11 U.S.C. § 522(b)(2)

2. **For any property you list on** *Schedule A/B* **that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| **2161 Gulf of Mexico Drive Longboat Key, FL 34228  Sarasota County**<br>Line from *Schedule A/B*: **1.1** | $3,900,000.00 | ■   $3,900,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Fla. Const. art. X, § 4(a)(1); Fla. Stat. Ann. §§ 222.01 & 222.02 |
| **37 Cottage Avenue East Hampton, NY 11937  Suffolk County**<br>Line from *Schedule A/B*: **1.4** | $5,500,000.00 | ■   $5,500,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(b)(3)(B) |
| **R112 Golf & Spa Timeshare Jupiter, FL  Palm Beach County**<br>Line from *Schedule A/B*: **1.6** | $30,000.00 | ■   $30,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(b)(3)(B) |
| **Miscellaneous Household Goods and Furnishings including Electronics located at 2161 Gulf of Mexico property- Joint with Spouse Mary Ann Bozzi as Tenants by the Entireties**<br>Line from *Schedule A/B*: **6.1** | $30,000.00 | ■   $30,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(b)(3)(B) |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

Debtor 1    **Bruce E. Bozzi, Sr.**                                                  Case number (if known)

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| **Miscellaneous Household Goods and Furnishings including Electronics located at 1511 Gulf of Mexico Drive property- Joint with Spouse Mary Ann Bozzi as Tenants by the Entireties**<br>Line from *Schedule A/B*: **6.2** | $6,000.00 | ■ $6,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(b)(3)(B) |
| **Miscellaneous Household Goods and Furnishings including Electronics located at 5 Surf Drive property- Joint with Spouse Mary Ann Bozzi as Tenants by the Entireties**<br>Line from *Schedule A/B*: **6.3** | $7,500.00 | ■ $7,500.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(b)(3)(B) |
| **Miscellaneous Household Goods and Furnishings including Electronics located at 37 Cottage Avenue property- Joint with Spouse Mary Ann Bozzi as Tenants by the Entireties**<br>Line from *Schedule A/B*: **6.4** | $17,500.00 | ■ $17,500.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(b)(3)(B) |
| **Artwork: Miscellaneous Lithograph Posters- Joint with Spouse Mary Ann Bozzi as Tenants by the Entireties**<br>Line from *Schedule A/B*: **8.1** | $2,000.00 | ■ $2,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(b)(3)(B) |
| **Men's Wardrobe - Included in Household goods and furnishings above (see #6)**<br>Line from *Schedule A/B*: **11.1** | $0.00 | ■ $0.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Fla. Const. art. X, § 4(a)(2) |
| **Wedding Band and Watches**<br>Line from *Schedule A/B*: **12.1** | $2,000.00 | ■ $2,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Fla. Const. art. X, § 4(a)(2) |
| **Money Market: Northern Trust Bank of Florida- 986- Joint with Spouse Mary Ann Bozzi as Tenants by the Entireties**<br>Line from *Schedule A/B*: **17.1** | $578,898.00 | ■ $578,898.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(b)(3)(B) |
| **Checking: Northern Trust Bank of Florida- 705- Joint with Spouse Mary Ann Bozzi as Tenants by the Entireties**<br>Line from *Schedule A/B*: **17.2** | $337,520.00 | ■ $337,520.00<br>☐ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(b)(3)(B) |
| **401(k): VALIC**<br>Line from *Schedule A/B*: **21.1** | $210,053.00 | ■ $210,053.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Fla. Stat. Ann. § 222.21(2) |
| **IRA: JP Morgan**<br>Line from *Schedule A/B*: **21.2** | $157,619.00 | ■ $157,619.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Fla. Stat. Ann. § 222.21(2) |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

Debtor 1    **Bruce E. Bozzi, Sr.**                                              Case number (if known)

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| **Equitable Life- $100,00 Face Value Beneficiary: Mary Ann Bozzi**<br>Line from *Schedule A/B*: **31.1** | $124,604.00 | ■     $124,604.00<br>☐   100% of fair market value, up to any applicable statutory limit | **Fla. Stat. Ann. § 222.14** |
| **National Life Group- $250,000 Face Value**<br>**Beneficiary: Mary Ann Bozzi**<br>Line from *Schedule A/B*: **31.3** | $60,762.00 | ■     $60,762.00<br>☐   100% of fair market value, up to any applicable statutory limit | **Fla. Stat. Ann. § 222.14** |
| **VOYA- $500,000 Face Value Beneficiary: Mary Ann Bozzi**<br>Line from *Schedule A/B*: **31.4** | $102,000.00 | ■     $102,000.00<br>☐   100% of fair market value, up to any applicable statutory limit | **Fla. Stat. Ann. § 222.14** |

3.  **Are you claiming a homestead exemption of more than $160,375?**
    (Subject to adjustment on 4/01/19 and every 3 years after that for cases filed on or after the date of adjustment.)

    ☐  No

    ■  Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?

         ■  No

         ☐  Yes

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Bruce E. Bozzi, Sr.** |
| | First Name    Middle Name    Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name    Middle Name    Last Name |
| United States Bankruptcy Court for the: | MIDDLE DISTRICT OF FLORIDA |
| Case number | |
| (if known) | |

☐ Check if this is an amended filing

## Official Form 106D
## Schedule D: Creditors Who Have Claims Secured by Property    12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).

**1. Do any creditors have claims secured by your property?**

☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.

■ Yes. Fill in all of the information below.

**Part 1:    List All Secured Claims**

**2. List all secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name.

| | | Column A | Column B | Column C |
|---|---|---|---|---|
| | | Amount of claim | Value of collateral | Unsecured |
| | | Do not deduct the | that supports this | portion |
| | | value of collateral. | claim | If any |

**2.1    Bank of America**
Creditor's Name

PO Box 660576
Dallas, TX 75266
Number, Street, City, State & Zip Code

Describe the property that secures the claim:

**2161 Gulf of Mexico Drive Longboat Key, FL 34228  Sarasota County**

Column A: **$236,066.00**   Column B: **$3,900,000.00**   Column C: **$0.00**

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Nature of lien. Check all that apply.
■ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset)

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ Check if this claim relates to a community debt

Date debt was incurred _____    Last 4 digits of account number    **9265**

**2.2    Bank of America**
Creditor's Name

PO Box 660576
Dallas, TX 75266
Number, Street, City, State & Zip Code

Describe the property that secures the claim:

**5 Surf Drive Amagansett, NY 11930 Suffolk County**

Column A: **$936,374.00**   Column B: **$1,750,000.00**   Column C: **$0.00**

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Nature of lien. Check all that apply.
■ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset)

**Who owes the debt?** Check one.
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

Date debt was incurred _____    Last 4 digits of account number _____

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor 1   **Bruce E. Bozzi, Sr.**                                                    Case number (if known) _____

First Name        Middle Name        Last Name

| 2.3 | **Bank of America** | Describe the property that secures the claim: | **$12,056,962.00** | **Unknown** | **Unknown** |

Creditor's Name

**Global Commercial
Banking
1301 Gervais Street
SC3-230-20-02
Columbia, SC 29201**

Number, Street, City, State & Zip Code

**All Stock and Business Interests in
Palm Entities listed on Schedule B**

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ Check if this claim relates to a
   community debt

**Nature of lien.** Check all that apply.

☑ An agreement you made (such as mortgage or secured
   car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred _____     Last 4 digits of account number   **7927** _____

| 2.4 | **Victor Ganzi** | Describe the property that secures the claim: | **$2,750,000.00** | **$1,800,000.00** | **$950,000.00** |

Creditor's Name

**126 East 56th Street
14th Floor
New York, NY 10022**

Number, Street, City, State & Zip Code

**Mortgage on 1511 Gulf of Mexico
Drive Longboat Key, FL 34228
Sarasota County**

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a
   community debt

**Nature of lien.** Check all that apply.

☑ An agreement you made (such as mortgage or secured
   car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Date debt was incurred _____     Last 4 digits of account number   _____

Add the dollar value of your entries in Column A on this page. Write that number here:     **$15,979,402.00**

If this is the last page of your form, add the dollar value totals from all pages.
Write that number here:     **$15,979,402.00**

**Part 2:    List Others to Be Notified for a Debt That You Already Listed**

Use this page only if you have others to be notified about your bankruptcy for a debt that you already listed in Part 1. For example, if a collection agency is
trying to collect from you for a debt you owe to someone else, list the creditor in Part 1, and then list the collection agency here. Similarly, if you have more
than one creditor for any of the debts that you listed in Part 1, list the additional creditors here. If you do not have additional persons to be notified for any
debts in Part 1, do not fill out or submit this page.

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Bruce E. Bozzi, Sr.** | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | MIDDLE DISTRICT OF FLORIDA | | |
| Case number | | | |
| (if known) | | | |

☐ Check if this is an
amended filing

## Official Form 106E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on Schedule A/B: Property (Official Form 106A/B) and on Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G). Do not include any creditors with partially secured claims that are listed in Schedule D: Creditors Who Have Claims Secured by Property. If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. If you have no information to report in a Part, do not file that Part. On the top of any additional pages, write your name and case number (if known).

### Part 1:    List All of Your PRIORITY Unsecured Claims

1.  Do any creditors have priority unsecured claims against you?

■ No. Go to Part 2.

☐ Yes.

### Part 2:    List All of Your NONPRIORITY Unsecured Claims

3.  Do any creditors have nonpriority unsecured claims against you?

☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.

■ Yes.

4.  List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim. If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

| | | | Total claim |
|---|---|---|---|
| 4.1 | **Bozzi 2000 Insurance Trust** | Last 4 digits of account number | $2,229,645.00 |
| | Nonpriority Creditor's Name | | |
| | C/o Palm Management Corp. | When was the debt incurred? | |
| | 7380 West Sand Lake Road | | |
| | Suite 450 | | |
| | Orlando, FL 32819 | | |
| | Number Street City State Zip Code | As of the date you file, the claim is: Check all that apply | |

Who incurred the debt? Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ Check if this claim is for a  community debt

Is the claim subject to offset?

■ No

☐ Yes

☐ Contingent

☐ Unliquidated

☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify  **Loan**

Debtor 1  **Bruce E. Bozzi, Sr.** _____     Case number (if known) _____

| 4.2 | **Briargrove Retail LP** | Last 4 digits of account number _____ | Unknown |

Nonpriority Creditor's Name
**One Riverway**
**Suite 100**
**Houston, TX 77055**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ Check if this claim is for a community debt
**Is the claim subject to offset?**
☑ No
☐ Yes

**As of the date you file, the claim is: Check all that apply**
☑ Contingent
☑ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Lease - Personal Guaranty**

| 4.3 | **Claire Breen** | Last 4 digits of account number _____ | Unknown |

Nonpriority Creditor's Name
**C/o Frederic Newman, Esq.**
**Hoguet Newman Regal & Kenney**
**60 E 42nd St, 48th Floor**
**New York, NY 10165**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ Check if this claim is for a community debt
**Is the claim subject to offset?**
☑ No
☐ Yes

**As of the date you file, the claim is: Check all that apply**
☐ Contingent
☐ Unliquidated
☑ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **See 4.9 (Same Debt)**

| 4.4 | **Cooley LLP** | Last 4 digits of account number _____ | $1,081,456.66 |

Nonpriority Creditor's Name
**101 California Street, 5th F**
**San Francisco, CA 94111**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ Check if this claim is for a community debt
**Is the claim subject to offset?**
☐ No
☑ Yes

**As of the date you file, the claim is: Check all that apply**
☐ Contingent
☐ Unliquidated
☑ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Legal Fees**

Debtor 1  **Bruce E. Bozzi, Sr.**          Case number (if known) _____

---

| 4.5 | **Estate of Charles Cook** | Last 4 digits of account number | **Unknown** |

Nonpriority Creditor's Name
**C/o Frederic Newman, Esq.**
**Hoguet Newman Regal & Kenney**
**60 E 42nd St, 48th Floor**
**New York, NY 10165**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is: Check all that apply**

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **See 4.9 (Same Debt)**

---

| 4.6 | **Fredric Newman, Esq.** | Last 4 digits of account number | **Unknown** |

Nonpriority Creditor's Name
**Hoguet Newman Regal & Kenney**
**60 E. 42nd Street**
**48th Floor**
**New York, NY 10165**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is: Check all that apply**

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

---

| 4.7 | **Gary Ganzi** | Last 4 digits of account number | **Unknown** |

Nonpriority Creditor's Name
**C/o Frederic Newman, Esq.**
**Hoguet Newman Regal & Kenney**
**60 E. 42nd St, 48th Floor**
**New York, NY 10165**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is: Check all that apply**

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **See 4.9 (Same Debt)**

---

Debtor 1   **Bruce E. Bozzi, Sr.**                                    Case number (if known) _____

| 4.8 | **Internal Revenue Service** | Last 4 digits of account number _____ | **Unknown** |
|---|---|---|---|

Nonpriority Creditor's Name
**P.O. Box 7346**
**Philadelphia, PA 19101-7346**
Number Street City State Zip Code

Who incurred the debt? Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?

■ No
☐ Yes

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify _____

---

| 4.9 | **Just One More Restaurant Crp** | Last 4 digits of account number _____ | **$120,000,000.00** |
|---|---|---|---|

Nonpriority Creditor's Name
**8955 Fontana Del Sol Way**
**2nd Floor**
**Naples, FL 34109**
Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?

