IN THE UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA, FORT MYERS DIVISION

In Re:

BRUCE E. BOZZI, SR.,                                    Case No. 9:19-bk-09677-FMD

_____Debtor._____/

## AMENDED MOTION TO SELL PROPERTY OF THE ESTATE

COMES NOW the Trustee in the above-styled case, ROBERT E. TARDIF JR., and files this Motion to Sell Property of the Estate and moves this Court pursuant to 11 U.S.C. §§ 105 and 363(b) and Rule 6004 for entry of an Order authorizing the sale of property of the estate by private sale and states as follows:

---

**NOTICE OF OPPORTUNITY TO OBJECT AND REQUEST FOR HEARING**

Pursuant to Local Rule 2002-4, the Court will consider the relief requested in this paper without further notice or hearing unless a party in interest files a response within 21 days from the date set forth on the attached proof of service, plus an additional three days for service if any party was served by U.S. Mail.

If you object to the relief requested in this paper, you must file a response with the Clerk of the Court at Sam M. Gibbons United States Courthouse, 801 N. Florida Avenue, Suite 555, Tampa, Florida 33602, and serve a copy on the movant's attorney, Robert E. Tardif Jr., P.O. Box 2140, Fort Myers, FL 33902, and any other appropriate persons within the time allowed. If you file and serve a response within the time permitted, the Court will either schedule and notify you of a hearing or consider the response and grant or deny the relief requested without a hearing.

If you do not file a response within the time permitted, the Court will consider that you do not oppose the relief requested in the paper, will proceed to consider the paper without further notice or hearing, and may grant the relief requested.

---

1. The Debtor filed this bankruptcy case and Robert E. Tardif Jr., has been appointed as Trustee to administer the case.

2. **Property:** Trustee proposes to sell the bankruptcy estate's interest in the following property: **5 Surf Drive, Amagansett, New York (Tax Map Designation 0300-174-00-03-00-001-000)**. The property is a residential parcel of real estate and is improved with a residential home. On the date of filing, the Debtor was the sole owner of the property.

3. **Purchaser:** The proposed purchaser is Blaine Lourd, Trustee of the 37 Cottage Avenue Trust, or his permitted assigns or designees. To the Trustee's knowledge, the owners/beneficiaries of the trust are Bruce E. Bozzi, Jr., and Bryan Lourd, who are the Debtor's son and son-in-law, respectively. Notwithstanding the purchaser's connection to the Debtor, the Trustee believes that he is receiving fair and adequate consideration as noted below. The purchase and sale agreement with attachments is several pages long so the Trustee is not attaching the agreement to this motion in order to reduce mailing costs. The Trustee will provide a complete copy of the agreement to any party in interest that makes a request and provides an email address to receive a copy.

4.      **Price:** The selling price is $1,800,000.00. The Trustee has not had the property appraised, but the Trustee did retain a real estate agent to market the property. The Debtor valued this property at $1,750,000.00 in his schedules. During the course of marketing the Trustee received three separate offers for the property in the amount of $1,500,000.00, including an initial offer from the above proposed purchaser. The two other offers were from prospective purchasers who were not connected in any way to the Debtor or any other insiders known to the Trustee.

5.      The Trustee, through the real estate agent, advised all parties to submit their highest and best offers. The Trustee received the following two offers: (1) $1,800,000.00 all cash from the above-referenced purchaser; (2) $1,720,000.00 all cash from one of the third parties unconnected to the Debtor or any insiders. The Trustee, after performing his due diligence and after marketing the property through a real estate agent that is also unconnected to the Debtor or any insiders, believes that the proposed selling price is fair and reasonable.

6.      **Source of Funds for Purchase:** During his due diligence concerning the sale of another property in this case to the same proposed purchaser the Trustee received and reviewed monthly statements for financial accounts from which the money to purchase the other property and this property is being received. From that review, the Trustee represents to the Court that none of the funds being used to purchase this property come from the Debtor or any insiders, either directly or indirectly.

