**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Bruce E. Bozzi, Sr.** |
| | First Name    Middle Name    Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name    Middle Name    Last Name |
| United States Bankruptcy Court for the: | MIDDLE DISTRICT OF FLORIDA |
| Case number (if known) | 19-09677 - FMD |

■ Check if this is an amended filing

## Official Form 106Sum
## Summary of Your Assets and Liabilities and Certain Statistical Information    12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new *Summary* and check the box at the top of this page.

**Part 1:    Summarize Your Assets**

| | Your assets Value of what you own |
|---|---|
| 1. **Schedule A/B: Property** (Official Form 106A/B) | |
| 1a. Copy line 55, Total real estate, from Schedule A/B.................................................. | $    13,005,000.00 |
| 1b. Copy line 62, Total personal property, from Schedule A/B........................................ | $    10,348,298.00 |
| 1c. Copy line 63, Total of all property on Schedule A/B................................................. | $    23,353,298.00 |

**Part 2:    Summarize Your Liabilities**

| | Your liabilities Amount you owe |
|---|---|
| 2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D) | |
| 2a. Copy the total you listed in Column A, *Amount of claim,* at the bottom of the last page of Part 1 of *Schedule D*... | $    15,979,402.00 |
| 3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F) | |
| 3a. Copy the total claims from Part 1 (priority unsecured claims) from line 6e of *Schedule E/F*.............................. | $    0.00 |
| 3b. Copy the total claims from Part 2 (nonpriority unsecured claims) from line 6j of *Schedule E/F*........................... | $    127,629,908.66 |
| **Your total liabilities** | $    143,609,310.66 |

**Part 3:    Summarize Your Income and Expenses**

| | |
|---|---|
| 4. *Schedule I: Your Income* (Official Form 106I) Copy your combined monthly income from line 12 of *Schedule I*........................................................ | $    63,291.57 |
| 5. *Schedule J: Your Expenses* (Official Form 106J) Copy your monthly expenses from line 22c of *Schedule J*........................................................... | $    30,119.28 |

**Part 4:    Answer These Questions for Administrative and Statistical Records**

6. **Are you filing for bankruptcy under Chapters 7, 11, or 13?**

   ☐ No. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

   ■ Yes

7. **What kind of debt do you have?**

   ☐ **Your debts are primarily consumer debts.** *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose." 11 U.S.C. § 101(8). Fill out lines 8-9g for statistical purposes. 28 U.S.C. § 159.

   ■ **Your debts are not primarily consumer debts.** You have nothing to report on this part of the form. *Check this box* and submit this form to the court with your other schedules.

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor 1    **Bruce E. Bozzi, Sr.**                                      Case number *(if known)*  **19-09677 - FMD**

8.  **From the *Statement of Your Current Monthly Income*:** Copy your total current monthly income from Official Form
    122A-1 Line 11; **OR**, Form 122B Line 11; **OR**, Form 122C-1 Line 14.                               $ _____

9.  **Copy the following special categories of claims from Part 4, line 6 of *Schedule E/F*:**

    **From Part 4 on *Schedule E/F*, copy the following:**                              **Total claim**

    9a. Domestic support obligations (Copy line 6a.)                         $ _____ **0.00**

    9b. Taxes and certain other debts you owe the government. (Copy line 6b.)    $ _____ **0.00**

    9c. Claims for death or personal injury while you were intoxicated. (Copy line 6c.)   $ _____ **0.00**

    9d. Student loans. (Copy line 6f.)                                       $ _____ **0.00**

    9e. Obligations arising out of a separation agreement or divorce that you did not report as
        priority claims. (Copy line 6g.)                                     $ _____ **0.00**

    9f. Debts to pension or profit-sharing plans, and other similar debts. (Copy line 6h.)   +$ _____ **0.00**

    9g. **Total.** Add lines 9a through 9f.                                   $ _____ **0.00**

**Fill in this information to identify your case and this filing:**

Debtor 1    **Bruce E. Bozzi, Sr.**
_____
First Name    Middle Name    Last Name

Debtor 2
(Spouse, if filing)    _____
First Name    Middle Name    Last Name

United States Bankruptcy Court for the:    MIDDLE DISTRICT OF FLORIDA

Case number    **19-09677 - FMD**

■ Check if this is an amended filing

## Official Form 106A/B
# Schedule A/B: Property    12/15

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**Part 1:    Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In**

1. **Do you own or have any legal or equitable interest in any residence, building, land, or similar property?**

☐ No. Go to Part 2.

■ Yes. Where is the property?

1.1    **2161 Gulf of Mexico Drive**
_____
Street address, if available, or other description

**Longboat Key**    **FL**    **34228-0000**
_____
City    State    ZIP Code

**Sarasota**
_____
County

**What is the property?** Check all that apply

☐ Single-family home
☐ Duplex or multi-unit building
■ Condominium or cooperative

☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?** Check one

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property?    **$3,900,000.00**

Current value of the portion you own?    **$3,900,000.00**

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

**Joint with Spouse Mary Ann Bozzi as Tenants by the Entireties**

☐ Check if this is community property (see instructions)

Debtor 1    **Bruce E. Bozzi, Sr.**                                            Case number *(if known)*    **19-09677 - FMD**

**If you own or have more than one, list here:**

1.2

**1511 Gulf of Mexico Drive**
_____
Street address, if available, or other description

**What is the property?** Check all that apply

- ☐ Single-family home
- ☐ Duplex or multi-unit building
- ☑ Condominium or cooperative

- ☐ Manufactured or mobile home
- ☐ Land
- ☐ Investment property
- ☐ Timeshare
- ☐ Other _____

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Longboat Key      FL      34228-0000**
_____
City           State      ZIP Code

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$1,800,000.00** | **$1,800,000.00** |

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

**Fee simple**

**Who has an interest in the property?** Check one

- ☑ Debtor 1 only

**Sarasota**
_____
County

- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ **Check if this is community property** (see instructions)

Other information you wish to add about this item, such as local property identification number:

---

**If you own or have more than one, list here:**

1.3

**2 Lots- Palm Coast**
_____
Street address, if available, or other description

**What is the property?** Check all that apply

- ☐ Single-family home
- ☐ Duplex or multi-unit building
- ☐ Condominium or cooperative

- ☐ Manufactured or mobile home
- ☑ Land
- ☐ Investment property
- ☐ Timeshare
- ☐ Other _____

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Palm Coast      FL**
_____
City           State      ZIP Code

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$25,000.00** | **$25,000.00** |