■ No
☐ Yes

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Judgment**

---

| 4.10 | **Just One More Restaurant Hld** | Last 4 digits of account number _____ | **Unknown** |
|---|---|---|---|

Nonpriority Creditor's Name
**8955 Fontana Del Sol Way**
**2nd Floor**
**Naples, FL 34109**
Number Street City State Zip Code

Who incurred the debt? Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?

■ No
☐ Yes

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **See 4.9 (Same Debt)**

Debtor 1    **Bruce E. Bozzi, Sr.**                                     Case number (if known) _____

| 4.1 1 | **Kasowitz Benson Torres LLP** | Last 4 digits of account number _____ | **$1,239,258.00** |

Nonpriority Creditor's Name
**1633 Broadway**
**New York, NY 10019**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

| 4.1 2 | **Palm Management Corp** | Last 4 digits of account number _____ | **$3,079,549.00** |

Nonpriority Creditor's Name
**7380 West Sand Lake Road**
**Suite 450**
**Orlando, FL 32819**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    Loan _____

---

**Part 3:    List Others to Be Notified About a Debt That You Already Listed**

5. Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional persons to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.

**Part 4:    Add the Amounts for Each Type of Unsecured Claim**

6. Total the amounts of certain types of unsecured claims. This information is for statistical reporting purposes only. 28 U.S.C. §159. Add the amounts for each type of unsecured claim.

|  |  |  | | Total Claim |
|---|---|---|---|---|
| **Total claims from Part 1** | 6a. | **Domestic support obligations** | 6a. | $                0.00 |
|  | 6b. | **Taxes and certain other debts you owe the government** | 6b. | $                0.00 |
|  | 6c. | **Claims for death or personal injury while you were intoxicated** | 6c. | $                0.00 |
|  | 6d. | **Other.** Add all other priority unsecured claims. Write that amount here. | 6d. | $                0.00 |
|  | 6e. | **Total Priority.** Add lines 6a through 6d. | 6e. | $                0.00 |
|  |  |  | | Total Claim |
|  | 6f. | **Student loans** | 6f. | $                0.00 |
| **Total claims from Part 2** | 6g. | **Obligations arising out of a separation or divorce that you did not report as priority claims** | 6g. | $                0.00 |

Debtor 1    **Bruce E. Bozzi, Sr.**                                    Case number (if known) _____

| | | | | |
|---|---|---|---|---|
| 6h. | **Debts to pension or profit-sharing plans, and other similar debts** | 6h. | $ | 0.00 |
| 6i. | **Other.** Add all other nonpriority unsecured claims. Write that amount here. | 6i. | $ | 127,629,908.66 |
| 6j. | **Total Nonpriority.** Add lines 6f through 6i. | 6j. | $ | 127,629,908.66 |

| Fill in this information to identify your case: | | |
|---|---|---|
| Debtor 1 | **Bruce E. Bozzi, Sr.** | |
| | First Name    Middle Name    Last Name | |
| Debtor 2 | | |
| (Spouse if, filing) | First Name    Middle Name    Last Name | |
| United States Bankruptcy Court for the: | MIDDLE DISTRICT OF FLORIDA | |
| Case number | | |
| (if known) | | |

☐ Check if this is an
amended filing

## Official Form 106G

# Schedule G: Executory Contracts and Unexpired Leases                    12/15

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the additional page, fill it out, number the entries, and attach it to this page. On the top of any additional pages, write your name and case number (if known).**

1. **Do you have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the court with your other schedules. You have nothing else to report on this form.
   ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B:Property* (Official Form 106 A/B).

2. **List separately each person or company with whom you have the contract or lease. Then state what each contract or lease is for (for example, rent, vehicle lease, cell phone).** See the instructions for this form in the instruction booklet for more examples of executory contracts and unexpired leases.

| | Person or company with whom you have the contract or lease<br>Name, Number, Street, City, State and ZIP Code | State what the contract or lease is for |
|---|---|---|
| 2.1 | **Home Tech**<br>**6400 Techster Blvd**<br>**Fort Myers, FL 33966** | **Service Contract** |
| 2.2 | **Mercedes-Benz Credit Corp.**<br>**P.O. Box 5209**<br>**Carol Stream, IL 60197-5209** | **2018 Mercedes 550SL Lease - (Business Vehicle)** |
| 2.3 | **Mercedes-Benz Financial Services USA**<br>**P.O. BOX 5260**<br>**CAROL STREAM, IL 60197-5260** | **2019 Mercedes 450SL Lease** |
| 2.4 | **Sparkling Pools**<br>**PO Box 1208**<br>**Sag Harbor, NY 11963** | **Pool Service Contract** |
| 2.5 | **Weber & Grahn**<br>**216 E. Montauk Hwy**<br>**Hampton Bays, NY 11946** | **Home Service Contract** |

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Bruce E. Bozzi, Sr.** |
| | First Name          Middle Name          Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name          Middle Name          Last Name |
| United States Bankruptcy Court for the: | MIDDLE DISTRICT OF FLORIDA |
| Case number (if known) | |

☐ Check if this is an
    amended filing

## Official Form 106H
## Schedule H: Your Codebtors

12/15

Codebtors are people or entities who are also liable for any debts you may have. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, and number the entries in the boxes on the left. Attach the Additional Page to this page. On the top of any Additional Pages, write your name and case number (if known). Answer every question.

**1. Do you have any codebtors?** (If you are filing a joint case, do not list either spouse as a codebtor.)

☐ No
■ Yes

**2. Within the last 8 years, have you lived in a community property state or territory?** (*Community property states and territories include* Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)

■ No. Go to line 3.
☐ Yes. Did your spouse, former spouse, or legal equivalent live with you at the time?

**3. In Column 1, list all of your codebtors. Do not include your spouse as a codebtor if your spouse is filing with you. List the person shown in line 2 again as a codebtor only if that person is a guarantor or cosigner. Make sure you have listed the creditor on Schedule D (Official Form 106D), Schedule E/F (Official Form 106E/F), or Schedule G (Official Form 106G). Use Schedule D, Schedule E/F, or Schedule G to fill out Column 2.**

| *Column 1:* **Your codebtor** <br> Name, Number, Street, City, State and ZIP Code | *Column 2:* **The creditor to whom you owe the debt** <br> Check all schedules that apply: |
|---|---|
| 3.1  **Atlanta Palm Food Corp** <br> **C/o Palm Management Corp** <br> **7380 West Sand Lake Road** <br> **Suite 450** <br> **Orlando, FL 32819** | ■ Schedule D, line __2.3__ <br> ☐ Schedule E/F, line _____ <br> ☐ Schedule G _____ <br> **Bank of America** |
| 3.2  **Atlantic City Palm, LLC** <br> **C/o Palm Management Corp.** <br> **7380 West Sand Lake Road** <br> **Suite 450** <br> **Orlando, FL 32819** | ■ Schedule D, line __2.3__ <br> ☐ Schedule E/F, line _____ <br> ☐ Schedule G _____ <br> **Bank of America** |
| 3.3  **B.W. Associates, Inc.** <br> **7380 West Sand Lake Road** <br> **Suite 450** <br> **Orlando, FL 32819** | ■ Schedule D, line __2.3__ <br> ☐ Schedule E/F, line _____ <br> ☐ Schedule G _____ <br> **Bank of America** |

| Debtor 1 | **Bruce E. Bozzi, Sr.** | Case number *(if known)* | |
|---|---|---|---|

▮ **Additional Page to List More Codebtors**

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|

3.4    **Boston Palm Corporation**
**C/o Palm Management Corp.**
**7380 West Sand Lake Road**
**Suite 450**
**Orlando, FL 32819**

■ Schedule D, line __2.3__
☐ Schedule E/F, line _____
☐ Schedule G _____
**Bank of America**

---

3.5    **Charlotte Palm Corp.**
**C/o Palm Management Corp.**
**7380 West Sand Lake Road**
**Suite 450**
**Orlando, FL 32819**

■ Schedule D, line __2.3__
☐ Schedule E/F, line _____
☐ Schedule G _____
**Bank of America**

---

3.6    **Chicago Palm, Inc.**
**C/o Palm Management Corp.**
**7380 West Sand Lake Road**
**Suite 450**
**Orlando, FL 32819**

■ Schedule D, line __2.3__
☐ Schedule E/F, line _____
☐ Schedule G _____
**Bank of America**

---

3.7    **Denver Palm Corporation**
**C/o Palm Management Corp.**
**7380 West Sand Lake Road**
**Suite 450**
**Orlando, FL 32819**

■ Schedule D, line __2.3__
☐ Schedule E/F, line _____
☐ Schedule G _____
**Bank of America**

---

3.8    **DGMB Associates, Inc.**
**7380 West Sand Lake Road**
**Suite 450**
**Orlando, FL 32819**

■ Schedule D, line __2.3__
☐ Schedule E/F, line _____
☐ Schedule G _____
**Bank of America**

---

3.9    **Just One More Rest. Corp.**
**8955 Fontana Del Sol Way**
**2nd Floor**
**Naples, FL 34109**

☐ Schedule D, line _____
■ Schedule E/F, line __4.4__
☐ Schedule G _____
**Cooley LLP**

---

3.10    **Just One More Rest. Hold.**
**8955 Fontana Del Sol Way**
**2nd Floor**
**Naples, FL 34109**

■ Schedule D, line __2.3__
☐ Schedule E/F, line _____
☐ Schedule G _____
**Bank of America**

---

Debtor 1    **Bruce E. Bozzi, Sr.**                                  Case number *(if known)* _____

| ▮ | **Additional Page to List More Codebtors** |
|---|---|

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt** <br> Check all schedules that apply: |
|---|---|

3.11    **LA Downtown Palm, LLC**
   **C/o Palm Management Corp.**
   **7380 West Sand Lake Road**
   **Suite 450**
   **Orlando, FL 32819**

                     ■ Schedule D, line   **2.3**
                      ☐ Schedule E/F, line _____
                      ☐ Schedule G _____
                      **Bank of America**

3.12    **Mary Ann Bozzi**
   **2161 Gulf of Mexico Drive**
   **Longboat Key, FL 34228**

                      ■ Schedule D, line   **2.1**
                      ☐ Schedule E/F, line _____
                      ☐ Schedule G _____
                      **Bank of America**

3.13    **Miami Palm Restaurant, Inc.**
   **C/o Palm Restaurant Corp**
   **7380 West Sand Lake Road**
   **Suite 450**
   **Orlando, FL 32819**

                      ■ Schedule D, line   **2.3**
                      ☐ Schedule E/F, line _____
                      ☐ Schedule G _____
                      **Bank of America**

3.14    **Nashville Palm Restaurant**
   **C/o Palm Management Corp.**
   **7380 West Sand Lake Road**
   **Suite 450**
   **Orlando, FL 32819**

                      ■ Schedule D, line   **2.3**
                      ☐ Schedule E/F, line _____
                      ☐ Schedule G _____
                      **Bank of America**

3.15    **Palm Airport, LLC**
   **C/o Palm Management Corp.**
   **7380 West Sand Lake Road**
   **Suite 450**
   **Orlando, FL 32819**

                      ■ Schedule D, line   **2.3**
                      ☐ Schedule E/F, line _____
                      ☐ Schedule G _____
                      **Bank of America**

3.16    **Palm Beverly Hills Rest. Mgr**
   **C/o Palm Management Corp.**
   **7380 West Sand Lake Road**
   **Suite 450**
   **Orlando, FL 32819**

                      ■ Schedule D, line   **2.3**
                      ☐ Schedule E/F, line _____
                      ☐ Schedule G _____
                      **Bank of America**

3.17    **Palm Management Corp**
   **7380 West Sand Lake Road**
   **Suite 450**
   **Orlando, FL 32819**

                      ■ Schedule D, line   **2.3**
                      ☐ Schedule E/F, line _____
                      ☐ Schedule G _____
                      **Bank of America**

Debtor 1    **Bruce E. Bozzi, Sr.**                                      Case number *(if known)* _____

███████  **Additional Page to List More Codebtors**

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |

3.18    **Palm New York Downtown**
    **C/o Palm Management Corp.**
    **7380 West Sand Lake Road**
    **Suite 450**
    **Orlando, FL 32819**

■ Schedule D, line   **2.3**
☐ Schedule E/F, line _____
☐ Schedule G
**Bank of America**

3.19    **Palm Orlando Corporation**
    **C/o Palm Management Corp.**
    **7380 West Sand Lake Road**
    **Suite 450**
    **Orlando, FL 32819**

■ Schedule D, line   **2.3**
☐ Schedule E/F, line _____
☐ Schedule G
**Bank of America**

3.20    **Palm Philadelphia Manager**
    **C/o Palm Management Corp.**
    **7380 West Sand Lake Road**
    **Suite 450**
    **Orlando, FL 32819**

■ Schedule D, line   **2.3**
☐ Schedule E/F, line _____
☐ Schedule G
**Bank of America**

3.21    **Palm Philadephia Investor**
    **C/o Palm Management Corp.**
    **7380 West Sand Lake Road**
    **Suite 450**
    **Orlando, FL 32819**