7.      To the Trustee's knowledge, there are the following liens and encumbrances against the property:

| **Creditor** | **Nature of Interest** | **Amount** |
|---|---|---|
| Bank of America, N.A.<br>c/o Andrew T. Jenkins<br>Post Office Box 3913<br>Tampa, Florida 33601-3913 | Mortgage | 936,374.00<br>Proof of Claim 16-1 |
| Just One More Restaurant Corp. &<br>Just One More Restaurant Holdings<br>8955 Fontana del Sol Way 2nd Floor<br>Naples, Florida 34109 | Judgment Lien | $126,058,033.00<br>Proofs of Claim 2-1 & 4-1 |

8.      As part of the closing of this proposed sale, the Trustee anticipates that the mortgage loan above will be paid in full and the judgment lien will be released.

9.      **Terms:**  The property is being sold "AS IS, WHERE IS WITH ALL FAULTS AND DEFECTS THEREIN" with no representations or warranties of any kind.

10.     **Benefit to Estate:** The Trustee believes the net sales proceeds to the estate will be approximately $760,000.00.

11.     **Payments at Closing:** The Trustee expects to pay the following undisputed liens, interests, claims or costs at the closing:

    a.    Real Estate Commission - $90,000.00 to Douglas Elliman Real Estate and cooperating broker/agent, if any.

    b.    Mortgage Loan Payoff - $936,374.00 (estimated) or such other written payoff amount provided by Bank of America, N.A.

    c.    Reasonable and customary closing costs to the Trustee, as Seller, which may include the following:

| | | |
|---|---|---:|
| i. | Title/Recording Fees (Approximately) | $ 1,900.00 |
| ii. | Reasonable and customary closing costs not to exceed | $ 1,000.00 |
| iii. | Transfer Tax Document Preparation | $ 475.00 |
| iv. | Transfer Tax (State and/or County) | $ 7,200.00 |

    d.    A true and accurate copy of an estimated net sheet or closing statement is attached to this motion.

12.    **Request to Waive Stay**: At the hearing on this motion the Trustee will request that the Court enter an order waiving the 14-day stays set forth in Rules 6004(h) and 6006(d) of the Federal Rules of Bankruptcy Procedure and providing that the order granting this motion be immediately enforceable and that the closing under the purchase agreement may occur immediately.

    WHEREFORE the Trustee moves the Court for entry of an Order authorizing the sale of the above-described property free and clear of liens and interests pursuant to Section 363(b), in accordance with the terms stated herein.

<em>Certificate of Service</em>

    **I HEREBY CERTIFY** that a true and correct copy of the foregoing has been furnished **Electronically** to the Assistant United States Trustee, Robert A. Shatzman and those appearing in this case who are registered with CM/ECF and by **Certified Mail** to Bank of America, N.A., c/o Brian Moynihan, Chairman of the Board and Chief Executive Officer, 100 North Tryon Street, Suite 170, Charlotte, NC 28202 by **Regular U.S. Mail** to Bank of America, N.A., c/o Kathleen L. DiSanto, Esq., 1801 N. Highland Avenue, Tampa, FL 33602 and Bruce E. Bozzi, Sr., 2161 Gulf of Mexico Drive, Longboat Key, FL 34228 and those creditors and parties in interest on the attached matrix on February 5, 2020 that are required to be served pursuant to Local Rule 2002-1(c).

    /s/ Robert E. Tardif Jr.  
    Robert E. Tardif Jr., Esquire  
    P.O. Box 2140  
    Fort Myers, Florida 33902  
    Telephone: 239/362-2755  
    Facsimile: 239/362-2756  
    Email: rtardif@comcast.net

### B. Type of Loan

| 1. ☐ FHA | 2. ☐ RHS | 3. ☐ Conv. Unins. | 6. File Number: | 7. Loan Number: | 8. Mortgage Insurance Case Number: |
|---|---|---|---|---|---|
| 4. ☐ VA | 5. ☐ Conv. Ins. | | | | |

C. Note: This form is furnished to give you a statement of actual settlement costs. Amounts paid to and by the settlement agent are shown. Items marked "(p.o.c.)" were paid outside the closing; they are shown here for informational purposes and are not included in the totals.