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

**Fee simple**

**Who has an interest in the property?** Check one

- ☑ Debtor 1 only

**Flagler**
_____
County

- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ **Check if this is community property** (see instructions)

Other information you wish to add about this item, such as local property identification number:

---

Debtor 1    **Bruce E. Bozzi, Sr.**                                      Case number *(if known)*    **19-09677 - FMD**

**If you own or have more than one, list here:**

1.4

**37 Cottage Avenue**
Street address, if available, or other description

**What is the property?** Check all that apply

- ■ Single-family home
- □ Duplex or multi-unit building
- □ Condominium or cooperative

- □ Manufactured or mobile home
- □ Land
- □ Investment property
- □ Timeshare
- □ Other

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $5,500,000.00 | $5,500,000.00 |

**East Hampton        NY      11937-0000**
City              State        ZIP Code

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

**Joint with Spouse Mary Ann Bozzi as Tenants by the Entireties**

**Who has an interest in the property?** Check one

- □ Debtor 1 only
- □ Debtor 2 only
- □ Debtor 1 and Debtor 2 only
- ■ At least one of the debtors and another

**Suffolk**
County

□ Check if this is community property (see instructions)

Other information you wish to add about this item, such as local property identification number:

---

**If you own or have more than one, list here:**

1.5

**5 Surf Drive**
Street address, if available, or other description

**What is the property?** Check all that apply

- ■ Single-family home
- □ Duplex or multi-unit building
- □ Condominium or cooperative

- □ Manufactured or mobile home
- □ Land
- □ Investment property
- □ Timeshare
- □ Other

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $1,750,000.00 | $1,750,000.00 |

**Amagansett        NY      11930-0000**
City              State        ZIP Code

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

**Fee simple**

**Who has an interest in the property?** Check one

- ■ Debtor 1 only
- □ Debtor 2 only
- □ Debtor 1 and Debtor 2 only
- □ At least one of the debtors and another

**Suffolk**
County

□ Check if this is community property (see instructions)

Other information you wish to add about this item, such as local property identification number:

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

| Debtor 1 | Bruce E. Bozzi, Sr. | Case number *(if known)* | 19-09677 - FMD |

If you own or have more than one, list here:

**1.6**

| R112 Golf & Spa Timeshare | What is the property? Check all that apply | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* |
|---|---|---|

Street address, if available, or other description

- ☐ Single-family home
- ☐ Duplex or multi-unit building
- ☐ Condominium or cooperative
- ☐ Manufactured or mobile home
- ☐ Land
- ☐ Investment property
- ☑ Timeshare
- ☐ Other

| Jupiter | FL |
|---|---|
City     State     ZIP Code

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $30,000.00 | $30,000.00 |

**Who has an interest in the property?** Check one

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☑ At least one of the debtors and another

**Describe the nature of your ownership interest** (such as fee simple, tenancy by the entireties, or a life estate), if known.

**Joint with Spouse Mary Ann Bozzi as Tenants by the Entireties**

| Palm Beach |
|---|
County

☐ Check if this is community property (see instructions)

**Other information you wish to add about this item, such as local property identification number:**

---

2. **Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here.**............................................=> 

| $13,005,000.00 |
|---|

---

**Part 2:  Describe Your Vehicles**

**Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not?** Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

3. **Cars, vans, trucks, tractors, sport utility vehicles, motorcycles**

- ☐ No
- ☑ Yes

**3.1**

| Make: | **Audi** | Who has an interest in the property? Check one | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* |
|---|---|---|---|
| Model: | **Q5** | | |
| Year: | **2011** | | |
| Approximate mileage: | **100000** | | |

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

Other information:

☐ Check if this is community property (see instructions)

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $6,500.00 | $6,500.00 |

**3.2**

| Make: | **Mercedes** | Who has an interest in the property? Check one | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* |
|---|---|---|---|
| Model: | **450 SL** | | |
| Year: | **2019** | | |
| Approximate mileage: | **Unknown** | | |

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

Other information:
**LEASED VEHICLE**

☐ Check if this is community property (see instructions)

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $0.00 | $0.00 |

---

Debtor 1    **Bruce E. Bozzi, Sr.**                                                Case number *(if known)*    **19-09677 - FMD**

| 3.3 | Make: | **Mercedes** | Who has an interest in the property? Check one | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* |
|---|---|---|---|---|

3.3    Make:    **Mercedes**

Model:    **550SL**

Year:    **2018**

Approximate mileage:    **Unknown**

Other information:

**LEASED VEHICLE - BUSINESS VEHICLE**

Who has an interest in the property? Check one

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this is community property (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **Unknown** | **Unknown** |

4. **Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**
   *Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

☑ No
☐ Yes

5    Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here.................................................................=>    **$6,500.00**

**Part 3:    Describe Your Personal and  Household Items**

Do you own or have any legal or equitable interest in any of the following items?

Current value of the portion you own?
Do not deduct secured claims or exemptions.

6. **Household goods and furnishings**
   *Examples:* Major appliances, furniture, linens, china, kitchenware
   ☐ No
   ☑ Yes.  Describe.....

| | |
|---|---|
| **Miscellaneous Household Goods and Furnishings including Electronics located at 2161 Gulf of Mexico property- Joint with Spouse Mary Ann Bozzi as Tenants by the Entireties** | $30,000.00 |
| **Miscellaneous Household Goods and Furnishings including Electronics located at 1511 Gulf of Mexico Drive property- Joint with Spouse Mary Ann Bozzi as Tenants by the Entireties** | $6,000.00 |
| **Miscellaneous Household Goods and Furnishings including Electronics located at 5 Surf Drive property- Joint with Spouse Mary Ann Bozzi as Tenants by the Entireties** | $7,500.00 |
| **Miscellaneous Household Goods and Furnishings including Electronics located at 37 Cottage Avenue property- Joint with Spouse Mary Ann Bozzi as Tenants by the Entireties** | $17,500.00 |

7. **Electronics**
   *Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games
   ☐ No
   ☑ Yes.  Describe.....

| | |
|---|---|
| **Included in Household goods and furnishings above (see #6)** | $0.00 |

8. **Collectibles of value**
   *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles
   ☐ No

Debtor 1    **Bruce E. Bozzi, Sr.**                                          Case number *(if known)*    **19-09677 - FMD**

■ Yes. Describe.....

| Artwork: Miscellaneous Lithograph Posters- Joint with Spouse Mary Ann Bozzi as Tenants by the Entireties | $2,000.00 |
|---|---|

**9. Equipment for sports and hobbies**
*Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments

☐ No
■ Yes. Describe.....

| 2 sets of golf clubs | $500.00 |
|---|---|

**10. Firearms**
*Examples:* Pistols, rifles, shotguns, ammunition, and related equipment
■ No
☐ Yes. Describe.....

**11. Clothes**
*Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories
☐ No
■ Yes. Describe.....

| Men's Wardrobe - Included in Household goods and furnishings above (see #6) | $0.00 |
|---|---|

**12. Jewelry**
*Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver
☐ No
■ Yes. Describe.....

| Wedding Band and Watches | $2,000.00 |
|---|---|

**13. Non-farm animals**
*Examples:* Dogs, cats, birds, horses
■ No
☐ Yes. Describe.....

**14. Any other personal and household items you did not already list, including any health aids you did not list**
■ No
☐ Yes. Give specific information.....