■ Schedule D, line   **2.3**
☐ Schedule E/F, line _____
☐ Schedule G
**Bank of America**

3.22    **Palm Restaurant of Houston**
    **C/o Palm Management Corp.**
    **7380 West Sand Lake Road**
    **Suite 450**
    **Orlando, FL 32819**

■ Schedule D, line   **2.3**
☐ Schedule E/F, line _____
☐ Schedule G
**Bank of America**

3.23    **Palm Restaurant of Las Vegas**
    **C/o Palm Management Corp.**
    **7380 West Sand Lake Road**
    **Suite 450**
    **Orlando, FL 32819**

■ Schedule D, line   **2.3**
☐ Schedule E/F, line _____
☐ Schedule G
**Bank of America**

3.24    **Palm Restaurant, Inc.**
    **C/o Palm Management Corp.**
    **7380 West Sand Lake Road**
    **Suite 450**
    **Orlando, FL 32819**

■ Schedule D, line   **2.3**
☐ Schedule E/F, line _____
☐ Schedule G
**Bank of America**

Debtor 1    __Bruce E. Bozzi, Sr.__                                    Case number *(if known)*    _____

| ▨ | **Additional Page to List More Codebtors** |
|---|---|

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|

3.25  **Palm Tysons Too, Inc.**
C/o Palm Management Corp.
7380 West Sand Lake Road
Suite 450
Orlando, FL 32819

■ Schedule D, line __2.3__
☐ Schedule E/F, line _____
☐ Schedule G _____
**Bank of America**

---

3.26  **Palm West Corporation**
C/o Palm Management Corp.
7380 West Sand Lake Road
Suite 450
Orlando, FL 32819

■ Schedule D, line __2.3__
☐ Schedule E/F, line _____
☐ Schedule G _____
**Bank of America**

---

3.27  **San Antonio Palm Restaurant**
C/o Palm Management Corp.
7380 West Sand Lake Road
Suite 450
Orlando, FL 32819

■ Schedule D, line __2.3__
☐ Schedule E/F, line _____
☐ Schedule G _____
**Bank of America**

---

3.28  **The Washington Palm, Inc.**
C/o Palm Management Corp.
7380 West Sand Lake Road
Suite 450
Orlando, FL 32819

■ Schedule D, line __2.3__
☐ Schedule E/F, line _____
☐ Schedule G _____
**Bank of America**

---

3.29  **W.B. Associates, Inc.**
7380 West Sand Lake Road
Suite 450
Orlando, FL 32819

■ Schedule D, line __2.3__
☐ Schedule E/F, line _____
☐ Schedule G _____
**Bank of America**

---

3.30  **Walter J. Ganzi**
8171 Bay Colony Drive
#1902
Naples, FL 34108

■ Schedule D, line __2.3__
☐ Schedule E/F, line _____
☐ Schedule G _____
**Bank of America**

---

3.31  **Walter J. Ganzi**
8171 Bay Colony Drive
#1902
Naples, FL 34108

☐ Schedule D, line _____
■ Schedule E/F, line __4.5__
☐ Schedule G _____
**Estate of Charles Cook**

---

Debtor 1    **Bruce E. Bozzi, Sr.**                                    Case number *(if known)*  _____

■ **Additional Page to List More Codebtors**

| Column 1: Your codebtor | Column 2: The creditor to whom you owe the debt<br>Check all schedules that apply: |

3.32    **Walter J. Ganzi**
        **8171 Bay Colony Drive**
        **#1902**
        **Naples, FL 34108**

☐ Schedule D, line _____
■ Schedule E/F, line    **4.4**
☐ Schedule G _____
**Cooley LLP**

---

3.33    **Walter J. Ganzi**
        **8171 Bay Colony Drive**
        **#1902**
        **Naples, FL 34108**

☐ Schedule D, line _____
■ Schedule E/F, line    **4.7**
☐ Schedule G _____
**Gary Ganzi**

---

3.34    **Walter J. Ganzi**
        **8171 Bay Colony Drive**
        **#1902**
        **Naples, FL 34108**

☐ Schedule D, line _____
■ Schedule E/F, line    **4.3**
☐ Schedule G _____
**Claire Breen**

---

3.35    **Walter J. Ganzi**
        **8171 Bay Colony Drive**
        **#1902**
        **Naples, FL 34108**

☐ Schedule D, line _____
■ Schedule E/F, line    **4.9**
☐ Schedule G _____
**Just One More Restaurant Crp**

---

3.36    **Walter J. Ganzi**
        **8171 Bay Colony Drive**
        **#1902**
        **Naples, FL 34108**

☐ Schedule D, line _____
■ Schedule E/F, line    **4.10**
☐ Schedule G _____
**Just One More Restaurant Hld**

---

3.37    **Walter J. Ganzi**
        **8171 Bay Colony Drive**
        **#1902**
        **Naples, FL 34108**

☐ Schedule D, line _____
■ Schedule E/F, line    **4.2**
☐ Schedule G _____
**Briargrove Retail LP**

---

3.38    **Walter J. Ganzi**
        **8171 Bay Colony Drive**
        **#1902**
        **Naples, FL 34108**

☐ Schedule D, line _____
■ Schedule E/F, line    **4.6**
☐ Schedule G _____
**Fredric Newman, Esq.**

---

Debtor 1   **Bruce E. Bozzi, Sr.**                                            Case number *(if known)* _____

| | **Additional Page to List More Codebtors** |
|---|---|

Column 1: **Your codebtor**

Column 2: **The creditor to whom you owe the debt**
Check all schedules that apply:

3.39   **Walter J. Ganzi**
**8171 Bay Colony Drive**
**#1902**
**Naples, FL 34108**

☐ Schedule D, line _____
■ Schedule E/F, line __**4.11**__
☐ Schedule G _____
**Kasowitz Benson Torres LLP**

3.40   **Walter J. Ganzi**
**8171 Colony Drive**
**#19002**
**Naples, FL 34108**

☐ Schedule D, line _____
■ Schedule E/F, line __**4.12**__
☐ Schedule G _____
**Palm Management Corp**

**Fill in this information to identify your case:**

Debtor 1    **Bruce E. Bozzi, Sr.**

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the:    MIDDLE DISTRICT OF FLORIDA

Case number
(If known)

Check if this is:
☐ An amended filing
☐ A supplement showing postpetition chapter 13 income as of the following date:

MM / DD/ YYYY

## Official Form 106I
# Schedule I: Your Income                                                      12/15

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:    Describe Employment

1. **Fill in your employment information.**

   If you have more than one job, attach a separate page with information about additional employers.

   Include part-time, seasonal, or self-employed work.

   Occupation may include student or homemaker, if it applies.

|  | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|
| Employment status | ■ Employed<br>☐ Not employed | ☐ Employed<br>■ Not employed |
| Occupation | Business Owner | |
| Employer's name | Palm Management Corp | |
| Employer's address | 7380 West Sand Lake Road<br>Suite 450<br>Orlando, FL 32819 | |
| How long employed there? | 50 + years | |

### Part 2:    Give Details About Monthly Income

**Estimate monthly income as of the date you file this form.** If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

|  |  | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 2. | **List monthly gross wages, salary, and commissions** (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | 2. $ 51,851.85 | $ 0.00 |
| 3. | **Estimate and list monthly overtime pay.** | 3. +$ 0.00 | +$ 0.00 |
| 4. | **Calculate gross income.** Add line 2 + line 3. | 4. $ 51,851.85 | $ 0.00 |

Debtor 1   **Bruce E. Bozzi, Sr.**                                    Case number (*if known*) _____

|  |  | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| | Copy line 4 here | 4. | $ 51,851.85 | $ 0.00 |

5. **List all payroll deductions:**

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| 5a. | **Tax, Medicare, and Social Security deductions** | 5a. | $ 6,408.89 | $ 0.00 |
| 5b. | **Mandatory contributions for retirement plans** | 5b. | $ 0.00 | $ 0.00 |
| 5c. | **Voluntary contributions for retirement plans** | 5c. | $ 311.11 | $ 0.00 |
| 5d. | **Required repayments of retirement fund loans** | 5d. | $ 0.00 | $ 0.00 |
| 5e. | **Insurance** | 5e. | $ 449.56 | $ 0.00 |
| 5f. | **Domestic support obligations** | 5f. | $ 0.00 | $ 0.00 |
| 5g. | **Union dues** | 5g. | $ 0.00 | $ 0.00 |
| 5h. | **Other deductions.** Specify: _____ | 5h.+ | $ 0.00 | + $ 0.00 |

6. **Add the payroll deductions.** Add lines 5a+5b+5c+5d+5e+5f+5g+5h.   6.   $ 7,169.56   $ 0.00

7. **Calculate total monthly take-home pay.** Subtract line 6 from line 4.   7.   $ 44,682.29   $ 0.00

8. **List all other income regularly received:**

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| 8a. | **Net income from rental property and from operating a business, profession, or farm** Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. | 8a. | $ 0.00 | $ 0.00 |
| 8b. | **Interest and dividends** | 8b. | $ 13,089.78 | $ 0.00 |
| 8c. | **Family support payments that you, a non-filing spouse, or a dependent regularly receive** Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. | 8c. | $ 0.00 | $ 0.00 |
| 8d. | **Unemployment compensation** | 8d. | $ 0.00 | $ 0.00 |
| 8e. | **Social Security** | 8e. | $ 2,600.00 | $ 1,100.00 |
| 8f. | **Other government assistance that you regularly receive** Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies. Specify: _____ | 8f. | $ 0.00 | $ 0.00 |
| 8g. | **Pension or retirement income** | 8g. | $ 1,819.50 | $ 0.00 |
| 8h. | **Other monthly income.** Specify: _____ | 8h.+ | $ 0.00 | + $ 0.00 |

9. **Add all other income.** Add lines 8a+8b+8c+8d+8e+8f+8g+8h.   9.   $ 17,509.28   $ 1,100.00

10. **Calculate monthly income.** Add line 7 + line 9.   10.   $ 62,191.57  + $ 1,100.00  = $ 63,291.57
Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse.

11. **State all other regular contributions to the expenses that you list in Schedule J.**
Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.
Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J*.
Specify: _____   11.  +$ 0.00

12. **Add the amount in the last column of line 10 to the amount in line 11.** The result is the combined monthly income.
Write that amount on the *Summary of Schedules* and *Statistical Summary of Certain Liabilities* and Related *Data*, if it applies   12.   $ 63,291.57
**Combined monthly income**

13. **Do you expect an increase or decrease within the year after you file this form?**
☐ No.
■ Yes. Explain:   **The Debtor received no wages for the months of July and September 2019. There is no assurance that wages or interest income from Palm Management Corp will continue post-petition. In fact, Debtor received no wages for November 2019.**

**Fill in this information to identify your case:**

Debtor 1   **Bruce E. Bozzi, Sr.**

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the:   MIDDLE DISTRICT OF FLORIDA

Case number
(If known)

Check if this is:

☐ An amended filing
☐ A supplement showing postpetition chapter 13 expenses as of the following date:

_____
MM / DD / YYYY

# Official Form 106J
# Schedule J: Your Expenses                                      12/15

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.**

## Part 1:    Describe Your Household

1.  **Is this a joint case?**

   ■ No. Go to line 2.
   ☐ Yes. **Does Debtor 2 live in a separate household?**

      ☐ No
      ☐ Yes. Debtor 2 must file Official Form 106J-2, *Expenses for Separate Household* of Debtor 2.

2.  **Do you have dependents?**    ■ No

   Do not list Debtor 1 and    ☐ Yes.  Fill out this information for
   Debtor 2.                             each dependent..............