| D. Name & Address of Borrower: | E. Name & Address of Seller: | F. Name & Address of Lender: |
|---|---|---|
| Blaine Lourd, as Trustee of 37 Cottage Avenue Trust | Robert E. Tardif Jr., Trustee for Bruce E. Bozzi, Sr. | |

| G. Property Location: | H. Settlement Agent: | I. Settlement Date: |
|---|---|---|
| 5 Surf Drive<br>Amagansett, New York | | |
| | Place of Settlement: | |

### J. Summary of Borrower's Transaction

| 100. Gross Amount Due from Borrower | |
|---|---|
| 101. Contract sales price | $1,800,000.00 |
| 102. Personal property | |
| 103. Settlement charges to borrower (line 1400) | |
| 104. | |
| 105. | |
| **Adjustment for items paid by seller in advance** | |
| 106. City/town taxes       to | |
| 107. County taxes          to | |
| 108. Assessments           to | |
| 109. | |
| 110. | |
| 111. | |
| 112. | |
| **120. Gross Amount Due from Borrower** | |
| **200. Amount Paid by or in Behalf of Borrower** | |
| 201. Deposit or earnest money | |
| 202. Principal amount of new loan(s) | |
| 203. Existing loan(s) taken subject to | |
| 204. | |
| 205. | |
| 206. | |
| 207. | |
| 208. | |
| 209. | |
| **Adjustments for items unpaid by seller** | |
| 210. City/town taxes       to | |
| 211. County taxes          to | |
| 212. Assessments           to | |
| 213. | |
| 214. | |
| 215. | |
| 216. | |
| 217. | |
| 218. | |
| 219. | |
| **220. Total Paid by/for Borrower** | |
| **300. Cash at Settlement from/to Borrower** | |
| 301. Gross amount due from borrower (line 120) | |
| 302. Less amounts paid by/for borrower (line 220) | ( ) |
| 303. Cash  ☒ From  ☐ To Borrower | $1,800,000.00 |

### K. Summary of Seller's Transaction

| 400. Gross Amount Due to Seller | |
|---|---|
| 401. Contract sales price | $1,800,000.00 |
| 402. Personal property | |
| 403. | |
| 404. | |
| 405. | |
| **Adjustment for items paid by seller in advance** | |
| 406. City/town taxes       to | |
| 407. County taxes          to | |
| 408. Assessments           to | |
| 409. | |
| 410. | |
| 411. | |
| 412. | |
| **420. Gross Amount Due to Seller** | |
| **500. Reductions In Amount Due to seller** | |
| 501. Excess deposit (see instructions) | |
| 502. Settlement charges to seller (line 1400) | $99,800.00 |
| 503. Existing loan(s) taken subject to | |
| 504. Payoff of first mortgage loan | $936,374.00 |
| 505. Payoff of second mortgage loan | |
| 506. | |
| 507. | |
| 508. | |
| 509. | |
| **Adjustments for items unpaid by seller** | |
| 510. City/town taxes       to | |
| 511. County taxes          to | |
| 512. Assessments           to | |
| 513. | |
| 514. | |
| 515. | |
| 516. | |
| 517. | |
| 518. | |
| 519. | |
| **520. Total Reduction Amount Due Seller** | |
| **600. Cash at Settlement to/from Seller** | |
| 601. Gross amount due to seller (line 420) | $1,800,000.00 |
| 602. Less reductions in amounts due seller (line 520) | ( $1,036,174.00 ) |
| 603. Cash  ☒ To  ☐ From Seller | $763,826.00 |