**15. Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write that number here** ..................................................    **$65,500.00**

**Part 4:    Describe Your Financial Assets**

Do you own or have any legal or equitable interest in any of the following?    Current value of the portion you own? Do not deduct secured claims or exemptions.

**16. Cash**
*Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition
☐ No
■ Yes................................................................................................

Cash    $400.00

| Debtor 1 | Bruce E. Bozzi, Sr. | Case number *(if known)* | 19-09677 - FMD |
|---|---|---|---|

**17. Deposits of money**
    *Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions. If you have multiple accounts with the same institution, list each.

☐ No
■ Yes......................

| | | Institution name: | |
|---|---|---|---|
| 17.1. | Money Market | Northern Trust Bank of Florida- 986- Joint with Spouse Mary Ann Bozzi as Tenants by the Entireties | $578,898.00 |
| 17.2. | Checking | Northern Trust Bank of Florida- 705- Joint with Spouse Mary Ann Bozzi as Tenants by the Entireties | $337,520.00 |
| 17.3. | Savings | FVC Bank- 4530 | $0.00 |
| 17.4. | Brokerage | Bank of America- 9229 | $2,428.00 |
| 17.5. | Money Market | Bank of America - 9660 | $0.00 |
| 17.6. | Other financial account | Long Boat Key Country Club Membership Bond | Unknown |

**18. Bonds, mutual funds, or publicly traded stocks**
    *Examples:* Bond funds, investment accounts with brokerage firms, money market accounts

■ No
☐ Yes..................
             Institution or issuer name:

**19. Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**

☐ No
■ Yes.  Give specific information about them...................

| Name of entity: | % of ownership: | | |
|---|---|---|---|
| Atlanta Palm Food Corporation- Tax ID: 52-1904721 | 50 | % | Unknown |
| Atlantic City Palm, LLC- Tax ID: 81-0584713 | 50 | % | Unknown |
| Boston Palm Corporation- Tax ID: 93-1198032 | 50 | % | Unknown |
| Charlotte Palm Corporation- Tax ID: 52-2022935 | 50 | % | Unknown |
| Denver Palm Corporation- Tax ID: 84-1333686 | 50 | % | Unknown |
| Just One More Restaurant Corporation- Tax ID: 13-0895070 | 50 | % | Unknown |
| Just One More Holding Corp.- Tax ID: 13-2516081 | 50 | % | Unknown |

Debtor 1    Bruce E. Bozzi, Sr.                                    Case number *(if known)*    19-09677 - FMD

| | | |
|---|---|---|
| LA Downtown Palm, LLC- Tax ID: 52-2343936 | 50 % | Unknown |
| Miami Palm Restaurant, Inc.- Tax ID: 59-2142382 | 50 % | Unknown |
| Nashville Palm Restaurant, LLC- Tax ID: 52-2264407 | 50 % | Unknown |
| Palm Airport, LLC- Tax ID: 01-0913174 | 50 % | Unknown |
| Palm Beverly Hills Restaurant Manager, LLC- Tax ID: 47-1478042 | 50 % | Unknown |
| Palm Management Corporation- Tax ID: 13-2819847 | 50 % | Unknown |
| Palm New York Downtown, LLC- Tax ID: 41-2273205 | 50 % | Unknown |
| Palm Orlando Corporation- Tax ID: 52-2271877 | 50 % | Unknown |
| Palm Philadelphia Manager LLC- 81-3592977 | 50 % | Unknown |
| Palm Restaurant, Inc.- Tax ID: 13-2785949 | 50 % | Unknown |
| Palm Restaurant of Las Vegas, Inc.- Tax ID: 52-1787475 | 50 % | Unknown |
| Palm Restaurant of Houston, Inc.- Tax ID: 74-1981492 | 50 % | Unknown |
| Palm Tysons Too, Inc.- Tax ID: 52-2147517 | 50 % | Unknown |
| Palm West Corporation- Tax ID: 22-3633863 | 50 % | Unknown |
| San Antonio Palm Restaurant, Inc.- Tax ID: 52-2158851 | 50 % | Unknown |
| Washington Palm, Inc.- Tax ID: 52-0960414 | 50 % | Unknown |
| Palm Philadelphia Investor, LLC- Tax ID: 81-3603777 | 50 % | Unknown |
| Red Eye/Brooklyn Associates, L.P. - Tax ID: 13-3799293 | 0.3 % | Unknown |

| Debtor 1 | **Bruce E. Bozzi, Sr.** | | Case number *(if known)* | **19-09677 - FMD** |
|---|---|---|---|---|

| **BB Chicago, LLC** | **100** | % | **Unknown** |
|---|---|---|---|

20. **Government and corporate bonds and other negotiable and non-negotiable instruments**
   *Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
   *Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.
   ■ No
   ☐ Yes. Give specific information about them
       Issuer name:

21. **Retirement or pension accounts**
   *Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans
   ☐ No
   ■ Yes. List each account separately.

| Type of account: | Institution name: | |
|---|---|---|
| **401(k)** | **VALIC** | **$210,053.00** |
| **IRA** | **JP Morgan** | **$157,619.00** |

22. **Security deposits and prepayments**
   Your share of all unused deposits you have made so that you may continue service or use from a company
   *Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others
   ■ No
   ☐ Yes. ....................        Institution name or individual:

23. **Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)
   ■ No
   ☐ Yes............        Issuer name and description.

24. **Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
   26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).
   ■ No
   ☐ Yes............        Institution name and description. Separately file the records of any interests.11 U.S.C. § 521(c):

25. **Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**
   ■ No
   ☐ Yes.  Give specific information about them...