   Do not state the
   dependents names.

| | Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|---|
| | | | ☐ No ☐ Yes |
| | | | ☐ No ☐ Yes |
| | | | ☐ No ☐ Yes |
| | | | ☐ No ☐ Yes |

3.  **Do your expenses include expenses of people other than yourself and your dependents?**    ■ No    ☐ Yes

## Part 2:    Estimate Your Ongoing Monthly Expenses

**Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.**

Include expenses paid for with non-cash government assistance if you know
the value of such assistance and have included it on *Schedule I: Your Income*
(Official Form 106I.)

|  |  | Your expenses |
|---|---|---|
| 4. | The rental or home ownership expenses for your residence. Include first mortgage payments and any rent for the ground or lot. | 4. $ 3,335.26 |
| | If not included in line 4: | |
| 4a. | Real estate taxes | 4a. $ 3,250.00 |
| 4b. | Property, homeowner's, or renter's insurance | 4b. $ 875.00 |
| 4c. | Home maintenance, repair, and upkeep expenses | 4c. $ 583.33 |
| 4d. | Homeowner's association or condominium dues | 4d. $ 3,666.67 |
| 5. | Additional mortgage payments for your residence, such as home equity loans | 5. $ 0.00 |

Debtor 1    **Bruce E. Bozzi, Sr.**                                    Case number (if known) _____

| | | | | |
|---|---|---|---|---|
| 6. | **Utilities:** | | | |
| | 6a. | Electricity, heat, natural gas | 6a. $ | 500.00 |
| | 6b. | Water, sewer, garbage collection | 6b. $ | 0.00 |
| | 6c. | Telephone, cell phone, Internet, satellite, and cable services | 6c. $ | 400.00 |
| | 6d. | Other. Specify: | 6d. $ | 0.00 |
| 7. | **Food and housekeeping supplies** | | 7. $ | 1,500.00 |
| 8. | **Childcare and children's education costs** | | 8. $ | 0.00 |
| 9. | **Clothing, laundry, and dry cleaning** | | 9. $ | 1,000.00 |
| 10. | **Personal care products and services** | | 10. $ | 1,000.00 |
| 11. | **Medical and dental expenses** | | 11. $ | 833.33 |
| 12. | **Transportation.** Include gas, maintenance, bus or train fare. Do not include car payments. | | 12. $ | 200.00 |
| 13. | **Entertainment, clubs, recreation, newspapers, magazines, and books** | | 13. $ | 4,000.00 |
| 14. | **Charitable contributions and religious donations** | | 14. $ | 4,166.67 |
| 15. | **Insurance.** Do not include insurance deducted from your pay or included in lines 4 or 20. | | | |
| | 15a. | Life insurance | 15a. $ | 1,250.00 |
| | 15b. | Health insurance | 15b. $ | 0.00 |
| | 15c. | Vehicle insurance | 15c. $ | 200.00 |
| | 15d. | Other insurance. Specify:  **Wind/Catastrophe/Jewelry** | 15d. $ | 300.00 |
| 16. | **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20. Specify: | | 16. $ | 0.00 |
| 17. | **Installment or lease payments:** | | | |
| | 17a. | Car payments for Vehicle 1 | 17a. $ | 1,300.00 |
| | 17b. | Car payments for Vehicle 2 | 17b. $ | 1,759.02 |
| | 17c. | Other. Specify: | 17c. $ | 0.00 |
| | 17d. | Other. Specify: | 17d. $ | 0.00 |
| 18. | **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, *Schedule I, Your Income* (Official Form 106I).** | | 18. $ | 0.00 |
| 19. | **Other payments you make to support others who do not live with you.** Specify: | | 19. | |
| 20. | **Other real property expenses not included in lines 4 or 5 of this form or on *Schedule I: Your Income.*** | | | |
| | 20a. | Mortgages on other property | 20a. $ | 0.00 |
| | 20b. | Real estate taxes | 20b. $ | 0.00 |
| | 20c. | Property, homeowner's, or renter's insurance | 20c. $ | 0.00 |
| | 20d. | Maintenance, repair, and upkeep expenses | 20d. $ | 0.00 |
| | 20e. | Homeowner's association or condominium dues | 20e. $ | 0.00 |
| 21. | **Other:** Specify: | | 21. +$ | 0.00 |

| | | | |
|---|---|---|---|
| 22. | **Calculate your monthly expenses** | | |
| | 22a. Add lines 4 through 21. | $ | 30,119.28 |
| | 22b. Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2 | $ | |
| | 22c. Add line 22a and 22b.  The result is your monthly expenses. | $ | 30,119.28 |
| 23. | **Calculate your monthly net income.** | | |
| | 23a. Copy line 12 (*your combined monthly income*) from Schedule I. | 23a. $ | 63,291.57 |
| | 23b. Copy your monthly expenses from line 22c above. | 23b. -$ | 30,119.28 |
| | 23c. Subtract your monthly expenses from your monthly income. The result is your *monthly net income.* | 23c. $ | 33,172.29 |

24. **Do you expect an increase or decrease in your expenses within the year after you file this form?**
For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

■ No.
☐ Yes.    | Explain here: |

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Bruce E. Bozzi, Sr.** | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | MIDDLE DISTRICT OF FLORIDA | | |
| Case number | | | |
| (if known) | | | |

☐ Check if this is an amended filing

Official Form 106Dec

# Declaration About an Individual Debtor's Schedules

12/15

If two married people are filing together, both are equally responsible for supplying correct information.

You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**Sign Below**

Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?

☐ No

☑ Yes.  Name of person  Charles Berk, CPA            Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119)

Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.

X _____          X _____

Bruce E. Bozzi, Sr.                              Signature of Debtor 2
Signature of Debtor 1

Date    **11/08/2019**                           Date _____

Official Form 106Dec                    Declaration About an Individual Debtor's Schedules

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Bruce E. Bozzi, Sr.** |
| | First Name          Middle Name          Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name          Middle Name          Last Name |
| United States Bankruptcy Court for the: | MIDDLE DISTRICT OF FLORIDA |
| Case number (if known) | _____ |

☐ Check if this is an
   amended filing

## Official Form 107
## Statement of Financial Affairs for Individuals Filing for Bankruptcy
4/16

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information.  If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**Part 1:**    **Give Details About Your Marital Status and Where You Lived Before**

1.  **What is your current marital status?**

   ■  Married
   ☐  Not married

2.  **During the last 3 years, have you lived anywhere other than where you live now?**

   ■  No
   ☐  Yes. List all of the places you lived in the last 3 years. Do not include where you live now.

| Debtor 1 Prior Address: | Dates Debtor 1 lived there | Debtor 2 Prior Address: | Dates Debtor 2 lived there |
|---|---|---|---|

3.  **Within the last 8 years, did you ever live with a spouse or legal equivalent in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington and Wisconsin.)

   ■  No
   ☐  Yes. Make sure you fill out *Schedule H: Your Codebtors* (Official Form 106H).

**Part 2**    **Explain the Sources of Your Income**

4.  **Did you have any income from employment or from operating a business during this year or the two previous calendar years?**
   Fill in the total amount of income you received from all jobs and all businesses, including part-time activities.
   If you are filing a joint case and you have income that you receive together, list it only once under Debtor 1.

   ☐  No
   ■  Yes. Fill in the details.

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | **Sources of income** Check all that apply. | **Gross income** (before deductions and exclusions) | **Sources of income** Check all that apply. | **Gross income** (before deductions and exclusions) |
| **For last calendar year:** **(January 1 to December 31, 2018 )** | ■ Wages, commissions, bonuses, tips | **$669,286.00** | ☐ Wages, commissions, bonuses, tips | |
| | ■ Operating a business | | ☐ Operating a business | |

Debtor 1    **Bruce E. Bozzi, Sr.**                                        Case number *(if known)*

| | Debtor 1 Sources of income Check all that apply. | Gross income (before deductions and exclusions) | Debtor 2 Sources of income Check all that apply. | Gross income (before deductions and exclusions) |
|---|---|---|---|---|
| **For the calendar year before that:** (January 1 to December 31, 2017 ) | ■ Wages, commissions, bonuses, tips | $598,253.00 | ☐ Wages, commissions, bonuses, tips | |
| | ■ Operating a business | | ☐ Operating a business | |

5.  **Did you receive any other income during this year or the two previous calendar years?**
    Include income regardless of whether that income is taxable. Examples of *other income* are alimony; child support; Social Security, unemployment, and other public benefit payments; pensions; rental income; interest; dividends; money collected from lawsuits; royalties; and gambling and lottery winnings. If you are filing a joint case and you have income that you received together, list it only once under Debtor 1.

    List each source and the gross income from each source separately. Do not include income that you listed in line 4.

    ☐ No
    ■ Yes. Fill in the details.

| | Debtor 1 Sources of income Describe below. | Gross income from each source (before deductions and exclusions) | Debtor 2 Sources of income Describe below. | Gross income (before deductions and exclusions) |
|---|---|---|---|---|
| **For last calendar year:** (January 1 to December 31, 2018 ) | **Social Security Benefits** | $48,029.00 | | |
| | **Interest / Dividends** | $995,997.00 | | |
| | **Retirement Income** | $23,196.00 | | |
| **For the calendar year before that:** (January 1 to December 31, 2017 ) | **Interest / Dividends** | $241,114.00 | | |
| | **Social Security Benefits** | $46,583.00 | | |
| | **Retirement Income** | $21,834.00 | | |

| **Part 3:** | **List Certain Payments You Made Before You Filed for Bankruptcy** |
|---|---|

6.  **Are either Debtor 1's or Debtor 2's debts primarily consumer debts?**

    ■ No.    **Neither Debtor 1 nor Debtor 2 has primarily consumer debts.** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

    During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $6,425* or more?
    ☐ No.    Go to line 7.
    ■ Yes    List below each creditor to whom you paid a total of $6,425* or more in one or more payments and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.
    * Subject to adjustment on 4/01/19 and every 3 years after that for cases filed on or after the date of adjustment.

    ☐ Yes.    **Debtor 1 or Debtor 2 or both have primarily consumer debts.**
    During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $600 or more?

    ☐ No.    Go to line 7.
    ☐ Yes    List below each creditor to whom you paid a total of $600 or more and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

Debtor 1    **Bruce E. Bozzi, Sr.**                                                Case number *(if known)*

| Creditor's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Was this payment for ... |
|---|---|---|---|---|
| **Please See Attached Schedule** | | **$0.00** | **$0.00** | ☐ Mortgage<br>☐ Car<br>☐ Credit Card<br>☐ Loan Repayment<br>☐ Suppliers or vendors<br>☐ Other___ |

7. **Within 1 year before you filed for bankruptcy, did you make a payment on a debt you owed anyone who was an insider?**
   *Insiders* include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20% or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Include payments for domestic support obligations, such as child support and alimony.

   ☐ **No**
   ☐ Yes. List all payments to an insider.

| Insider's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment |
|---|---|---|---|---|

8. **Within 1 year before you filed for bankruptcy, did you make any payments or transfer any property on account of a debt that benefited an insider?**
   Include payments on debts guaranteed or cosigned by an insider.

   ☐ **No**
   ☐ Yes. List all payments to an insider

| Insider's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment<br>Include creditor's name |
|---|---|---|---|---|

**Part 4:    Identify Legal Actions, Repossessions, and Foreclosures**

9. **Within 1 year before you filed for bankruptcy, were you a party in any lawsuit, court action, or administrative proceeding?**
   List all such matters, including personal injury cases, small claims actions, divorces, collection suits, paternity actions, support or custody modifications, and contract disputes.

   ☐ No
   ☐ **Yes.** Fill in the details.

| Case title<br>Case number | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|
| **Gary Ganzi, Claire Breen, and Gary Ganzi and Claire Breen, as Attorneys-in Fact for the Estate of Charles Cook, individually and Derivatively on Behalf of Nominal Defendants Just One More Restaurant Corporation and Just One More Holding Corporation vs. Walter Ganzi, Jr. and Bruce Bozzi, Sr. and Just One More Restaurant Corporation and Just One More Holding Corporation**<br>**653074/2012** | **Shareholder Derivative Action** | **Supreme Court- State of NY- County of NY** | ☐ Pending<br>☐ On appeal<br>☐ Concluded |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

Debtor 1  **Bruce E. Bozzi, Sr.**_____  Case number *(if known)*_____

10. **Within 1 year before you filed for bankruptcy, was any of your property repossessed, foreclosed, garnished, attached, seized, or levied?**
    Check all that apply and fill in the details below.

    ☑ No. Go to line 11.
    ☐ Yes. Fill in the information below.

    | Creditor Name and Address | Describe the Property | Date | Value of the property |
    |---|---|---|---|
    | | Explain what happened | | |

11. **Within 90 days before you filed for bankruptcy, did any creditor, including a bank or financial institution, set off any amounts from your accounts or refuse to make a payment because you owed a debt?**

    ☑ No
    ☐ Yes. Fill in the details.

    | Creditor Name and Address | Describe the action the creditor took | Date action was taken | Amount |
    |---|---|---|---|

12. **Within 1 year before you filed for bankruptcy, was any of your property in the possession of an assignee for the benefit of creditors, a court-appointed receiver, a custodian, or another official?**

    ☑ No
    ☐ Yes

| Part 5: | List Certain Gifts and Contributions |
|---|---|

13. **Within 2 years before you filed for bankruptcy, did you give any gifts with a total value of more than $600 per person?**
    ☐ No
    ☑ Yes. Fill in the details for each gift.

    | Gifts with a total value of more than $600 per person | Describe the gifts | Dates you gave the gifts | Value |
    |---|---|---|---|
    | **Person to Whom You Gave the Gift and Address:** | | | |
    | **Debtor's Children** | **Christmas Gifts** | 12/25/18, 12/25/17 | Unknown |
    | Person's relationship to you: **Children** | | | |
    | **Debtor's Grandchildren** | | 12/25/18, 12/25/17 and Birthdays | Unknown |
    | Person's relationship to you: **Granchildren** | | | |

14. **Within 2 years before you filed for bankruptcy, did you give any gifts or contributions with a total value of more than $600 to any charity?**
    ☐ No
    ☑ Yes. Fill in the details for each gift or contribution.

    | Gifts or contributions to charities that total more than $600 Charity's Name Address (Number, Street, City, State and ZIP Code) | Describe what you contributed | Dates you contributed | Value |
    |---|---|---|---|
    | **Monsignor Scanlan High School** | **Cash** | **Various** | **$111,136.00** |

Debtor 1    **Bruce E. Bozzi, Sr.**                                                    Case number *(if known)*

---

**Part 6:**    **List Certain Losses**

15.  **Within 1 year before you filed for bankruptcy or since you filed for bankruptcy, did you lose anything because of theft, fire, other disaster, or gambling?**

☑ No
☐ Yes. Fill in the details.

| Describe the property you lost and how the loss occurred | Describe any insurance coverage for the loss Include the amount that insurance has paid. List pending insurance claims on line 33 of *Schedule A/B: Property*. | Date of your loss | Value of property lost |
|---|---|---|---|

---

**Part 7:**    **List Certain Payments or Transfers**

16.  **Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone you consulted about seeking bankruptcy or preparing a bankruptcy petition?**
Include any attorneys, bankruptcy petition preparers, or credit counseling agencies for services required in your bankruptcy.