|  | Settlement | Settlement |
|---|---|---|
| 702. $ to |  |  |
| 703. Commission paid at settlement |  | $90,000.00 |
| 704. |  |  |
| **800. Items Payable in Connection with Loan** |  |  |
| 801. Our origination charge $ (from GFE #1) |  |  |
| 802. Your credit or charge (points) for the specific interest rate chosen $ (from GFE #2) |  |  |
| 803. Your adjusted origination charges (from GFE #A) |  |  |
| 804. Appraisal fee to (from GFE #3) |  |  |
| 805. Credit report to (from GFE #3) |  |  |
| 806. Tax service to (from GFE #3) |  |  |
| 807. Flood certification to (from GFE #3) |  |  |
| 808. |  |  |
| 809. |  |  |
| 810. |  |  |
| 811. |  |  |
| **900. Items Required by Lender to be Paid in Advance** |  |  |
| 901. Daily interest charges from to @ $ /day (from GFE #10) |  |  |
| 902. Mortgage insurance premium for months to (from GFE #3) |  |  |
| 903. Homeowner's insurance for years to (from GFE #11) |  |  |
| 904. |  |  |
| **1000. Reserves Deposited with Lender** |  |  |
| 1001. Initial deposit for your escrow account (from GFE #9) |  |  |
| 1002. Homeowner's insurance months @ $ per month $ |  |  |
| 1003. Mortgage insurance months @ $ per month $ |  |  |
| 1004. Property Taxes months @ $ per month $ |  |  |
| 1005. months @ $ per month $ |  |  |
| 1006. months @ $ per month $ |  |  |
| 1007. Aggregate Adjustment -$ |  |  |
| **1100. Title Charges** |  |  |
| 1101. Title services and lender's title insurance (from GFE #4) |  |  |
| 1102. Settlement or closing fee $ |  |  |
| 1103. Owner's title insurance (from GFE #5) |  |  |
| 1104. Lender's title insurance $ |  |  |
| 1105. Lender's title policy limit $ |  |  |
| 1106. Owner's title policy limit $ |  |  |
| 1107. Agent's portion of the total title insurance premium to $ |  |  |
| 1108. Underwriter's portion of the total title insurance premium to $ |  |  |
| 1109. Title & Recording Fees/Title Closer Attendence |  | $1,900.00 |
| 1110. |  |  |
| 1111. |  |  |
| **1200. Government Recording and Transfer Charges** |  |  |
| 1201. Government recording charges (from GFE #7) |  |  |
| 1202. Deed $ Mortgage $ Release $ |  |  |
| 1203. Transfer taxes (from GFE #8) |  |  |
| 1204. City/County tax/stamps Deed $ Mortgage $ |  |  |
| 1205. State tax/stamps Deed $ Mortgage $ |  | $7,200.00 |
| 1206. Transfer Document Preparation and Deed Preparation |  | $700.00 |
| **1300. Additional Settlement Charges** |  |  |
| 1301. Required services that you can shop for (from GFE #6) |  |  |
| 1302. $ |  |  |
| 1303. $ |  |  |
| 1304. |  |  |
| 1305. |  |  |
| **1400. Total Settlement Charges (enter on lines 103, Section J and 502, Section K)** |  | $99,800.00 |