26. **Patents, copyrights, trademarks, trade secrets, and other intellectual property**
   *Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements
   ■ No
   ☐ Yes.  Give specific information about them...

27. **Licenses, franchises, and other general intangibles**
   *Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses
   ■ No
   ☐ Yes.  Give specific information about them...

**Money or property owed to you?**

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

---

[1] Upon information and belief, 40.81% of Chicago Palm, Inc. is purportedly owned owned by Bruce E. Bozzi Sr. through BB Chicago, LLC.

---

Debtor 1    __Bruce E. Bozzi, Sr._____     Case number *(if known)*  __19-09677 - FMD__

### 28. Tax refunds owed to you
☐ No
■ Yes. Give specific information about them, including whether you already filed the returns and the tax years.......

| | | |
|---|---|---|
| Refund due for overpayment to NJ and VA | State | $24,941.00 |

### 29. Family support
*Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement
■ No
☐ Yes. Give specific information......

### 30. Other amounts someone owes you
*Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay,  workers' compensation, Social Security
benefits; unpaid loans you made to someone else
☐ No
■ Yes.  Give specific information..

| | |
|---|---|
| Monthly Social Security Benefits | $2,600.00 |
| Note Receivable- Palm Restaurant, Inc.- 9.0% | $91,000.00 |
| Note Receivable- Chicago Palm, Inc.- 9.0% | $5,000.00 |
| Note Receivable- Palm Restaurant of Las Vegas, Inc. - 9.0% | $10,000.00 |
| Note Receivable- Atlanta Palm Food Corp.- 9.0% | $60,000.00 |
| Note Receivable- The Washington Palm, Inc. - 9.0% | $30,000.00 |
| Note Receivable- The Washington Palm, Inc. - 9.0% | $50,000.00 |
| Note Receivable- Palm Management Corp- LIBOR + 2% | $4,528,481.00 |
| Note Receivable- The Washington Palm, Inc. - 9.0% | $16,901.00 |
| Note Receivable- Miami Palm Restaurant, Inc. - 9.0% | $133,091.00 |
| Note Receivable- Palm Management Corp- May 2007- 7.50% | $1,000,000.00 |
| Note Receivable- Palm Management Corp- August 2013- 9.0% | $250,000.00 |
| Note Receivable- Palm Management Corp- Dec 2015- 0.0% | $250,000.00 |
| Note Receivable- Palm Management Corp- June 2016- 9.50% | $1,000,000.00 |

Debtor 1   **Bruce E. Bozzi, Sr.**                           Case number *(if known)*   **19-09677 - FMD**

| | |
|---|---|
| Note Receivable- Palm Management Corp- August 2016- 9.50% | $250,000.00 |

| | |
|---|---|
| Note Receivable- Palm Management Corp- August 2017- 9.50% | $1,000,000.00 |

31. **Interests in insurance policies**
    *Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance
    ☐ No
    ■ Yes. Name the insurance company of each policy and list its value.

| Company name: | Beneficiary: | Surrender or refund value: |
|---|---|---|
| Equitable Life- $100,00 Face Value | Mary Ann Bozzi | $124,604.00 |
| Lincoln Financial Group- $50,000 Face Value.  No Cash Value | Mary Ann Bozzi | $0.00 |
| National Life Group- $250,000 Face Value | Mary Ann Bozzi | $60,762.00 |
| VOYA- $500,000 Face Value | Mary Ann Bozzi | $102,000.00 |

32. **Any interest in property that is due you from someone who has died**
    If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because someone has died.
    ■ No
    ☐ Yes.  Give specific information..

33. **Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**
    *Examples:* Accidents, employment disputes, insurance claims, or rights to sue
    ■ No
    ☐ Yes.  Describe each claim.........

34. **Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**
    ■ No
    ☐ Yes.  Describe each claim.........

35. **Any financial assets you did not already list**
    ■ No
    ☐ Yes.  Give specific information..

36. **Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here**...............................................................................................

| |
|---|
| $10,276,298.00 |

**Part 5:**  Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1.

37. **Do you own or have any legal or equitable interest in any business-related property?**
    ■ No. Go to Part 6.
    ☐ Yes.  Go to line 38.

Debtor 1    Bruce E. Bozzi, Sr.                                      Case number *(if known)*   19-09677 - FMD

| **Part 6:** | Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In. |
|---|---|
| | If you own or have an interest in farmland, list it in Part 1. |

46. **Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**

   ■ No. Go to Part 7.
   ☐ Yes.  Go to line 47.

| **Part 7:** | Describe All Property You Own or Have an Interest in That You Did Not List Above |
|---|---|

53. **Do you have other property of any kind you did not already list?**
   *Examples:* Season tickets, country club membership

   ■ No
   ☐ Yes. Give specific information.........

54.   **Add the dollar value of all of your entries from Part 7. Write that number here** .....................................      | $0.00 |

| **Part 8:** | List the Totals of Each Part of this Form |
|---|---|

| 55. | **Part 1: Total real estate, line 2** ...................................................................................... | | $13,005,000.00 |
|---|---|---|---|
| 56. | **Part 2: Total vehicles, line 5** | $6,500.00 | |
| 57. | **Part 3: Total personal and household items, line 15** | $65,500.00 | |
| 58. | **Part 4: Total financial assets, line 36** | $10,276,298.00 | |
| 59. | **Part 5: Total business-related property, line 45** | $0.00 | |
| 60. | **Part 6: Total farm- and fishing-related property, line 52** | $0.00 | |
| 61. | **Part 7: Total other property not listed, line 54** | +     $0.00 | |
| 62. | **Total personal property.** Add lines 56 through 61... | $10,348,298.00 | Copy personal property total     $10,348,298.00 |
| 63. | **Total of all property on Schedule A/B.** Add line 55 + line 62 | | $23,353,298.00 |

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Bruce E. Bozzi, Sr.** | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | MIDDLE DISTRICT OF FLORIDA | | |
| Case number | **19-09677 - FMD** | | |
| (if known) | | | |

■ Check if this is an
amended filing

## Official Form 106E/F
## Schedule E/F: Creditors Who Have Unsecured Claims

12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on Schedule A/B: Property (Official Form 106A/B) and on Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G). Do not include any creditors with partially secured claims that are listed in Schedule D: Creditors Who Have Claims Secured by Property. If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. If you have no information to report in a Part, do not file that Part. On the top of any additional pages, write your name and case number (if known).

### Part 1:   List All of Your PRIORITY Unsecured Claims

1.   Do any creditors have priority unsecured claims against you?

■ No. Go to Part 2.