☐ No
☑ Yes. Fill in the details.

| Person Who Was Paid Address Email or website address Person Who Made the Payment, if Not You | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| CBIZ MHM, LLC 1065 Avenue of Americas New York, NY 10018 Palm Management Corp. | Cash | 1/14, 1/24, 2/28 & 10/9 | $45,814.00 [1] |
| GrayRobinson PA 333 S.E. 2nd Avenue Suite 3200 Miami, FL 33131 Palm Management Corp | Cash | Various | $283,297.28 [1] |
| 123 Credit Counselors 6161 Blue Lagoon Drive Miami, FL 33126 | | 1/15/19 & 10/09/19 | $66.00 |
| Kasowitz Benson Torres LLP 1633 Broadway New York, NY 10019 | | Various | Unknown |

17.  **Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone who promised to help you deal with your creditors or to make payments to your creditors?**
Do not include any payment or transfer that you listed on line 16.

☑ No
☐ Yes. Fill in the details.

| Person Who Was Paid Address | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|

---

[1]  A substantial portion of these fees were for services for the Debtor as a judgment debtor, director and manager of the Chapter 11 Debtors, Just One More Restaurant Corp (JOMR) and Just One More Holding Corp (JOMH) and in the preparation for the filing of a Chapter 11 for the Debtor prior to the filing of the Chapter 11s of JOMR and JOMH.

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                                    Best Case Bankruptcy

Debtor 1    **Bruce E. Bozzi, Sr.**                                   Case number *(if known)*

18. **Within 2 years before you filed for bankruptcy, did you sell, trade, or otherwise transfer any property to anyone, other than property transferred in the ordinary course of your business or financial affairs?**
    Include both outright transfers and transfers made as security (such as the granting of a security interest or mortgage on your property). Do not include gifts and transfers that you have already listed on this statement.

    ■ No
    ☐ Yes. Fill in the details.

| Person Who Received Transfer Address | Description and value of property transferred | Describe any property or payments received or debts paid in exchange | Date transfer was made |
|---|---|---|---|
| Person's relationship to you | | | |

19. **Within 10 years before you filed for bankruptcy, did you transfer any property to a self-settled trust or similar device of which you are a beneficiary?** (These are often called *asset-protection devices*.)

    ■ No
    ☐ Yes. Fill in the details.

| Name of trust | Description and value of the property transferred | Date Transfer was made |
|---|---|---|

**Part 8:    List of Certain Financial Accounts, Instruments, Safe Deposit Boxes, and Storage Units**

20. **Within 1 year before you filed for bankruptcy, were any financial accounts or instruments held in your name, or for your benefit, closed, sold, moved, or transferred?**
    Include checking, savings, money market, or other financial accounts; certificates of deposit; shares in banks, credit unions, brokerage houses, pension funds, cooperatives, associations, and other financial institutions.

    ☐ No
    ■ Yes. Fill in the details.

| Name of Financial Institution and Address (Number, Street, City, State and ZIP Code) | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| **Bank of America** | XXXX-1687 | ■ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | 9/20/19 | $9,870.83 |
| **JP Morgan Chase** | XXXX-7573 | ■ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | 9/13/19 | $5,295.55 |

21. **Do you now have, or did you have within 1 year before you filed for bankruptcy, any safe deposit box or other depository for securities, cash, or other valuables?**

    ☐ No
    ■ Yes. Fill in the details.

| Name of Financial Institution Address (Number, Street, City, State and ZIP Code) | Who else had access to it? Address (Number, Street, City, State and ZIP Code) | Describe the contents | Do you still have it? |
|---|---|---|---|
| **Chase Bank**<br>**New York, NY** | **Debtor** | **Empty** | ☐ No<br>■ Yes |
| **Northern Trust**<br>**Sarasota, FL** | **Mary Ann Bozzi** | **Wife's Jewelry** | ☐ No<br>■ Yes |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

Debtor 1    **Bruce E. Bozzi, Sr.**                                                    Case number *(if known)*

22. Have you stored property in a storage unit or place other than your home within 1 year before you filed for bankruptcy?

☐ No
■ Yes. Fill in the details.

| Name of Storage Facility<br>Address (Number, Street, City, State and ZIP Code) | Who else has or had access to it?<br>Address (Number, Street, City, State and ZIP Code) | Describe the contents | Do you still have it? |
|---|---|---|---|
| Home Sweet Home Moving & Storage<br>342 Montauk Hwy<br>Wainscott, NY 11975 | | Old Furniture and Household Items as set forth in Sch. B | ☐ No<br>■ Yes |

**Part 9:    Identify Property You Hold or Control for Someone Else**

23. Do you hold or control any property that someone else owns? Include any property you borrowed from, are storing for, or hold in trust for someone.

■ No
☐ Yes. Fill in the details.

| Owner's Name<br>Address (Number, Street, City, State and ZIP Code) | Where is the property?<br>(Number, Street, City, State and ZIP Code) | Describe the property | Value |
|---|---|---|---|

**Part 10:    Give Details About Environmental Information**

For the purpose of Part 10, the following definitions apply:

■ *Environmental law* means any federal, state, or local statute or regulation concerning pollution, contamination, releases of hazardous or toxic substances, wastes, or material into the air, land, soil, surface water, groundwater, or other medium, including statutes or regulations controlling the cleanup of these substances, wastes, or material.

■ *Site* means any location, facility, or property as defined under any environmental law, whether you now own, operate, or utilize it or used to own, operate, or utilize it, including disposal sites.

■ *Hazardous material* means anything an environmental law defines as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, contaminant, or similar term.

Report all notices, releases, and proceedings that you know about, regardless of when they occurred.

24. Has any governmental unit notified you that you may be liable or potentially liable under or in violation of an environmental law?

■ No
☐ Yes. Fill in the details.

| Name of site<br>Address (Number, Street, City, State and ZIP Code) | Governmental unit<br>Address (Number, Street, City, State and ZIP Code) | Environmental law, if you know it | Date of notice |
|---|---|---|---|

25. Have you notified any governmental unit of any release of hazardous material?

■ No
☐ Yes. Fill in the details.

| Name of site<br>Address (Number, Street, City, State and ZIP Code) | Governmental unit<br>Address (Number, Street, City, State and ZIP Code) | Environmental law, if you know it | Date of notice |
|---|---|---|---|

26. Have you been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.

■ No
☐ Yes. Fill in the details.

| Case Title<br>Case Number | Court or agency<br>Name<br>Address (Number, Street, City, State and ZIP Code) | Nature of the case | Status of the case |
|---|---|---|---|

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

Debtor 1  **Bruce E. Bozzi, Sr.**                                      Case number *(if known)*

---

**Part 11:**  **Give Details About Your Business or Connections to Any Business**

27.  Within 4 years before you filed for bankruptcy, did you own a business or have any of the following connections to any business?

☐ A sole proprietor or self-employed in a trade, profession, or other activity, either full-time or part-time

■ A member of a limited liability company (LLC) or limited liability partnership (LLP)

☐ A partner in a partnership

■ An officer, director, or managing executive of a corporation

■ An owner of at least 5% of the voting or equity securities of a corporation

☐  No. None of the above applies.  Go to Part 12.

■  Yes. Check all that apply above and fill in the details below for each business.

| Business Name<br>Address<br>(Number, Street, City, State and ZIP Code) | Describe the nature of the business<br><br>Name of accountant or bookkeeper | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|
| **Atlanta Palm Food Corporation**<br>**3391 Peachtree Road NE**<br>**Atlanta, GA 30326** | **Restaurant**<br><br>**Jim Longo**<br>**Palm Mangement Corp.**<br>**7380 West Sand Lake Road**<br>**Suite 450**<br>**Orlando, FL 32819** | EIN:    52-1904721<br><br>From-To   **Presently** |
| **Atlantic City Palm, LLC**<br>**2801 Pacific Ave**<br>**Suite 102**<br>**Atlantic City, NJ 08401** | **Restaurant**<br><br>**Jim Longo**<br>**Palm Mangement Corp.**<br>**7380 West Sand Lake Road**<br>**Suite 450**<br>**Orlando, FL 32819** | EIN:    81-0584713<br><br>From-To   **Presently** |
| **Palm Beverly Hills Restaurant**<br>**Manager**<br>**267 N. Canon Drive**<br>**Beverly Hills, CA 90210** | **Restaurant**<br><br>**Jim Longo**<br>**Palm Mangement Corp.**<br>**7380 West Sand Lake Road**<br>**Suite 450**<br>**Orlando, FL 32819** | EIN:    47-1478042<br><br>From-To   **Presently** |
| **Boston Palm Corporation**<br>**One International Place**<br>**Boston, MA 02110** | **Restaurant**<br><br>**Jim Longo**<br>**Palm Mangement Corp.**<br>**7380 West Sand Lake Road**<br>**Suite 450**<br>**Orlando, FL 32819** | EIN:    93-1198032<br><br>From-To   **Presently** |
| **Charlotte Palm Corporation**<br>**6705-B Phillips Place Court**<br>**Charlotte, NC 28210** | **Restaurant**<br><br>**Jim Longo**<br>**Palm Mangement Corp.**<br>**7380 West Sand Lake Road**<br>**Suite 450**<br>**Orlando, FL 32819** | EIN:    52-2022935<br><br>From-To   **Presently** |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                Best Case Bankruptcy

Debtor 1    **Bruce E. Bozzi, Sr.**                                          Case number *(if known)*

| Business Name<br>Address<br>(Number, Street, City, State and ZIP Code) | Describe the nature of the business<br><br>Name of accountant or bookkeeper | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|
| **Chicago Palm, Inc.**<br>**323 East Wacker Drive**<br>**Chicago, IL 60601** | **Restaurant**<br><br>**Jim Longo**<br>**Palm Mangement Corp.**<br>**7380 West Sand Lake Road**<br>**Suite 450**<br>**Orlando, FL 32819** | EIN:    **36-3069495**<br><br>From-To    **Presently** |
| **Denver Palm Corporation**<br>**1672 Lawrence Street**<br>**Denver, CO 80202** | **Restaurant**<br><br>**Jim Longo**<br>**Palm Mangement Corp.**<br>**7380 West Sand Lake Road**<br>**Suite 450**<br>**Orlando, FL 32819** | EIN:    **84-1333686**<br><br>From-To    **Presently** |
| **Palm Restaurant of Houston, Inc.**<br>**6100 Westheimer**<br>**Houston, TX 77057** | **Restaurant**<br><br>**Jim Longo**<br>**Palm Mangement Corp.**<br>**7380 West Sand Lake Road**<br>**Suite 450**<br>**Orlando, FL 32819** | EIN:    **74-1981492**<br><br>From-To    **Presently** |
| **Palm Management Corp**<br>**1730 Rhode Island Ave- NW**<br>**Washington, DC 20036** | **Restaurant and Management Company**<br><br>**Jim Longo**<br>**Palm Mangement Corp.**<br>**7380 West Sand Lake Road**<br>**Suite 450**<br>**Orlando, FL 32819** | EIN:    **13-2819847**<br><br>From-To    **Presently** |
| **Palm Restaurant of Las Vegas, Inc.**<br>**3500 Las Vegas Blvd South**<br>**Suite #A7**<br>**Las Vegas, NV 89109** | **Restaurant**<br><br>**Jim Longo**<br>**Palm Mangement Corp.**<br>**7380 West Sand Lake Road**<br>**Suite 450**<br>**Orlando, FL 32819** | EIN:    **52-1787475**<br><br>From-To    **Presently** |
| **LA Downtown Palm, LLC**<br>**1100 South Flower Street**<br>**Los Angeles, CA 90015** | **Restaurant**<br><br>**Jim Longo**<br>**Palm Mangement Corp.**<br>**7380 West Sand Lake Road**<br>**Suite 450**<br>**Orlando, FL 32819** | EIN:    **52-2343936**<br><br>From-To    **Presently** |
| **Miami Palm Restaurant, Inc.**<br>**9650 E. Bay Harbor Drive**<br>**Miami Beach, FL 33154** | **Restaurant**<br><br>**Jim Longo**<br>**Palm Mangement Corp.**<br>**7380 West Sand Lake Road**<br>**Suite 450**<br>**Orlando, FL 32819** | EIN:    **59-2142382**<br><br>From-To    **Presently** |