| | | |
|---|---|---|
| Label Matrix for local noticing<br>113A-9<br>Case 9:19-bk-09677-FMD<br>Middle District of Florida<br>Ft. Myers<br>Wed Feb  5 15:22:28 EST 2020 | Bank of America, N.A.<br>Bush Ross PA<br>c/o Andrew T. Jenkins, Esq.<br>PO Box 3913<br>Tampa, FL 33601-3913 | Bank of America, N.A.<br>Phelan Hallinan Diamond & Jones, PLLC<br>2001 NW 64th Street<br>Suite 100<br>Ft. Lauderdale, FL 33309-1844 |
| Hoguet Newman Regal & Kenney, LLP<br>One Grand Central Place<br>60 E. 42nd Street<br>48th Floor<br>New York, NY 10165-3003 | Just One More Holding Corp.<br>8955 Fontana Del Sol Way<br>2nd Floor<br>Naples, FL 34109-4428 | Just One More Restaurant Corp.<br>8955 Fontana Del Sol Way<br>2nd Floor<br>Naples, FL 34109-4428 |
| Raymond James & Associates, Inc<br>880 Carillon Parkway<br>St. Petersburg, FL 33716-1100 | Atlanta Palm Food Corp.<br>c/o Palm Management Corp.<br>7380 West Sand Lake Road<br>Suite 450<br>Orlando, FL 32819-5251 | B.W. Associates, Inc.<br>7380 West Sand Lake Road<br>Suite 450<br>Orlando, FL 32819-5251 |
| Bank of America<br>Global Commercial Banking<br>1301 Gervais Street, Suite 2020<br>SC3-230-20-02<br>Columbia, SC 29201-3354 | Bank of America<br>PO Box 660576<br>Dallas, TX 75266-0576 | Bank of America, N.A.<br>c/o Andrew T. Jenkins<br>Post Office Box 3913<br>Tampa, Florida 33601-3913 |
| Boston Palm Corporation<br>c/o Palm Management Corp.<br>7380 West Sand Lake Road<br>Suite 450<br>Orlando, FL 32819-5251 | Briargrove Retail LP<br>One Riverway, Suite 100<br>Houston, TX 77056-1962 | Charlotte Palm Corp.<br>c/o Palm Management Corp.<br>7380 West Sand Lake Road<br>Suite 450<br>Orlando, FL 32819-5251 |
| Chicago Palm, Inc.<br>c/o Palm Management Corp.<br>7380 West Sand Lake Road<br>Suite 450<br>Orlando, FL 32819-5251 | Claire Breen<br>c/o Frederic Newman, Esq.<br>Hoguett Newman Regal & Kenney<br>60 E. 42nd St., 48th Floor<br>New York, NY 10165-3003 | Cooley LLP<br>101 California Street, 5th F<br>San Francisco, CA 94111-5800 |
| DGMB Associates, Inc.<br>7380 West Sand Lake Road<br>Suite 450<br>Orlando, FL 32819-5251 | Denver Palm Corporation<br>c/o Palm Management Corp.<br>7380 West Sand Lake Road<br>Suite 450<br>Orlando, FL 32819-5251 | Estate of Charles Cook<br>c/o Frederic Newman, Esq.<br>Hoguet Newman Regal & Kenney<br>60E. 42nd St., 48th Floor<br>New York, NY 10165-3003 |
| Frederic Newman, Esq.<br>Hoguet Newman Regal & Kenney<br>60 E. 42nd St., 48th Floor<br>New York, NY 10165-3003 | Gary Ganzi<br>c/o Frederic Newman, Esq.<br>Hoguet Newman Regal & Kenney<br>60 E. 42nd St., 48th Floor<br>New York, NY 10165-3003 | Home Tech<br>6400 Techster Blvd.<br>Fort Myers  FL 33966-4721 |
| INTERNAL REVENUE SERVICE<br>P O BOX 7346<br>PHILADELPHIA,PA 19101-7346 | Just One More Rest. Corp.<br>8955 Fontana del Sol Way<br>2nd Floor<br>Naples, FL 34109-4428 | Just One More Restaurant Holdings<br>8955 Fontana del Sol Way, 2nd Floor<br>Naples, FL 34109-4428 |
| Kasowitz Benson Torres LLP<br>1633 Broadway<br>New York, NY 10019-6708 | Kasowitz Benson Torres LLP<br>16 Broadway<br>New York, NY 10004-1703 | LA Downtown Palm, LLC<br>c/o Palm Management Corp.<br>7380 West Sand Lake Road<br>Suite 450<br>Orlando, FL 32819-5251 |