☐ Yes.

### Part 2:   List All of Your NONPRIORITY Unsecured Claims

3.   Do any creditors have nonpriority unsecured claims against you?

☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.

■ Yes.

4.   List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim. If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

| | | Total claim |
|---|---|---|

| 4.1 | **200 Chambers, LLC** | Last 4 digits of account number _____ | **Unknown** |
|---|---|---|---|

Nonpriority Creditor's Name

**c/o Jack Resnick & Sons, Inc**
**110 East 59th Street**
**34th Floor**
**New York, NY 10220**
Number Street City State Zip Code

When was the debt incurred?  _____

Who incurred the debt? Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

■ At least one of the debtors and another

☐ Check if this claim is for a  community debt

Is the claim subject to offset?

■ No

☐ Yes

As of the date you file, the claim is: Check all that apply

■ Contingent

■ Unliquidated

■ Disputed

Type of NONPRIORITY unsecured claim:

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Good Guy Guaranty on Certain Tenant Obligations**

Debtor 1  **Bruce E. Bozzi, Sr.**                                   Case number (if known)   **19-09677 - FMD**

| **4.2** | **267 North Canon Drive LLC** | **Last 4 digits of account number** | | **Unknown** |
|---|---|---|---|---|

Nonpriority Creditor's Name
**621 N. Beverly Drive**
**Beverly Hills, CA 90210**
Number Street City State Zip Code

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ Check if this claim is for a  community debt
**Is the claim subject to offset?**
☒ No
☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply
☒ Contingent
☒ Unliquidated
☒ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify   **Lease - Personal Guaranty**

| **4.3** | **AvalonBay Communities, Inc.** | **Last 4 digits of account number** | | **Unknown** |
|---|---|---|---|---|

Nonpriority Creditor's Name
**671 N. Glebe Road, Suite 800**
**Arlington, VA 22203**
Number Street City State Zip Code

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ Check if this claim is for a  community debt
**Is the claim subject to offset?**
☒ No
☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply
☒ Contingent
☒ Unliquidated
☒ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify   **Lease - Limited Personal Guaranty**

| **4.4** | **Bozzi 2000 Insurance Trust** | **Last 4 digits of account number** | | **$2,229,645.00** |
|---|---|---|---|---|

Nonpriority Creditor's Name
**C/o Palm Management Corp.**
**7380 West Sand Lake Road**
**Suite 450**
**Orlando, FL 32819**
Number Street City State Zip Code

**Who incurred the debt? Check one.**
☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a  community debt
**Is the claim subject to offset?**
☒ No
☐ Yes

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify   **Loan**

---

Debtor 1    **Bruce E. Bozzi, Sr.**                                                    Case number (if known)    **19-09677 - FMD**

| 4.5 | **Briargrove Retail LP** | Last 4 digits of account number _____ | **Unknown** |
|---|---|---|---|

Nonpriority Creditor's Name
**One Riverway**
**Suite 100**
**Houston, TX 77055**
Number Street City State Zip Code

When was the debt incurred?    _____

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?
■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply
■ Contingent
■ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Lease - Personal Guaranty**

| 4.6 | **Claire Breen** | Last 4 digits of account number _____ | **Unknown** |
|---|---|---|---|

Nonpriority Creditor's Name
**C/o Frederic Newman, Esq.**
**Hoguet Newman Regal & Kenney**
**60 E 42nd St, 48th Floor**
**New York, NY 10165**
Number Street City State Zip Code

When was the debt incurred?    _____

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?
■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **See 4.9 (Same Debt)**

| 4.7 | **Cooley LLP** | Last 4 digits of account number _____ | **$1,081,456.66** |
|---|---|---|---|

Nonpriority Creditor's Name
**101 California Street, 5th F**
**San Francisco, CA 94111**
Number Street City State Zip Code

When was the debt incurred?    _____

**Who incurred the debt? Check one.**
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ Check if this claim is for a community debt

Is the claim subject to offset?
☐ No
■ Yes

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Legal Fees**

Debtor 1    Bruce E. Bozzi, Sr.                                    Case number (if known)    19-09677 - FMD

| 4.8 | **Estate of Charles Cook** |
|---|---|

Nonpriority Creditor's Name
**C/o Frederic Newman, Esq.**
**Hoguet Newman Regal & Kenney**
**60 E 42nd St, 48th Floor**
**New York, NY 10165**
Number Street City State Zip Code

Who incurred the debt? Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ Check if this claim is for a community debt
Is the claim subject to offset?
☒ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___        **Unknown**

When was the debt incurred?        _____

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☒ Disputed
Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify    **See 4.9 (Same Debt)**

| 4.9 | **Fort Hill Square 1 Owner,LLC** |
|---|---|

Nonpriority Creditor's Name
**c/o Prudential Real Estate**
**Investors**
**8 Campus Drive, 4th Floor**
**Parsippany, NJ 07054**
Number Street City State Zip Code

Who incurred the debt? Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ Check if this claim is for a community debt
Is the claim subject to offset?
☒ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___        **Unknown**

When was the debt incurred?        _____

As of the date you file, the claim is: Check all that apply
☒ Contingent
☒ Unliquidated
☒ Disputed
Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify    **Lease - Personal Guaranty**

| 4.1 0 | **Fredric Newman, Esq.** |
|---|---|

Nonpriority Creditor's Name
**Hoguet Newman Regal & Kenney**
**60 E. 42nd Street**
**48th Floor**
**New York, NY 10165**
Number Street City State Zip Code

Who incurred the debt? Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☒ At least one of the debtors and another
☐ Check if this claim is for a community debt
Is the claim subject to offset?
☒ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___        **Unknown**

When was the debt incurred?        _____

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☒ Disputed
Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify    _____

Debtor 1    Bruce E. Bozzi, Sr.                                    Case number (if known)    **19-09677 - FMD**

| | | |
|---|---|---|
| **4.1 1** | **Gary Ganzi** | Last 4 digits of account number _____    **Unknown** |

Nonpriority Creditor's Name
C/o Frederic Newman, Esq.
**Hoguet Newman Regal & Kenney**
**60 E. 42nd St, 48th Floor**
**New York, NY 10165**
Number Street City State Zip Code
**Who incurred the debt?** Check one.

When was the debt incurred?    _____

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **See 4.9 (Same Debt)**

---

| | | |
|---|---|---|
| **4.1 2** | **Internal Revenue Service** | Last 4 digits of account number _____    **Unknown** |

Nonpriority Creditor's Name
**P.O. Box 7346**
**Philadelphia, PA 19101-7346**
Number Street City State Zip Code
**Who incurred the debt?** Check one.