Debtor 1   **Bruce E. Bozzi, Sr.**                                    Case number (*if known*) _____

| Business Name Address (Number, Street, City, State and ZIP Code) | Describe the nature of the business Name of accountant or bookkeeper | Employer Identification number Do not include Social Security number or ITIN. Dates business existed |
|---|---|---|
| **Nashville Palm Restaurant, LLC** **140 5th Avenue** **Nashville, TN 37201** | **Restaurant** **Jim Longo** **Palm Mangement Corp.** **7380 West Sand Lake Road** **Suite 450** **Orlando, FL 32819** | EIN:    52-2264407 From-To   **Presently** |
| **Palm West Corporation** **250 West 50th Street** **New York, NY 10019** | **Restaurant** **Jim Longo** **Palm Mangement Corp.** **7380 West Sand Lake Road** **Suite 450** **Orlando, FL 32819** | EIN:    22-3633863 From-To   **Presently** |
| **Palm Orlando Corporation** **5800 Universal Blvd.** **Orlando, FL 32819** | **Restaurant** **Jim Longo** **Palm Mangement Corp.** **7380 West Sand Lake Road** **Suite 450** **Orlando, FL 32819** | EIN:    52-2271877 From-To   **Presently** |
| **Palm Philadelphia Manager, LLC** **200 South Broad Street** **Philadelphia, PA 19102** | **Restaurant** **Jim Longo** **Palm Mangement Corp.** **7380 West Sand Lake Road** **Suite 450** **Orlando, FL 32819** | EIN:    81-3592977 From-To   **Presently** |
| **Palm Restaurant, Inc.** **840 Second Ave** **New York, NY 10017** | **Restaurant** **Jim Longo** **Palm Mangement Corp.** **7380 West Sand Lake Road** **Suite 450** **Orlando, FL 32819** | EIN:    13-2785949 From-To   **Presently** |
| **Palm New York Downtown, LLC** **206 West Street** **New York, NY 10013** | **Restaurant** **Jim Longo** **Palm Mangement Corp.** **7380 West Sand Lake Road** **Suite 450** **Orlando, FL 32819** | EIN:    41-2273205 From-To   **Presently** |
| **San Antonio Palm Restaurant, Inc.** **233 East Houston Street** **San Antonio, TX 78205** | **Restaurant** **Jim Longo** **Palm Mangement Corp.** **7380 West Sand Lake Road** **Suite 450** **Orlando, FL 32819** | EIN:    52-2158851 From-To   **Presently** |

Debtor 1   **Bruce E. Bozzi, Sr.**                    Case number *(if known)* _____

| Business Name<br>Address<br>(Number, Street, City, State and ZIP Code) | Describe the nature of the business<br><br>Name of accountant or bookkeeper | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|
| **Palm Tysons Too, Inc.**<br>**1750 Tyson's Boulevard**<br>**Mc Lean, VA 22102** | **Restaurant**<br><br>**Jim Longo**<br>**Palm Mangement Corp.**<br>**7380 West Sand Lake Road**<br>**Suite 450**<br>**Orlando, FL 32819** | EIN:      **52-2147517**<br><br>From-To   **Presently** |
| **The Washington Palm, Inc.**<br>**1225 19th Street NW**<br>**Washington, DC 20036** | **Restaurant**<br><br>**Jim Longo**<br>**Palm Mangement Corp.**<br>**7380 West Sand Lake Road**<br>**Suite 450**<br>**Orlando, FL 32819** | EIN:      **52-0960414**<br><br>From-To   **Presently** |
| **Just One More Restaurant Co.**<br>**8955 Fontana Del Sol Way**<br>**2nd Floor**<br>**Naples, FL 34109** | **Intellectual Property Licensor**<br><br>**Jim Longo**<br>**Palm Mangement Corp.**<br>**7380 West Sand Lake Road**<br>**Suite 450**<br>**Orlando, FL 32819** | EIN:      **13-0895070**<br><br>From-To   **Presently** |
| **Just One More Holding Corp.**<br>**8955 Fontana Del Sol Way**<br>**2nd Floor**<br>**Naples, FL 34109** | **Palm One Building Owner**<br><br>**Jim Longo**<br>**Palm Mangement Corp.**<br>**7380 West Sand Lake Road**<br>**Suite 450**<br>**Orlando, FL 32819** | EIN:      **13-2516081**<br><br>From-To   **Presently** |
| **Palm Airport, LLC**<br>**JFK Airport Terminal**<br>**New York, NY** | **Airport License Fees**<br><br>**Jim Longo**<br>**Palm Mangement Corp.**<br>**7380 West Sand Lake Road**<br>**Suite 450**<br>**Orlando, FL 32819** | EIN:      **01-0913174**<br><br>From-To   **Presently** |
| **Palm Philadelphia Investor, LLC**<br>**200 Broad Street South**<br>**Philadelphia, PA 19102** | **Restaurant**<br><br>**Jim Longo**<br>**Palm Management Corp.**<br>**7380 West Sand Lake Road**<br>**Suite 450**<br>**Orlando, FL 32819** | EIN:      **81-3603777**<br><br>From-To   **Presently** |
| **Dallas Palm Restaurant, Inc.**<br>**701 Ross Avenue**<br>**Dallas, TX 75202** | **Restaurant**<br><br>**Jim Longo**<br>**Palm Management Corp.**<br>**7380 West Sand Lake Road**<br>**Suite 450**<br>**Orlando, FL 32819** | EIN:      **75-1909950**<br><br>From-To   **10/06/1983 - 06/30/2017** |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                                                        Best Case Bankruptcy

Debtor 1   **Bruce E. Bozzi, Sr.**                                          Case number *(if known)*

| | | |
|---|---|---|
| **Business Name**<br>**Address**<br>(Number, Street, City, State and ZIP Code) | **Describe the nature of the business**<br><br>**Name of accountant or bookkeeper** | **Employer Identification number**<br>Do not include Social Security number or ITIN.<br><br>**Dates business existed** |
| **Red Eye Brooklyn Associates**<br>**c/o Cafe Concepts Inc**<br>**888 7th Avenue**<br>**Suite 203**<br>**New York, NY 10106** | **Restaurant**<br><br>**Jim Longo**<br>**Palm Management Corp.**<br>**7380 West Sand Lake Road**<br>**Suite 450**<br>**Orlando, FL 32819** | EIN:      13-3799293<br><br>From-To   **Presently** |

28. Within 2 years before you filed for bankruptcy, did you give a financial statement to anyone about your business? Include all financial institutions, creditors, or other parties.

☐ **No**

■ **Yes. Fill in the details below.**

| **Name**<br>**Address**<br>(Number, Street, City, State and ZIP Code) | **Date Issued** |
|---|---|
| **Bank of America**<br>**Global Commercial Banking**<br>**1301 Gervais Street**<br>**SC3-230-20-02**<br>**Columbia, SC 29201** | **10/22/2019; 07/18/2019;**<br>**07/15/2019; 05/15/2019;**<br>**02/18/2019; 01/30/2019; Fall 2018** |
| **Cohn Reznick LLP**<br>**7501 Wisconsin Avenue**<br>**Suite 400E**<br>**BETHESDA, MD 20814-6583** | **May 2018 & May 2019** |
| **Jerry McHale** | **10/17/2019; 08/01/2019; 06/05/2019** |

**Part 12:**   Sign Below

I have read the answers on this *Statement of Financial Affairs* and any attachments, and I declare under penalty of perjury that the answers are true and correct. I understand that making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

_____                    _____
**Bruce E. Bozzi, Sr.**                                                **Signature of Debtor 2**
**Signature of Debtor 1**

Date   **11/08/2019**                                     Date   _____

**Did you attach additional pages to** *Your Statement of Financial Affairs for Individuals Filing for Bankruptcy* **(Official Form 107)?**
☐ No
■ Yes

**Did you pay or agree to pay someone who is not an attorney to help you fill out bankruptcy forms?**
☐ No
■ Yes. Name of Person _____. Attach the *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Bruce E. Bozzi, Sr.** |
| | First Name          Middle Name          Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name          Middle Name          Last Name |
| United States Bankruptcy Court for the: | MIDDLE DISTRICT OF FLORIDA |
| Case number (if known) | |

☐ Check if this is an
amended filing

## Official Form 108
# Statement of Intention for Individuals Filing Under Chapter 7          12/15

**If you are an individual filing under chapter 7, you must fill out this form if:**
■ **creditors have claims secured by your property, or**
■ **you have leased personal property and the lease has not expired.**
**You must file this form with the court within 30 days after you file your bankruptcy petition or by the date set for the meeting of creditors, whichever is earlier, unless the court extends the time for cause. You must also send copies to the creditors and lessors you list on the form**

**If two married people are filing together in a joint case, both are equally responsible for supplying correct information. Both debtors must sign and date the form.**

**Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known).**

**Part 1:    List Your Creditors Who Have Secured Claims**

**1. For any creditors that you listed in Part 1 of Schedule D: Creditors Who Have Claims Secured by Property (Official Form 106D), fill in the information below.**

| Identify the creditor and the property that is collateral | What do you intend to do with the property that secures a debt? | Did you claim the property as exempt on Schedule C? |
|---|---|---|
| Creditor's name: **Bank of America**<br><br>Description of property securing debt: **2161 Gulf of Mexico Drive Longboat Key, FL 34228 Sarasota County** | ☐ Surrender the property.<br>■ Retain the property and redeem it.<br>☐ Retain the property and enter into a *Reaffirmation Agreement.*<br>☐ Retain the property and [explain]: | ☐ No<br><br>■ Yes |
| Creditor's name: **Bank of America**<br><br>Description of property securing debt: **5 Surf Drive Amagansett, NY 11930  Suffolk County** | ■ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a *Reaffirmation Agreement.*<br>☐ Retain the property and [explain]: | ■ No<br><br>☐ Yes |
| Creditor's name: **Bank of America**<br><br>Description of property **All Stock and Business Interests in Palm Entities listed on Schedule B** | ■ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a *Reaffirmation Agreement.*<br>☐ Retain the property and [explain]: | ■ No<br><br>☐ Yes |

Official Form 108          Statement of Intention for Individuals Filing Under Chapter 7          page 1

Debtor 1  **Bruce E. Bozzi, Sr.**  Case number *(if known)* _____

securing debt:

---

Creditor's name: **Victor Ganzi**

Description of property securing debt: **Mortgage on 1511 Gulf of Mexico Drive Longboat Key, FL 34228 Sarasota County**

■ Surrender the property.
☐ Retain the property and redeem it.
☐ Retain the property and enter into a *Reaffirmation Agreement.*
☐ Retain the property and [explain]:

■ No

☐ Yes

---

| Part 2: | List Your Unexpired Personal Property Leases |

For any unexpired personal property lease that you listed in Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G), fill in the information below. Do not list real estate leases. Unexpired leases are leases that are still in effect; the lease period has not yet ended. You may assume an unexpired personal property lease if the trustee does not assume it. 11 U.S.C. § 365(p)(2).

**Describe your unexpired personal property leases**

**Will the lease be assumed?**

Lessor's name:  **Mercedes-Benz Credit Corp.**

☐ No

■ Yes

Description of leased Property:  **2018 Mercedes 550SL Lease - (Business Vehicle)**

Lessor's name:  **Mercedes-Benz Financial Services USA**

☐ No

■ Yes

Description of leased Property:  **2019 Mercedes 450SL Lease**

---

| Part 3: | Sign Below |

Under penalty of perjury, I declare that I have indicated my intention about any property of my estate that secures a debt and any personal property that is subject to an unexpired lease.

X _____  X _____
Bruce E. Bozzi, Sr.  Signature of Debtor 2
Signature of Debtor 1

Date  **11/08/2019**  Date _____

| Fill in this information to identify your case: | Check one box only as directed in this form and in Form 122A-1Supp: |
|---|---|

**Fill in this information to identify your case:**

Debtor 1      **Bruce E. Bozzi, Sr.**

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the:    Middle District of Florida

Case number
(if known)

**Check one box only as directed in this form and in Form 122A-1Supp:**

■ 1. There is no presumption of abuse

☐ 2. The calculation to determine if a presumption of abuse applies will be made under *Chapter 7 Means Test Calculation* (Official Form 122A-2).

☐ 3. The Means Test does not apply now because of qualified military service but it could apply later.

☐ Check if this is an amended filing

## Official Form 122A – 1
## Chapter 7 Statement of Your Current Monthly Income                    12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for being accurate. If more space is needed, attach a separate sheet to this form. Include the line number to which the additional information applies. On the top of any additional pages, write your name and case number (if known). If you believe that you are exempted from a presumption of abuse because you do not have primarily consumer debts or because of qualifying military service, complete and file *Statement of Exemption from Presumption of Abuse Under § 707(b)(2)* (Official Form 122A-1Supp) with this form.

**Part 1:      Calculate Your Current Monthly Income**

1.  **What is your marital and filing status?** Check one only.

☐ **Not married.** Fill out Column A, lines 2-11.

☐ **Married and your spouse is filing with you.** Fill out both Columns A and B, lines 2-11.

☐ **Married and your spouse is NOT filing with you. You and your spouse are:**

☐ **Living in the same household and are not legally separated.** Fill out both Columns A and B, lines 2-11.

☐ **Living separately or are legally separated.** Fill out Column A, lines 2-11; do not fill out Column B. By checking this box, you declare under penalty of perjury that you and your spouse are legally separated under nonbankruptcy law that applies or that you and your spouse are living apart for reasons that do not include evading the Means Test requirements. 11 U.S.C § 707(b)(7)(B).