| | | |
|---|---|---|
| Mary Ann Bozzi<br>2161 Gulf of Mexico Drive<br>Longboat Key FL 34228-5230 | Mercedes-Benz Credit Corp.<br>PO Box 5209<br>Carol Stream  IL  60197-5209 | Mercedes-Benz Financial Services USA<br>PO Box 5260<br>Carol Stream  IL  60197-5260 |
| Miami Palm Restaurant, Inc.<br>c/o Palm Management Corp.<br>7380 West Sand Lake Road<br>Suite 450<br>Orlando, FL 32819-5251 | Nashville Palm Restaurant<br>c/o Palm Management Corp.<br>7380 West Sand Lake Road<br>Suite 450<br>Orlando, FL 32819-5251 | Palm Airport, LLC<br>c/o Palm Management Corp.<br>7380 West Sand Lake Road<br>Suite 450<br>Orlando, FL 32819-5251 |
| Palm Beverly Hills Rest. Mgr<br>c/o Palm Management Corp.<br>7380 West Sand Lake Road<br>Suite 450<br>Orlando, FL 32819-5251 | Palm Management Corp.<br>7380 West Sand Lake Road<br>Suite 450<br>Orlando, FL 32819-5251 | Palm New York Downtown<br>c/o Palm Management Corp.<br>7380 West Sand Lake Road<br>Suite 450<br>Orlando, FL 32819-5251 |
| Palm Orlando Corp.<br>c/o Palm Management Corp.<br>7380 West Sand Lake Road<br>Suite 450<br>Orlando, FL 32819-5251 | Palm Philadelphia Investor<br>c/o Palm Management Corp.<br>7380 West Sand Lake Road<br>Suite 450<br>Orlando, FL 32819-5251 | Palm Philadelphia Manager<br>c/o Palm Management Corp.<br>7380 West Sand Lake Road<br>Suite 450<br>Orlando, FL 32819-5251 |
| Palm Restaurant Inc.<br>c/o Palm Management Corp.<br>7380 West Sand Lake Road<br>Suite 450<br>Orlando, FL 32819-5251 | Palm Restaurant of Houston<br>c/o Palm Management Corp.<br>7380 West Sand Lake Road<br>Suite 450<br>Orlando, FL 32819-5251 | Palm Restaurant of Las Vegas<br>c/o Palm Management Corp.<br>7380 West Sand Lake Road<br>Suite 450<br>Orlando, FL 32819-5251 |
| Palm Tysons Too Inc.<br>c/o Palm Management Corp.<br>7380 West Sand Lake Road<br>Suite 450<br>Orlando, FL 32819-5251 | Palm West Corp.<br>c/o Palm Management Corp.<br>7380 West Sand Lake Road<br>Suite 450<br>Orlando, FL 32819-5251 | San Antonio Palm Restaurant<br>c/o Palm Management Corp.<br>7380 West Sand Lake Road<br>Suite 450<br>Orlando, FL 32819-5251 |
| Sparkling Pools<br>PO Box 1280<br>Sag Harbor  NY  11963 | The Washington Palm, Inc.<br>c/o Palm Management Corp.<br>7380 West Sand Lake Road<br>Suite 450<br>Orlando, FL 32819-5251 | United States Trustee - TPA7/13<br>Timberlake Annex, Suite 1200<br>501 E Polk Street<br>Tampa, FL 33602-3949 |
| Victor Ganzi<br>126 East 56th Street, 14th Floor<br>New York, NY 10022-3077 | W.B. Associates, Inc.<br>7380 West Sand Lake Road<br>Suite 450<br>Orlando FL 32819-5251 | Walter J. Ganzi<br>8171 Bay Colony Drive<br>#1902<br>Naples FL 34108-7567 |
| Weber & Grahn<br>216 E. Montauk Hwy.<br>Hampton Bays  NY 11946-1902 | Bruce E. Bozzi Sr.<br>2161 Gulf of Mexico Drive<br>Longboat Key, FL 34228-5230 | Douglas Elliman<br>20 Main Street<br>East Hampton, NY 11937-2745 |
| Robert A. Schatzman<br>Gray Robinson, P.A.<br>333 S.E. 2nd Avenue, Suite 3200<br>Miami, FL 33131-2191 | Robert E Tardif Jr.<br>Trustee<br>Post Office Box 2140<br>Fort Myers, FL 33902-2140 | Soneet Kapila<br>1000 South Federal Highway<br>Suite 200<br>Ft. Lauderdale, FL 33316-1237 |

Steven J Solomon
GrayRobinson, PA
333 S.E. 2nd Avenue, Suite 3200
Miami, FL 33131-2191

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Gary Ganzi and Claire Breen as Attorneys-i   (u)MCP II Jefferson, LLC   (d)Internal Revenue Service
                                                                          P.O. Box 7346
                                                                          Philadelphia, PA 19101-7346

(d)Just One More Restaurant Corp.   (u)Claire Breen                       (u)Gary Ganzi
8955 Fontana del Sol Way, 2nd Floor
Naples, FL 34109-4428

(u)Victor F. Ganzi                  End of Label Matrix
                                    Mailable recipients    60
                                    Bypassed recipients     7
                                    Total                  67