When was the debt incurred?    _____

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    _____

---

| | | |
|---|---|---|
| **4.1 3** | **Just One More Restaurant Crp** | Last 4 digits of account number _____    **$120,000,000.00** |

Nonpriority Creditor's Name
**8955 Fontana Del Sol Way**
**2nd Floor**
**Naples, FL 34109**
Number Street City State Zip Code
**Who incurred the debt?** Check one.

When was the debt incurred?    _____

As of the date you file, the claim is: Check all that apply

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**
**Is the claim subject to offset?**
■ No
☐ Yes

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Judgment**

---

Debtor 1    Bruce E. Bozzi, Sr.                                          Case number (if known)    19-09677 - FMD

| 4.1 4 | **Just One More Restaurant Hld** | | Last 4 digits of account number | | **Unknown** |

Nonpriority Creditor's Name
**8955 Fontana Del Sol Way**
**2nd Floor**
**Naples, FL 34109**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
■ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **See 4.9 (Same Debt)**

| 4.1 5 | **Kasowitz Benson Torres LLP** | | Last 4 digits of account number | | **$1,239,258.00** |

Nonpriority Creditor's Name
**1633 Broadway**
**New York, NY 10019**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
■ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify _____

| 4.1 6 | **Palm Management Corp** | | Last 4 digits of account number | | **$3,079,549.00** |

Nonpriority Creditor's Name
**7380 West Sand Lake Road**
**Suite 450**
**Orlando, FL 32819**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☐ No
■ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Loan**

---

**Part 3:    List Others to Be Notified About a Debt That You Already Listed**

5. Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional persons to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.

Debtor 1   **Bruce E. Bozzi, Sr.**                                    Case number (if known)    **19-09677 - FMD**

---

**Part 4:    Add the Amounts for Each Type of Unsecured Claim**

6.  **Total the amounts of certain types of unsecured claims.** This information is for statistical reporting purposes only. 28 U.S.C. §159. Add the amounts for each type of unsecured claim.

|  |  |  | Total Claim |
|---|---|---|---|
| **Total claims from Part 1** | 6a. | **Domestic support obligations** | 6a. $ 0.00 |
|  | 6b. | **Taxes and certain other debts you owe the government** | 6b. $ 0.00 |
|  | 6c. | **Claims for death or personal injury while you were intoxicated** | 6c. $ 0.00 |
|  | 6d. | **Other.** Add all other priority unsecured claims. Write that amount here. | 6d. $ 0.00 |
|  | 6e. | **Total Priority.** Add lines 6a through 6d. | 6e. $ 0.00 |

|  |  |  | Total Claim |
|---|---|---|---|
| **Total claims from Part 2** | 6f. | **Student loans** | 6f. $ 0.00 |
|  | 6g. | **Obligations arising out of a separation agreement or divorce that you did not report as priority claims** | 6g. $ 0.00 |
|  | 6h. | **Debts to pension or profit-sharing plans, and other similar debts** | 6h. $ 0.00 |
|  | 6i. | **Other.** Add all other nonpriority unsecured claims. Write that amount here. | 6i. $ 127,629,908.66 |
|  | 6j. | **Total Nonpriority.** Add lines 6f through 6i. | 6j. $ 127,629,908.66 |

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Bruce E. Bozzi, Sr.** | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | MIDDLE DISTRICT OF FLORIDA | | |
| Case number | **19-09677 - FMD** | | |
| (if known) | | | |

■ Check if this is an
amended filing

# Official Form 106H
## Schedule H: Your Codebtors

12/15

Codebtors are people or entities who are also liable for any debts you may have. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, and number the entries in the boxes on the left. Attach the Additional Page to this page. On the top of any Additional Pages, write your name and case number (if known). Answer every question.

**1. Do you have any codebtors?** (If you are filing a joint case, do not list either spouse as a codebtor.)

□ No
■ Yes

**2. Within the last 8 years, have you lived in a community property state or territory?** (*Community property states and territories include* Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)

■ No. Go to line 3.
□ Yes. Did your spouse, former spouse, or legal equivalent live with you at the time?

**3. In Column 1, list all of your codebtors.** Do not include your spouse as a codebtor if your spouse is filing with you. List the person shown in line 2 again as a codebtor only if that person is a guarantor or cosigner. Make sure you have listed the creditor on Schedule D (Official Form 106D), Schedule E/F (Official Form 106E/F), or Schedule G (Official Form 106G). Use Schedule D, Schedule E/F, or Schedule G to fill out Column 2.

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt** |
|---|---|
| Name, Number, Street, City, State and ZIP Code | Check all schedules that apply: |

| | | |
|---|---|---|
| 3.1 | **Atlanta Palm Food Corp**<br>**C/o Palm Management Corp**<br>**7380 West Sand Lake Road**<br>**Suite 450**<br>**Orlando, FL 32819** | ■ Schedule D, line ___2.3___<br>□ Schedule E/F, line _____<br>□ Schedule G _____<br>**Bank of America** |
| 3.2 | **Atlantic City Palm, LLC**<br>**C/o Palm Management Corp.**<br>**7380 West Sand Lake Road**<br>**Suite 450**<br>**Orlando, FL 32819** | ■ Schedule D, line ___2.3___<br>□ Schedule E/F, line _____<br>□ Schedule G _____<br>**Bank of America** |
| 3.3 | **B.W. Associates, Inc.**<br>**7380 West Sand Lake Road**<br>**Suite 450**<br>**Orlando, FL 32819** | ■ Schedule D, line ___2.3___<br>□ Schedule E/F, line _____<br>□ Schedule G _____<br>**Bank of America** |

Debtor 1  Bruce E. Bozzi, Sr.