Fill in the average monthly income that you received from all sources, derived during the 6 full months before you file this bankruptcy case. 11 U.S.C. § 101(10A). For example, if you are filing on September 15, the 6-month period would be March 1 through August 31. If the amount of your monthly income varied during the 6 months, add the income for all 6 months and divide the total by 6. Fill in the result. Do not include any income amount more than once. For example, if both spouses own the same rental property, put the income from that property in one column only. If you have nothing to report for any line, write $0 in the space.

|  | | Column A<br>Debtor 1 | Column B<br>Debtor 2 or<br>non-filing spouse |
|---|---|---|---|
| 2. | **Your gross wages, salary, tips, bonuses, overtime, and commissions** (before all payroll deductions). | $ _____ | $ _____ |
| 3. | **Alimony and maintenance payments.** Do not include payments from a spouse if Column B is filled in. | $ _____ | $ _____ |
| 4. | **All amounts from any source which are regularly paid for household expenses of you or your dependents, including child support.** Include regular contributions from an unmarried partner, members of your household, your dependents, parents, and roommates. Include regular contributions from a spouse only if Column B is not filled in. Do not include payments you listed on line 3. | $ _____ | $ _____ |
| 5. | **Net income from operating a business, profession, or farm** | | |

5.  **Net income from operating a business, profession, or farm**

|  | Debtor 1 | | |
|---|---|---|---|
| Gross receipts (before all deductions) | $ _____ | | |
| Ordinary and necessary operating expenses | –$ _____ | | |
| Net monthly income from a business, profession, or farm | $ _____   Copy here -> | $ _____ | $ _____ |

6.  **Net income from rental and other real property**

|  | Debtor 1 | | |
|---|---|---|---|
| Gross receipts (before all deductions) | $ _____ | | |
| Ordinary and necessary operating expenses | –$ _____ | | |
| Net monthly income from rental or other real property | $ _____   Copy here -> | $ _____ | $ _____ |

7.  **Interest, dividends, and royalties**                                    $ _____    $ _____

Debtor 1    __Bruce E. Bozzi, Sr._____    Case number (*if known*) _____

|  | Column A<br>Debtor 1 | Column B<br>Debtor 2 or<br>non-filing spouse |
|---|---|---|

8. **Unemployment compensation**    $ _____    $ _____
Do not enter the amount if you contend that the amount received was a benefit under the Social Security Act. Instead, list it here:

For you                                        $ _____
For your spouse                             $ _____

9. **Pension or retirement income.** Do not include any amount received that was a    $ _____    $ _____
benefit under the Social Security Act.

10. **Income from all other sources not listed above.** Specify the source and amount.
Do not include any benefits received under the Social Security Act or payments received as a victim of a war crime, a crime against humanity, or international or domestic terrorism. If necessary, list other sources on a separate page and put the total below.

_____    $ _____    $ _____
_____    $ _____    $ _____
                Total amounts from separate pages, if any.    + $ _____    $ _____

11. **Calculate your total current monthly income.** Add lines 2 through 10 for    $ _____ + $ _____ = $ _____
each column. Then add the total for Column A to the total for Column B.

**Total current monthly income**

---

**Part 2:**    **Determine Whether the Means Test Applies to You**

12. **Calculate your current monthly income for the year.** Follow these steps:

12a. Copy your total current monthly income from line 11 .................................... **Copy line 11 here=>**    $ _____

Multiply by 12 (the number of months in a year)    **x 12**

12b. The result is your annual income for this part of the form    12b. $ _____

13. **Calculate the median family income that applies to you.** Follow these steps:

Fill in the state in which you live.    [_____]

Fill in the number of people in your household.    [_____]

Fill in the median family income for your state and size of household.    13. $ _____
To find a list of applicable median income amounts, go online using the link specified in the separate instructions for this form. This list may also be available at the bankruptcy clerk's office.

14. **How do the lines compare?**

14a.    ☐    Line 12b is less than or equal to line 13. On the top of page 1, check box 1, *There is no presumption of abuse.*
                Go to Part 3.

14b.    ☐    Line 12b is more than line 13. On the top of page 1, check box 2, *The presumption of abuse is determined by Form 122A-2.*
                Go to Part 3 and fill out Form 122A-2.

**Part 3:**    **Sign Below**

By signing here, I declare under penalty of perjury that the information on this statement and in any attachments is true and correct.

X _____

**Bruce E. Bozzi, Sr.**
Signature of Debtor 1

Date    __11/08/2019_____
        MM / DD / YYYY

If you checked line 14a, do NOT fill out or file Form 122A-2.

If you checked line 14b, fill out Form 122A-2 and file it with this form.

---

<table>
<tr><td colspan="2" style="background:black;color:white">Fill in this information to identify your case:</td></tr>
</table>

| | |
|---|---|
| Debtor 1 | **Bruce E. Bozzi, Sr.** |
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court for the: | Middle District of Florida |
| Case number (if known) | |

☐ Check if this is an amended filing

## Official Form 122A - 1Supp
## Statement of Exemption from Presumption of Abuse Under § 707(b)(2)    12/15

File this supplement together with *Chapter 7 Statement of Your Current Monthly Income* (Official Form 122A-1), if you believe that you are exempted from a presumption of abuse. Be as complete and accurate as possible. If two married people are filing together, and any of the exclusions in this statement applies to only one of you, the other person should complete a separate Form 122A-1 if you believe that this is required by 11 U.S.C. § 707(b)(2)(C).

**Part 1**    **Identify the Kind of Debts You Have**

1.  **Are your debts primarily consumer debts?** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose." Make sure that your answer is consistent with the answer you gave at line 16 of the *Voluntary Petition for Individuals Filing for Bankruptcy* (Official Form 1).

    ■ No.   Go to Form 122A-1; on the top of page 1 of that form, check box 1, *There is no presumption of abuse,* and sign Part 3. Then submit this supplement with the signed Form 122A-1.

    ☐ Yes.  Go to Part 2.

**Part 2:**    **Determine Whether Military Service Provisions Apply to You**

2.  **Are you a disabled veteran** (as defined in 38 U.S.C. § 3741(1))?

    ☐ No.   Go to line 3.

    ☐ Yes.  Did you incur debts mostly while you were on active duty or while you were performing a homeland defense activity?
    10 U.S.C. § 101(d)(1); 32 U.S.C. § 901(1).

    ☐ No.    Go to line 3.

    ☐ Yes.   Go to Form 122A-1: on the top of page 1 of that form, check box 1, *There is no presumption of abuse,* and sign Part 3. Then submit this supplement with the signed Form 122A-1.

3.  **Are you or have you been a Reservist or member of the National Guard?**

    ☐ No.    Complete Form 122A-1. Do not submit this supplement.

    ☐ Yes.   Were you called to active duty or did you perform a homeland defense activity? 10 U.S.C. § 101(d)(1); 32 U.S.C. § 901(1).

    ☐ No.    Complete Form 122A-1. Do not submit this supplement.

    ☐ Yes.   Check any one of the following categories that applies:

    ☐ **I was called to active duty after September 11, 2001,** for at least 90 days and remain on active duty.

    ☐ **I was called to active duty after September 11, 2001,** for at least 90 days and was released from active duty on _____, which is fewer than 540 days before I file this bankruptcy case.

    ☐ **I am performing a homeland defense activity for at least 90 days.**

    ☐ **I performed a homeland defense activity for at least 90 days,** ending on _____, which is fewer than 540 days before I file this bankruptcy case.

    If you checked one of the categories to the left, go to Form 122A-1. On the top of page 1 of Form 122A-1, check box 3, *The Means Test does not apply now,* and sign Part 3. Then submit this supplement with the signed Form 122A-1. You are not required to fill out the rest of Official Form 122A-1 during the exclusion period. The *exclusion period* means the time you are on active duty or are performing a homeland defense activity, and for 540 days afterward. 11 U.S.C. § 707(b)(2)(D)(ii).

    If your exclusion period ends before your case is closed, you may have to file an amended form later.

# Notice Required by 11 U.S.C. § 342(b) for
# Individuals Filing for Bankruptcy (Form 2010)

This notice is for you if:

**You are an individual filing for bankruptcy,** and

**Your debts are primarily consumer debts.** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

| Chapter 7: | Liquidation |
|---|---|
| $245 | filing fee |
| $75 | administrative fee |
| + $15 | trustee surcharge |
| $335 | total fee |

**The types of bankruptcy that are available to individuals**

Individuals who meet the qualifications may file under one of four different chapters of Bankruptcy Code:

Chapter 7 - Liquidation

Chapter 11 - Reorganization

Chapter 12 - Voluntary repayment plan for family farmers or fishermen

Chapter 13 - Voluntary repayment plan for individuals with regular income

**You should have an attorney review your decision to file for bankruptcy and the choice of chapter.**

Chapter 7 is for individuals who have financial difficulty preventing them from paying their debts and who are willing to allow their nonexempt property to be used to pay their creditors. The primary purpose of filing under chapter 7 is to have your debts discharged. The bankruptcy discharge relieves you after bankruptcy from having to pay many of your pre-bankruptcy debts. Exceptions exist for particular debts, and liens on property may still be enforced after discharge. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

However, if the court finds that you have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge.

You should know that even if you file chapter 7 and you receive a discharge, some debts are not discharged under the law. Therefore, you may still be responsible to pay:

most taxes;

most student loans;

domestic support and property settlement obligations;

most fines, penalties, forfeitures, and criminal restitution obligations; and

certain debts that are not listed in your bankruptcy papers.

You may also be required to pay debts arising from:

fraud or theft;

fraud or defalcation while acting in breach of fiduciary capacity;

intentional injuries that you inflicted; and

death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs.

If your debts are primarily consumer debts, the court can dismiss your chapter 7 case if it finds that you have enough income to repay creditors a certain amount. You must file *Chapter 7 Statement of Your Current Monthly Income* (Official Form 122A–1) if you are an individual filing for bankruptcy under chapter 7. This form will determine your current monthly income and compare whether your income is more than the median income that applies in your state.

If your income is not above the median for your state, you will not have to complete the other chapter 7 form, the *Chapter 7 Means Test Calculation* (Official Form 122A–2).

If your income is above the median for your state, you must file a second form —the *Chapter 7 Means Test Calculation* (Official Form 122A–2). The calculations on the form— sometimes called the *Means Test*—deduct from your income living expenses and payments on certain debts to determine any amount available to pay unsecured creditors. If

your income is more than the median income for your state of residence and family size, depending on the results of the *Means Test*, the U.S. trustee, bankruptcy administrator, or creditors can file a motion to dismiss your case under § 707(b) of the Bankruptcy Code. If a motion is filed, the court will decide if your case should be dismissed. To avoid dismissal, you may choose to proceed under another chapter of the Bankruptcy Code.

If you are an individual filing for chapter 7 bankruptcy, the trustee may sell your property to pay your debts, subject to your right to exempt the property or a portion of the proceeds from the sale of the property. The property, and the proceeds from property that your bankruptcy trustee sells or liquidates that you are entitled to, is called *exempt property*. Exemptions may enable you to keep your home, a car, clothing, and household items or to receive some of the proceeds if the property is sold.

Exemptions are not automatic. To exempt property, you must list it on *Schedule C: The Property You Claim as Exempt* (Official Form 106C). If you do not list the property, the trustee may sell it and pay all of the proceeds to your creditors.

## Chapter 11: Reorganization

| | | |
|---|---:|---|
| | $1,167 | filing fee |
| + | $550 | administrative fee |
| | $1,717 | total fee |

Chapter 11 is often used for reorganizing a business, but is also available to individuals. The provisions of chapter 11 are too complicated to summarize briefly.

**Read These Important Warnings**

Because bankruptcy can have serious long-term financial and legal consequences, including loss of your property, you should hire an attorney and carefully consider all of your options before you file. Only an attorney can give you legal advice about what can happen as a result of filing for bankruptcy and what your options are. If you do file for bankruptcy, an attorney can help you fill out the forms properly and protect you, your family, your home, and your possessions.

Although the law allows you to represent yourself in bankruptcy court, you should understand that many people find it difficult to represent themselves successfully. The rules are technical, and a mistake or inaction may harm you. If you file without an attorney, you are still responsible for knowing and following all of the legal requirements.

You should not file for bankruptcy if you are not eligible to file or if you do not intend to file the necessary documents.

Bankruptcy fraud is a serious crime; you could be fined and imprisoned if you commit fraud in your bankruptcy case. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

---

### Chapter 12: Repayment plan for family farmers or fishermen

|   | $200 | filing fee |
|---|---|---|
| + | $75 | administrative fee |
|   | $275 | total fee |

Similar to chapter 13, chapter 12 permits family farmers and fishermen to repay their debts over a period of time using future earnings and to discharge some debts that are not paid.

### Chapter 13: Repayment plan for individuals with regular income

|   | $235 | filing fee |
|---|---|---|
| + | $75 | administrative fee |
|   | $310 | total fee |

Chapter 13 is for individuals who have regular income and would like to pay all or part of their debts in installments over a period of time and to discharge some debts that are not paid. You are eligible for chapter 13 only if your debts are not more than certain dollar amounts set forth in 11 U.S.C. § 109.

Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, usually using your future earnings. If the court approves your plan, the court will allow you to repay your debts, as adjusted by the plan, within 3 years or 5 years, depending on your income and other factors.

After you make all the payments under your plan, many of your debts are discharged. The debts that are not discharged and that you may still be responsible to pay include:

domestic support obligations,

most student loans,

certain taxes,

debts for fraud or theft,

debts for fraud or defalcation while acting in a fiduciary capacity,

most criminal fines and restitution obligations,

certain debts that are not listed in your bankruptcy papers,

certain debts for acts that caused death or personal injury, and

certain long-term secured debts.