Case number *(if known)*  19-09677 - FMD

■ **Additional Page to List More Codebtors**

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|
| 3.4  **Boston Palm Corporation**<br>C/o Palm Management Corp.<br>7380 West Sand Lake Road<br>Suite 450<br>Orlando, FL 32819 | ■ Schedule D, line __2.3__<br>☐ Schedule E/F, line _____<br>☐ Schedule G _____<br>**Bank of America** |
| 3.5  **Charlotte Palm Corp.**<br>C/o Palm Management Corp.<br>7380 West Sand Lake Road<br>Suite 450<br>Orlando, FL 32819 | ■ Schedule D, line __2.3__<br>☐ Schedule E/F, line _____<br>☐ Schedule G _____<br>**Bank of America** |
| 3.6  **Chicago Palm, Inc.**<br>C/o Palm Management Corp.<br>7380 West Sand Lake Road<br>Suite 450<br>Orlando, FL 32819 | ■ Schedule D, line __2.3__<br>☐ Schedule E/F, line _____<br>☐ Schedule G _____<br>**Bank of America** |
| 3.7  **Denver Palm Corporation**<br>C/o Palm Management Corp.<br>7380 West Sand Lake Road<br>Suite 450<br>Orlando, FL 32819 | ■ Schedule D, line __2.3__<br>☐ Schedule E/F, line _____<br>☐ Schedule G _____<br>**Bank of America** |
| 3.8  **DGMB Associates, Inc.**<br>7380 West Sand Lake Road<br>Suite 450<br>Orlando, FL 32819 | ■ Schedule D, line __2.3__<br>☐ Schedule E/F, line _____<br>☐ Schedule G _____<br>**Bank of America** |
| 3.9  **Just One More Rest. Corp.**<br>8955 Fontana Del Sol Way<br>2nd Floor<br>Naples, FL 34109 | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.7__<br>☐ Schedule G _____<br>**Cooley LLP** |
| 3.10  **Just One More Rest. Hold.**<br>8955 Fontana Del Sol Way<br>2nd Floor<br>Naples, FL 34109 | ■ Schedule D, line __2.3__<br>☐ Schedule E/F, line _____<br>☐ Schedule G _____<br>**Bank of America** |

Debtor 1  Bruce E. Bozzi, Sr. _____   Case number *(if known)*  **19-09677 - FMD**

| **Additional Page to List More Codebtors** |

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |

3.11  **LA Downtown Palm, LLC**
**C/o Palm Management Corp.**
**7380 West Sand Lake Road**
**Suite 450**
**Orlando, FL 32819**

■ Schedule D, line __**2.3**__
☐ Schedule E/F, line _____
☐ Schedule G _____
**Bank of America**

---

3.12  **Mary Ann Bozzi**
**2161 Gulf of Mexico Drive**
**Longboat Key, FL 34228**

■ Schedule D, line __**2.1**__
☐ Schedule E/F, line _____
☐ Schedule G _____
**Bank of America**

---

3.13  **Miami Palm Restaurant, Inc.**
**C/o Palm Restaurant Corp**
**7380 West Sand Lake Road**
**Suite 450**
**Orlando, FL 32819**

■ Schedule D, line __**2.3**__
☐ Schedule E/F, line _____
☐ Schedule G _____
**Bank of America**

---

3.14  **Nashville Palm Restaurant**
**C/o Palm Management Corp.**
**7380 West Sand Lake Road**
**Suite 450**
**Orlando, FL 32819**

■ Schedule D, line __**2.3**__
☐ Schedule E/F, line _____
☐ Schedule G _____
**Bank of America**

---

3.15  **Palm Airport, LLC**
**C/o Palm Management Corp.**
**7380 West Sand Lake Road**
**Suite 450**
**Orlando, FL 32819**

■ Schedule D, line __**2.3**__
☐ Schedule E/F, line _____
☐ Schedule G _____
**Bank of America**

---

3.16  **Palm Beverly Hills Rest. Mgr**
**C/o Palm Management Corp.**
**7380 West Sand Lake Road**
**Suite 450**
**Orlando, FL 32819**

■ Schedule D, line __**2.3**__
☐ Schedule E/F, line _____
☐ Schedule G _____
**Bank of America**

---

3.17  **Palm Management Corp**
**7380 West Sand Lake Road**
**Suite 450**
**Orlando, FL 32819**

■ Schedule D, line __**2.3**__
☐ Schedule E/F, line _____
☐ Schedule G _____
**Bank of America**

---

Debtor 1   **Bruce E. Bozzi, Sr.**                          Case number *(if known)*   **19-09677 - FMD**

| | **Additional Page to List More Codebtors** |
|---|---|

| *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|
| 3.18  **Palm New York Downtown**<br>C/o Palm Management Corp.<br>7380 West Sand Lake Road<br>Suite 450<br>Orlando, FL 32819 | ■ Schedule D, line   **2.3**<br>☐ Schedule E/F, line _____<br>☐ Schedule G _____<br>**Bank of America** |
| 3.19  **Palm Orlando Corporation**<br>C/o Palm Management Corp.<br>7380 West Sand Lake Road<br>Suite 450<br>Orlando, FL 32819 | ■ Schedule D, line   **2.3**<br>☐ Schedule E/F, line _____<br>☐ Schedule G _____<br>**Bank of America** |
| 3.20  **Palm Philadelphia Manager**<br>C/o Palm Management Corp.<br>7380 West Sand Lake Road<br>Suite 450<br>Orlando, FL 32819 | ■ Schedule D, line   **2.3**<br>☐ Schedule E/F, line _____<br>☐ Schedule G _____<br>**Bank of America** |
| 3.21  **Palm Philadephia Investor**<br>C/o Palm Management Corp.<br>7380 West Sand Lake Road<br>Suite 450<br>Orlando, FL 32819 | ■ Schedule D, line   **2.3**<br>☐ Schedule E/F, line _____<br>☐ Schedule G _____<br>**Bank of America** |
| 3.22  **Palm Restaurant of Houston**<br>C/o Palm Management Corp.<br>7380 West Sand Lake Road<br>Suite 450<br>Orlando, FL 32819 | ■ Schedule D, line   **2.3**<br>☐ Schedule E/F, line _____<br>☐ Schedule G _____<br>**Bank of America** |
| 3.23  **Palm Restaurant of Las Vegas**<br>C/o Palm Management Corp.<br>7380 West Sand Lake Road<br>Suite 450<br>Orlando, FL 32819 | ■ Schedule D, line   **2.3**<br>☐ Schedule E/F, line _____<br>☐ Schedule G _____<br>**Bank of America** |
| 3.24  **Palm Restaurant, Inc.**<br>C/o Palm Management Corp.<br>7380 West Sand Lake Road<br>Suite 450<br>Orlando, FL 32819 | ■ Schedule D, line   **2.3**<br>☐ Schedule E/F, line _____<br>☐ Schedule G _____<br>**Bank of America** |

Debtor 1  Bruce E. Bozzi, Sr.                                         Case number *(if known)*   19-09677 - FMD