---

---

### Warning: File Your Forms on Time

Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information about your creditors, assets, liabilities, income, expenses and general financial condition. The court may dismiss your bankruptcy case if you do not file this information within the deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court.

For more information about the documents and their deadlines, go to:
http://www.uscourts.gov/bkforms/bankruptcy_forms.html#procedure.

---

### Bankruptcy crimes have serious consequences

If you knowingly and fraudulently conceal assets or make a false oath or statement under penalty of perjury—either orally or in writing—in connection with a bankruptcy case, you may be fined, imprisoned, or both.

All information you supply in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the U.S. Trustee, the Office of the U.S. Attorney, and other offices and employees of the U.S. Department of Justice.

### Make sure the court has your mailing address

The bankruptcy court sends notices to the mailing address you list on *Voluntary Petition for Individuals Filing for Bankruptcy* (Official Form 101). To ensure that you receive information about your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address.

A married couple may file a bankruptcy case together—called a *joint case*. If you file a joint case and each spouse lists the same mailing address on the bankruptcy petition, the bankruptcy court generally will mail you and your spouse one copy of each notice, unless you file a statement with the court asking that each spouse receive separate copies.

### Understand which services you could receive from credit counseling agencies

The law generally requires that you receive a credit counseling briefing from an approved credit counseling agency. 11 U.S.C. § 109(h). If you are filing a joint case, both spouses must receive the briefing. With limited exceptions, you must receive it within the 180 days *before* you file your bankruptcy petition. This briefing is usually conducted by telephone or on the Internet.

In addition, after filing a bankruptcy case, you generally must complete a financial management instructional course before you can receive a discharge. If you are filing a joint case, both spouses must complete the course.

You can obtain the list of agencies approved to provide both the briefing and the instructional course from: http://justice.gov/ust/eo/hapcpa/ccde/cc_approved.html .

In Alabama and North Carolina, go to: http://www.uscourts.gov/FederalCourts/Bankruptcy/BankruptcyResources/ApprovedCredit AndDebtCounselors.aspx.

If you do not have access to a computer, the clerk of the bankruptcy court may be able to help you obtain the list.

---

**Bruce E. Bozzi**
**Form 107 Statement of Financial Affairs - Part 3 Number 6**
*Payments Made 90-Days Prior to Filing (07/12/19 through 10/11/2019)*

| Financial Institution | Account | Date | Check # | Payee | Amount |
|---|---|---|---|---|---|
| BOA | 1687 | 7/12/2019 | 1169 | Atlantic | $      547.19 |
| BOA | 1687 | 7/12/2019 | 1170 | Pools by Lowell | 90.00 |
| BOA | 1687 | 7/12/2019 | 1171 | PSEG | 262.54 |
| BOA | 9229 | 7/13/2019 | Wire | Bank of America | 3,335.26 |
| BOA | 1687 | 7/14/2019 | 1172 | Casa | 1,200.00 |
| BOA | 9229 | 7/14/2019 | Wire | Victor F. Ganzi | 7,947.15 |
| BOA | 1687 | 7/18/2019 | 1173 | Frontier | 62.90 |
| BOA | 1687 | 7/18/2019 | 1174 | Con Edison | 488.16 |
| BOA | 1687 | 7/18/2019 | 1175 | Verizon | 71.00 |
| BOA | 1687 | 7/18/2019 | 1176 | National Grid | 35.32 |
| BOA | 1687 | 7/18/2019 | 1177 | V. Colenzo | 200.00 |
| BOA | 1687 | 7/18/2019 | 1178 | Prescription Exc. | 28.00 |
| BOA | 1687 | 7/18/2019 | 1179 | Teco Gas Co. | 28.33 |
| BOA | 1687 | 7/18/2019 | 1180 | FPL | 218.24 |
| BOA | 1687 | 7/18/2019 | 1181 | National Grid | 158.00 |
| BOA | 1687 | 7/18/2019 | 1182 | Wainscott Farms | 14,632.33 |
| BOA | 1687 | 7/18/2019 | 1183 | Group Sales Box Office | 5,915.50 |
| BOA | 1687 | 7/18/2019 | 1184 | M.A. Bozzi | 2,600.00 |
| BOA | 1687 | 7/19/2019 | 1185 | Sound Sight Tool | 424.61 |
| BOA | 1687 | 7/21/2019 | 1186 | Sparkling Pools | 456.23 |
| BOA | 1687 | 7/25/2019 | 1187 | Cash - Bruce Bozzi | 1,000.00 |
| BOA | 1687 | 7/27/2019 | 1188 | J+J Plumbing | 1,118.00 |
| BOA | 1687 | 7/27/2019 | 1189 | Frontier | 94.13 |
| BOA | 1687 | 7/27/2019 | 1190 | Verizon | 166.16 |
| BOA | 1687 | 7/29/2019 | 1191 | A. Pileski | 2,000.00 |
| BOA | 1687 | 8/1/2019 | 1192 | N.Y. Times | 11.11 |
| BOA | 1687 | 8/1/2019 | 1193 | R. Coopman | 2,437.54 |
| BOA | 1687 | 8/1/2019 | 1194 | American Express | 52.60 |
| BOA | 1687 | 8/1/2019 | 1195 | City of Palm Coast | 300.00 |
| BOA | 1687 | 8/1/2019 | 1196 | W+G | 624.32 |
| BOA | 1687 | 8/1/2019 | 1197 | Frontier | 87.80 |
| BOA | 1687 | 8/1/2019 | 1198 | Citi | 14,735.00 |
| BOA | 1687 | 8/1/2019 | 1199 | Sparkling Pools | 661.34 |
| BOA | 1687 | 8/1/2019 | 1200 | M.A. Bozzi | 2,600.00 |
| BOA | 9229 | 8/1/2019 | Wire | Bank of America | 4,765.00 |
| BOA | 1687 | 8/2/2019 | 1201 | Wainscott Farms | 8,095.60 |
| BOA | 1687 | 8/5/2019 | 1202 | Cash - Bruce Bozzi | 1,000.00 |
| BOA | 1687 | 8/6/2019 | 1203 | Grant's Garden | 1,040.00 |
| BOA | 1687 | 8/6/2019 | 1205 | E.H. Tennis Club | 715.00 |
| BOA | 1687 | 8/8/2019 | 1204 | Swansons | 2,754.11 |
| BOA | 9229 | 8/13/2019 | Wire | Bank of America | 3,335.26 |
| BOA | 1687 | 8/14/2019 | 1206 | Verizon | 73.69 |
| BOA | 1687 | 8/14/2019 | 1207 | Transworld Systems | 28.50 |
| BOA | 1687 | 8/14/2019 | 1208 | TBCO | 58.65 |

**Bruce E. Bozzi**
**Form 107 Statement of Financial Affairs - Part 3 Number 6**
*Payments Made 90-Days Prior to Filing (07/12/19 through 10/11/2019)*

| Financial Institution | Account | Date | Check # | Payee | Amount |
|---|---|---|---|---|---|
| BOA | 1687 | 8/14/2019 | 1209 | Lays. Corp. of America | 4.92 |
| BOA | 1687 | 8/14/2019 | 1210 | M. Bozzi | 2,600.00 |
| BOA | 1687 | 8/14/2019 | 1211 | Sayville Elec. | 1,243.20 |
| BOA | 1687 | 8/24/2019 | 1212 | Frontier | 94.13 |
| BOA | 1687 | 8/24/2019 | 1213 | W+G | 616.99 |
| BOA | 1687 | 8/24/2019 | 1214 | W+G | 1,786.88 |
| BOA | 1687 | 8/24/2019 | 1215 | Valpo | 1,000.00 |
| BOA | 1687 | 8/24/2019 | 1216 | Ille Arts | 2,387.78 |
| BOA | 9229 | 8/31/2019 | 1509 | Victor F. Ganzi | 7,947.15 |
| BOA | 9229 | 9/3/2019 | Wire | Bank of America | 4,765.00 |
| BOA | 1687 | 9/12/2019 | 1217 | AT+T | 85.68 |
| BOA | 1687 | 9/12/2019 | 1218 | South Fork Country Club | 2,037.95 |
| BOA | 1687 | 9/12/2019 | 1219 | Atlantic | 992.38 |
| BOA | 1687 | 9/12/2019 | 1220 | Pools by Lowell | 180.00 |
| BOA | 9229 | 9/13/2019 | Wire | Bank of America | 3,335.26 |
| BOA | 5895 | 9/27/2019 | 1002 | Verizon | 159.33 |
| BOA | 5895 | 9/27/2019 | 1003 | Frontier | 94.13 |
| BOA | 5895 | 9/27/2019 | 1004 | Adreinne Pileski | 2,000.00 |
| BOA | 5895 | 9/30/2019 | 1005 | Monsignor Scanlan High School | 10,000.00 |
| BOA | 5895 | 9/30/2019 | 1006 | PSEG | 734.59 |
| BOA | 9229 | 10/1/2019 | Wire | Bank of America | 4,765.00 |
| BOA | 9229 | 10/2/2019 | 1510 | Palm BH Rest, Mgr LLC | 200.00 |
| BOA | 9229 | 10/2/2019 | 1511 | Department of Treasury | 8,270.00 |
| BOA | 9229 | 10/2/2019 | 1512 | NC Dept of Revenue | 6,214.00 |
| BOA | 9229 | 10/2/2019 | 1513 | Franchise Tax Board | 7,359.00 |
| BOA | 9229 | 10/2/2019 | 1514 | Georgia Dept of Revenue | 2,836.00 |
| BOA | 5895 | 10/3/2019 | 1007 | American Express | 1,302.20 |
| BOA | 5895 | 10/3/2019 | 1008 | National Grid | 319.15 |
| BOA | 5895 | 10/3/2019 | 1009 | National Grid | 153.93 |
| BOA | 5895 | 10/3/2019 | 1010 | Aqua Moriti | 1,062.14 |
| BOA | 5895 | 10/3/2019 | 1011 | Citi | 2,259.11 |
| BOA | 5895 | 10/3/2019 | 1012 | Sparkling Pools | 1,770.35 |
| BOA | 5895 | 10/3/2019 | 1013 | E.H. Tennis Club | 916.04 |
| BOA | 5895 | 10/3/2019 | 1014 | Wainscott Farms | 6,268.68 |
| BOA | 5895 | 10/3/2019 | 1015 | CASH | 2,000.00 |
| BOA | 5895 | 10/4/2019 | 1016 | American Express | 99.00 |
| BOA | 5895 | 10/4/2019 | 1017 | Jody Ewing | 2,851.41 |
| N. Trust | 5017 | 10/7/2019 | 1001 | Swanson's | 1,325.23 |
| N. Trust | 5017 | 10/7/2019 | 1002 | S. Form | 834.05 |
| N. Trust | 5017 | 10/7/2019 | 1003 | PSEG | 377.49 |
| N. Trust | 5017 | 10/7/2019 | 1004 | Atlantic | 837.51 |
| N. Trust | 5017 | 10/7/2019 | 1005 | Con Edison | 27.32 |
| N. Trust | 5017 | 10/7/2019 | 1006 | Optimum | 238.98 |
| N. Trust | 5017 | 10/7/2019 | 1007 | Spectrum | 124.43 |

**Bruce E. Bozzi**
**Form 107 Statement of Financial Affairs - Part 3 Number 6**
*Payments Made 90-Days Prior to Filing (07/12/19 through 10/11/2019)*

| Financial Institution | Account | Date | Check # | Payee | Amount |
|---|---|---|---|---|---|
| N. Trust | 5017 | 10/7/2019 | 1008 | FPL | 88.60 |
| N. Trust | 5017 | 10/7/2019 | 1009 | AT+T | 79.59 |
| BOA | 9229 | 10/8/2019 | 1515 | GrayRobinson | 41,000.00 |
| BOA | 5895 | 10/9/2019 | 1019 | Dean Hautamani | 9,500.00 |
| BOA | 5895 | 10/9/2019 | 1021 | Pools by Lowell | 90.00 |
| BOA | 5895 | 10/9/2019 | 1022 | Optimum | 263.57 |
| BOA | 5895 | 10/9/2019 | 1023 | Optimum | 195.68 |
| BOA | 5895 | 10/9/2019 | 1024 | Vanity Fair | 49.95 |
| BOA | 5895 | 10/9/2019 | 1025 | Carlos Solis | 9,000.00 |
| N. Trust | 5017 | 10/10/2019 | 1010 | Grant's Garden | 1,000.00 |
| BOA | 5895 | 10/11/2019 | 1018 | Transworld Systems | 19.00 |
| N. Trust | 5017 | 10/18/2019 | 1011 | Xfinity | 28.47 |
| N. Trust | 5017 | 10/18/2019 | 1012 | C. Sherry | 450.00 |
| N. Trust | 5017 | 10/18/2019 | 1013 | PSEG | 377.49 |
| N. Trust | 5017 | 10/18/2019 | 1014 | N.Y.C. Dept. Finance | 95.00 |
| N. Trust | 5017 | 10/18/2019 | 1015 | Saits | 112.15 |

**Total**                                                                 **$ 243,280.46**