▓ **Additional Page to List More Codebtors**

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |

3.25  **Palm Tysons Too, Inc.**
C/o Palm Management Corp.
7380 West Sand Lake Road
Suite 450
Orlando, FL 32819

■ Schedule D, line __2.3__
☐ Schedule E/F, line _____
☐ Schedule G _____
**Bank of America**

3.26  **Palm West Corporation**
C/o Palm Management Corp.
7380 West Sand Lake Road
Suite 450
Orlando, FL 32819

■ Schedule D, line __2.3__
☐ Schedule E/F, line _____
☐ Schedule G _____
**Bank of America**

3.27  **San Antonio Palm Restaurant**
C/o Palm Management Corp.
7380 West Sand Lake Road
Suite 450
Orlando, FL 32819

■ Schedule D, line __2.3__
☐ Schedule E/F, line _____
☐ Schedule G _____
**Bank of America**

3.28  **The Washington Palm, Inc.**
C/o Palm Management Corp.
7380 West Sand Lake Road
Suite 450
Orlando, FL 32819

■ Schedule D, line __2.3__
☐ Schedule E/F, line _____
☐ Schedule G _____
**Bank of America**

3.29  **W.B. Associates, Inc.**
7380 West Sand Lake Road
Suite 450
Orlando, FL 32819

■ Schedule D, line __2.3__
☐ Schedule E/F, line _____
☐ Schedule G _____
**Bank of America**

3.30  **Walter J. Ganzi**
8171 Bay Colony Drive
#1902
Naples, FL 34108

■ Schedule D, line __2.3__
☐ Schedule E/F, line _____
☐ Schedule G _____
**Bank of America**

3.31  **Walter J. Ganzi**
8171 Bay Colony Drive
#1902
Naples, FL 34108

☐ Schedule D, line _____
■ Schedule E/F, line __4.8__
☐ Schedule G _____
**Estate of Charles Cook**

Debtor 1    Bruce E. Bozzi, Sr.

Case number *(if known)*    19-09677 - FMD

▆▆▆▆    **Additional Page to List More Codebtors**

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt** Check all schedules that apply: |
|---|---|

3.32    **Walter J. Ganzi**
**8171 Bay Colony Drive**
**#1902**
**Naples, FL 34108**

☐ Schedule D, line _____
■ Schedule E/F, line __4.7__
☐ Schedule G _____
**Cooley LLP**

---

3.33    **Walter J. Ganzi**
**8171 Bay Colony Drive**
**#1902**
**Naples, FL 34108**

☐ Schedule D, line _____
■ Schedule E/F, line __4.11__
☐ Schedule G _____
**Gary Ganzi**

---

3.34    **Walter J. Ganzi**
**8171 Bay Colony Drive**
**#1902**
**Naples, FL 34108**

☐ Schedule D, line _____
■ Schedule E/F, line __4.6__
☐ Schedule G _____
**Claire Breen**

---

3.35    **Walter J. Ganzi**
**8171 Bay Colony Drive**
**#1902**
**Naples, FL 34108**

☐ Schedule D, line _____
■ Schedule E/F, line __4.13__
☐ Schedule G _____
**Just One More Restaurant Crp**

---

3.36    **Walter J. Ganzi**
**8171 Bay Colony Drive**
**#1902**
**Naples, FL 34108**

☐ Schedule D, line _____
■ Schedule E/F, line __4.14__
☐ Schedule G _____
**Just One More Restaurant Hld**

---

3.37    **Walter J. Ganzi**
**8171 Bay Colony Drive**
**#1902**
**Naples, FL 34108**

☐ Schedule D, line _____
■ Schedule E/F, line __4.5__
☐ Schedule G _____
**Briargrove Retail LP**

---

3.38    **Walter J. Ganzi**
**8171 Bay Colony Drive**
**#1902**
**Naples, FL 34108**

☐ Schedule D, line _____
■ Schedule E/F, line __4.10__
☐ Schedule G _____
**Fredric Newman, Esq.**

Debtor 1  Bruce E. Bozzi, Sr.

Case number *(if known)*  **19-09677 - FMD**

**Additional Page to List More Codebtors**

| *Column 1:* **Your codebtor** | *Column 2:* **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|
| 3.39  **Walter J. Ganzi**<br>**8171 Bay Colony Drive**<br>**#1902**<br>**Naples, FL 34108** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.15__<br>☐ Schedule G _____<br>**Kasowitz Benson Torres LLP** |
| 3.40  **Walter J. Ganzi**<br>**8171 Colony Drive**<br>**#19002**<br>**Naples, FL 34108** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.16__<br>☐ Schedule G _____<br>**Palm Management Corp** |
| 3.41  **Walter J. Ganzi Jr.**<br>**8171 Bay Colony Drive**<br>**#1902**<br>**Naples, FL 34108** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.1__<br>☐ Schedule G _____<br>**200 Chambers, LLC** |
| 3.42  **Walter J. Ganzi Jr.**<br>**8171 Bay Colony Drive**<br>**#1902**<br>**Naples, FL 34108** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.3__<br>☐ Schedule G _____<br>**AvalonBay Communities, Inc.** |
| 3.43  **Walter J. Ganzi Jr.**<br>**8171 Bay Colony Drive**<br>**#1902**<br>**Naples, FL 34108** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.2__<br>☐ Schedule G _____<br>**267 North Canon Drive LLC** |
| 3.44  **Walter J. Ganzi Jr.**<br>**8171 Bay Colony Drive**<br>**#1902**<br>**Naples, FL 34108** | ☐ Schedule D, line _____<br>■ Schedule E/F, line __4.9__<br>☐ Schedule G _____<br>**Fort Hill Square 1 Owner,LLC** |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                                       Best Case Bankruptcy

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Bruce E. Bozzi, Sr.** |
| | First Name    Middle Name    Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name    Middle Name    Last Name |
| United States Bankruptcy Court for the: | MIDDLE DISTRICT OF FLORIDA |
| Case number (if known) | **19-09677 - FMD** |

☐ Check if this is an
amended filing

Official Form 106Dec
# Declaration About an Individual Debtor's Schedules

12/15

If two married people are filing together, both are equally responsible for supplying correct information.

You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Sign Below

Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?

☐ No

☑ Yes. Name of person _____Charles Berk, CPA_____      Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119)

Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.

X _____      X _____
Bruce E. Bozzi, Sr.                         Signature of Debtor 2
Signature of Debtor 1

Date __March  5, 2020__                  Date _____

Official Form 106Dec                  Declaration About an Individual Debtor's Schedules